Case 4:17-cv-04123-LLP   Document 47-1   Filed 08/03/18   Page 1 of 29 PageID #: 838

Sala Nammbwe and Yvette Nimenya vs.                                    Sala Naamwbe
Smithfield Foods, Inc.                                                    May 24, 2018

**1**

```
 1            UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH DAKOTA
 2                 SOUTHERN DIVISION

 3  * * * * * * * * * * * * * * * * * * * * * *

 4  SALA NAAMBWE and YVETTE NINENYA,

 5       Plaintiff,    Case: 4:17-cv-04123-LLP

 6  vs.
                        Boyce Law Firm
 7  SMITHFIELD FOODS, INC.,   Sioux Falls, SD
                        May 24, 2018
 8       Defendant.    8:45 a.m.

 9  * * * * * * * * * * * * * * * * * * * * * *

10    V I D E O T A P E  D E P O S I T I O N  O F

11               SALA NAAMBWE

12  * * * * * * * * * * * * * * * * * * * * * *

13  APPEARANCES

14  Ms. Stephanie Pochop
    Johnson, Pochop & Bartling
15  Gregory, South Dakota

16                Attorney for the Plaintiffs

17  Ms. Andrea R. Calem
    Hunton Andrews Kurth LLP
18  Washington, DC
                Attorney for the Defendant
19

20  Also present:  Yvette Nimenya
                   Scott Reed, Smithfield Foods, Inc.
21

22  REPORTED BY:  Suzanne M. Brudigan, RPR

23  INTERPRETER:  Elias Sindayikengera, A to Z
                  World Languages
24
    VIDEOGRAPHER: Doug Gerash, Village Media
25
```

**2**

```
 1           INDEX OF EXAMINATIONS

 2  Examination by Ms. Calem      Page   6

 3              * * * * *
           INDEX OF DEPOSITION EXHIBITS
 4
                                    Marked
 5
    Exhibit 14 --
 6  "Dear Management" handwritten    17
    document
 7
    Exhibit 15 --
 8  Sioux Falls HR Incident
    Intake Report Form 2/22/2016    83
 9
    Exhibit 16  --
10  John Morrell Employee           98
    Warning Notice
11
    Exhibit 17  --
12  4/4/2016 NLRB letter            113

13  Exhibit 18 --
    Charge of Discrimination        116
14
    Exhibit 19 --
15  Shift Assignments and
    Acknowledgement of Sexual       123
16  Harassment Training

17  Exhibit 20 --
    Notice of Hearing and           172
18  Summons to Appear

19  Exhibit 21 --
    Local 304A Grievance Form,      193
20  8/26/2016

21  Exhibit 22 --
    Monica Derby email, 9/12/2016   198
22
    Exhibit 23 --
23  Local 304A Grievance Form       222
    12/9/2016
24

25
```

**3**

```
 1        INDEX OF DEPOSITION EXHIBITS (Cont'd)

 2                                    Marked

 3  Exhibit 24  --
    Smithfield Employee Warning      226
 4  Notice

 5  Exhibit 25 --
    Copy of photograph               256
 6
    Exhibit 26 --
 7  Designation Notice (FMLA)        267

 8              * * *

 9  Naambwe Deposition Exhibits 14-26 were retained
    with the original transcript.  The original
10  transcript was provided to Ms. Calem.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**4**

```
 1           S T I P U L A T I O N

 2     It is hereby stipulated and agreed, by and

 3  between the above-named parties through their

 4  attorneys of record, whose appearances have been

 5  hereinabove noted, that the videotape deposition

 6  of SALA NAAMBWE may be taken at this time and

 7  place, that is, at Boyce Law Firm, LLP, Sioux

 8  Falls, South Dakota, on the 24th of May, 2018,

 9  commencing at the hour of 8:45 a.m.; said

10  deposition taken before Suzanne Brudigan, a

11  Registered Professional Reporter and Notary

12  Public within and for the State of South Dakota;

13  Objections, except as to the form of the

14  question, are reserved until the time of trial.

15              * * *

16

17

18

19

20

21

22

23

24

25
```

App. Tab

A

exhibitsticker.com

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**13**

1  Q.  Did you talk to Tom Anderson about what questions
2      you might be asked today?
3  A.  No.  Why should I ask him?
4  Q.  I'm asking if you spoke to him about any
5      questions you might be asked.
6  A.  No, I didn't.
7  Q.  Did you speak to BJ Motley about any questions
8      you might be asked?
9  A.  No, didn't.
10 Q.  Did you speak to any member of the union about
11     this deposition?
12 A.  No.
13 Q.  Apart from the conversation with your lawyer, did
14     you talk to anybody about what kinds of questions
15     you might be asked?
16 A.  No one else.
17 Q.  We received a number of documents from your
18     lawyer that you and Ms. Nimenya produced in
19     response to our document request.
20 A.  Okay.
21 Q.  Do you have any other documents in your
22     possession that are related to the claims you've
23     made against the company that have not already
24     been produced to us?
25         INTERPRETER:  She is asking the question

**14**

1      because you say you have the document from her
2      lawyer so she want to know, do you need more
3      document from me or from lawyer?
4          MS. CALEM:  No.  I just want to know if
5      there's anything else that she has, any notes,
6      any, maybe she kept a journal or a diary,
7      anything that she did not already give to her
8      lawyer to give to us.
9          INTERPRETER:  She has a paper one time I
10     think it was in a company, their -- their union
11     guy he came and gather all the employees together
12     and he ask them -- he asked all the employees to
13     write down any misconduct or any sexual
14     harassment happening in the company.  He asked
15     each individual to write down anything that they
16     know of so she wrote it down on that paper and
17     then the union --
18         THE WITNESS:  I'm sorry.
19 (Sotta voce discussion between witness and
20 interpreter.)
21         INTERPRETER:  Okay.  Sorry, I misunderstood.
22 So she said one time they asked -- they asked all
23 the employees to write down mistreated, like
24 mistreated, anything that -- that is along
25 mistreated.  So they wrote one letter and it took

**15**

1      to Scott Reed, and then Scott Reed promised them,
2      the employees, that he was going to call each
3      individual for investigate -- for investigation.
4      And she has that letter which was written by the
5      employees, she has a copy of it.  That is the
6      document she has besides maybe what you have.
7  Q.  All right.  Well, we would definitely want to see
8      that as part of the production.
9          Can you tell me what union person asked you
10     to write everything down?
11 (Sotto voce discussion between witness and
12 interpreter.)
13         INTERPRETER:  She want to go ahead, explain
14 translate -- speak on her own in English.
15         MS. CALEM:  Okay.
16 A.  (In English)  I'm sorry for my broken English.
17 Q.  Your English is fine.
18 A.  (In English) I'm sorry.  So it wasn't because
19     sometime, you know, when he speak, sometime he
20     don't speak, you know...
21         So it wasn't union.  It was employees inside
22     the department.  They tell about harassment,
23     embarrassment, yelling, so they decided to
24     sign -- to write note and to sign it so they can
25     send to Scott Reed.  So I am union in that

**16**

1      department so they give me this paper and I take
2      it to union and I give to BJ, and BJ asked a copy
3      and BJ take it and give -- he give to Candice.
4      And Candice, she report to Scott Reed, and Scott
5      Reed, he responded that he's going to call each
6      one on each time.  But they call only one person,
7      his name is Terry, is he Number 1.  That's the
8      only call and he went down to explain about
9      bucket, sit down --
10         COURT REPORTER:  About what?
11         THE WITNESS:  (In English) Bucket.  Bucket.
12         COURT REPORTER:  Bucket?
13         THE WITNESS:  Yeah.
14         COURT REPORTER:  Okay.
15 A.  -- because you got a medical problems, he want to
16     sit down on bucket but the supervisor, he didn't
17     let him to use that bucket.  That's all he went
18     to complain.
19 Q.  Okay.  Is this the letter that was written about
20     Lisa Christion?
21 A.  (In English without translation of question)
22     Yes.
23 Q.  All right.  We do have a copy about that.
24 A.  (In English without translation of question)
25     Okay.

---

Sala Nammbwe and Yvette Nimenya vs.                    Sala Naamwbe
Smithfield Foods, Inc.                                 May 24, 2018

---

**17**

1  Q.  And that just happened recently, right?
2  A.  (In English without translation of question)
3        Exactly.
4  Q.  So I do have that and I'll -- actually I can pull
5      it out.
6        Why don't we mark this, please.  And we're
7      just going to continue marking from yesterday.
8        COURT REPORTER:  Exhibit 15?
9        MS. CALEM:  Let's see.  Actually we did not
10     use this yesterday.
11       Can we make the next one 14 and get rid of
12     that 14.
13    (Naambwe Deposition Exhibit 14 marked.)
14       MS. CALEM:  And if you would hand that to
15     her, please.
16       COURT REPORTER:  (Complies.)
17  BY MS. CALEM:
18  Q.  So in this case, is this the letter you're talk
19     about that's Exhibit 14?
20  A.  Yeah, because you asked me for have any document.
21     That's the only document.
22  Q.  Okay.  Perfect.  I understand.  And this is a
23     document that is in your writing, correct?
24  A.  No.
25  Q.  The "Dear Management" part, that's not your

---

**18**

1      writing?
2  A.  (In English without translation of question)
3        No.
4  Q.  Whose writing is that?
5  A.  Uyto.
6  Q.  Uyto.  That's one of the employees?
7  A.  Yes.
8  Q.  Okay.  So Dear Management, we the staff of smoke
9      meat wash Department 19 has deemed it necessary
10     to bring these issues to your attention.  That
11     was Uyto wrote that?
12  A.  He's not -- Uyto was like a secretary.  This is
13     the word from the whole employees, like the
14     whole -- (clarifying interpretation with
15     witness) -- the whole department.
16  Q.  The whole department.
17  A.  So they came up with these words.  So it's not
18     like the words come out of Uyto's mouth.  It's
19     the word that came from all of the employees
20     in....
21  Q.  And how do you spell Uyto's name?
22  A.  (In English by witness after translation)
23        Scott Reed, if he have paper for employees
24     over there, he knows, he knows -- he knows his
25     name.  I think it's Y-- Y --

---

**19**

1  Q.  I see it on the second page.  U-y-t-o?
2  A.  (In English prior to translation of question)
3        Yes.
4  Q.  Okay.  Uyto.  And he's the one who actually wrote
5      this down?
6  A.  (In English without translation of question)
7        Yeah.  (Through interpreter) Yeah, through
8      employees he was like a secretary so he just
9      writing what's being said.
10  Q.  And did you have any role in getting the
11     employees to write this down?
12  (Sotto voce discussion between witness and
13  interpreter.)
14       INTERPRETER:  She -- I was asking whose idea
15     it was for the letter was written and she said
16     it's not her idea or she didn't have any
17     involvement in this besides her, you know, paper
18     being passed by said employee to her to sign the
19     name but it was all employees involved in.  It's
20     not one person idea of writing this paper or this
21     letter.
22  BY MS. CALEM:
23  Q.  And you gave the letter to BJ?
24       THE INTERPRETER:  (Without translation to
25     witness) She said she --

---

**20**

1  (Sotto voce discussion between witness and
2  interpreter)
3       THE INTERPRETER:  So she received this
4      paper.  She put it -- she sign on it, initial her
5      name on it, and then she pass to Terry and then
6      Terry passed to someone else.  So it wasn't like
7      I first started the letter.  It came around and
8      she passed letter on.
9  Q.  And after everybody signed it, how did it get to
10     BJ?
11  A.  They gave the letter to me since I'm a union
12     member so they thought it was a good idea for me
13     to take that letter.
14  Q.  You're the steward of that department now, right?
15       INTERPRETER:  Yes, she is.
16  BY MS. CALEM:
17  Q.  Do you know how it got to Candice?
18  A.  Because BJ was traveling to Las Vegas so he left
19     it to Candice.
20  Q.  Okay.  And this letter says that Lisa, the lead
21     person, has been disrespectful and harassing the
22     employees on the job?
23  A.  Yes, it is true.
24  Q.  I understand that Terry's complaint is that he
25     was not allowed to sit down when he was working.

---

Sala Nammbwe and Yvette Nimenya vs.                           Sala Naamwbe
Smithfield Foods, Inc.                                        May 24, 2018

|  | 21 |
|---|---|
| 1 | Is that right? |
| 2 | A. Terry, his job, he's not allowed to be sitting |
| 3 | while the line is going, but the thing is before |
| 4 | the line is going or before the meat is coming, |
| 5 | he is -- he feel free to sit down little bit and |
| 6 | then when the meat, the line gets going again, he |
| 7 | might come up and stand again because his job is |
| 8 | not sitting job.  His -- his job is standing job. |
| 9 | He does everything while he's standing. |
| 10 | Q. Okay.  And Lisa didn't want him sitting while he |
| 11 | was waiting for the line to start? |
| 12 | A. The bucket issue is not Lisa's concern.  It has |
| 13 | nothing to do with Lisa.  Lisa do not have |
| 14 | involvement with the bucket issue, but Lisa have |
| 15 | certain behavior of pushing people or yelling at |
| 16 | people or mistreating people in the department. |
| 17 | (Sotto voce discussion between witness and |
| 18 | interpreter.) |
| 19 | THE INTERPRETER:  Is that correct? |
| 20 | THE WITNESS:  (Indicating). |
| 21 | A. But the bucket issue is involving Foos (sp). |
| 22 | THE INTERPRETER:  Foos? |
| 23 | (Sotto voce discussion between witness and |
| 24 | interpreter.) |
| 25 | A. (In English) Yeah, Robert Foos. (Through |

|  | 22 |
|---|---|
| 1 | interpreter) Robert Foos is one who is involving |
| 2 | the bucket issue. |
| 3 | Q. And who is Robert? |
| 4 | A. He's a new supervisor. |
| 5 | Q. Okay.  This complaint, though, is about Lisa. |
| 6 | Can you tell me how she has been disrespectful |
| 7 | and harassing to employees? |
| 8 | A. Personally she -- she have been pushing me twice. |
| 9 | Q. She's been what? |
| 10 | INTERPRETER:  Pushing -- like pushing her. |
| 11 | THE WITNESS:  (Indicating.) |
| 12 | BY MS. CALEM: |
| 13 | Q. Okay.  How has she been pushing you? |
| 14 | A. One time I was -- I had an appointment at 2:30, |
| 15 | my doctor appointment, so and then I went to -- |
| 16 | (Sotto voce discussion between witness and |
| 17 | interpreter.) |
| 18 | A. -- Okay.  So I had an appointment at 3:30 and |
| 19 | then my manager -- my manager told me to punch |
| 20 | out at 2:30 so, and then I went to my department |
| 21 | and -- |
| 22 | THE WITNESS:  Lisa -- |
| 23 | A. -- Lisa went -- she asked me why you still |
| 24 | here -- |
| 25 | THE WITNESS:  (Witness speaking Swahili). |

|  | 23 |
|---|---|
| 1 | A. -- she was upset because I was still there at |
| 2 | 2:30 because I haven't left -- let the department |
| 3 | and then she pushed me out to the point where I |
| 4 | almost fell down and then Lisa hold me, hold my |
| 5 | back -- |
| 6 | THE WITNESS:  (In English)  No. |
| 7 | INTERPRETER:  Oh.  Lori -- |
| 8 | THE WITNESS:  Lorena. |
| 9 | A. -- Lorena hold my back while I was going fell |
| 10 | down. |
| 11 | Q. You fell down? |
| 12 | INTERPRETER:  No.  She didn't.  She almost |
| 13 | and then Lorena held her back. |
| 14 | BY MS. CALEM: |
| 15 | Q. Okay.  And how did Lisa push you, on your back? |
| 16 | A. They were facing each other and then she push on |
| 17 | shoulder. |
| 18 | Q. And Lorena saw this? |
| 19 | A. Yes, she saw. |
| 20 | Q. Okay.  How has Lisa been disrespectful or |
| 21 | harassing to the other people in the department? |
| 22 | A. At that time I'm not -- back to the same story, |
| 23 | at that time Thomas -- |
| 24 | THE INTERPRETER:  Who? |
| 25 | (Sotto voce discussion between witness and |

|  | 24 |
|---|---|
| 1 | interpreter.) |
| 2 | THE WITNESS:  (In English)  Zuroff. |
| 3 | A. Thomas Zuroff wasn't present so Lisa decided to |
| 4 | go to report to Tom Zuroff -- |
| 5 | THE WITNESS:  (In English) No.  Thomas |
| 6 | Anderson. |
| 7 | A. -- Thomas Anderson about the incident. |
| 8 | Q. About the incident where she pushed you? |
| 9 | A. (In English) Uh-huh.  (Through interpreter) Yes. |
| 10 | Q. So Lisa went to find Thomas Anderson to tell him |
| 11 | that she pushed you? |
| 12 | A. She went -- she went to tell him that I'm -- |
| 13 | I'm -- |
| 14 | THE WITNESS:  (In English) stealing -- |
| 15 | A. -- stealing time. |
| 16 | Q. Is the rule that if you're still in the |
| 17 | department, you have to be paid? |
| 18 | A. I think it's any time.  It was my normal that I |
| 19 | was told to punch out at 2:30 so I was right on |
| 20 | time. |
| 21 | COURT REPORTER:  So I was right on time? |
| 22 | INTERPRETER:  (Indicating.) |
| 23 | BY MS. CALEM: |
| 24 | Q. If you've punched out, you're supposed to leave |
| 25 | the premises, right, you're not supposed to stay |

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**25**

```
 1    in the department?
 2  A.  Yes, it is true.
 3  Q.  So Lisa went to find Tom Anderson to tell him
 4      that you were still there?
 5  A.  Yes.
 6  Q.  And what happened then?
 7  A.  I -- Tom --
 8      (Sotto voce discussion between witness and
 9      interpreter.)
10      THE WITNESS:  (In English) Yes.
11  A.  -- Thomas called me and he asked -- he asked me
12      why I was still there so she explained to me that
13      Rusty gave her permission to be out by 2:30 but I
14      was right on time.  She decide to push me.
15      MS. CALEM:  She decided to what?
16      THE INTERPRETER:  Push her.
17      BY MS. CALEM:
18  Q.  So you're saying it was 2:30 and Lisa pushed you
19      at 2:30?
20  A.  (In English without translation of question)
21      Yeah.  It was almost 2:25 because we have --
22      INTERPRETER:  Go ahead.
23      (Sotto voce discussion between witness and
24      interpreter.)
25  A.  It was -- it wasn't at 2:30.  It was, like, 2:25
```

**26**

```
 1      because we give ourself little bit time to take
 2      off our boots and all the equipment so we can go
 3      punch out on time.
 4  Q.  All right.  So you're saying that you were
 5      leaving at 2:30 the way you were supposed to but
 6      Lisa thought you were -- you were -- you were --
 7      you should have been gone earlier?
 8  A.  (In English without translation of question)
 9      Yeah.
10  Q.  Okay.  And she didn't handle it well and she said
11      what are you still doing here and pushed you?
12  A.  (In English without translation of question)
13      Yeah.
14  Q.  Okay.  And Lorena saw this?
15      And we went to Rusty, me and Lisa --
16      COURT REPORTER:  Went to where?
17      THE INTERPRETER:  Rusty?
18      MS. CALEM:  Rusty.
19      COURT REPORTER:  Okay, thank you.
20  A.  So we -- we went to -- me and Lisa went to him --
21      THE INTERPRETER:  I don't know if he's a
22      girl.
23      MS. CALEM:  Russ is a guy.
24      THE INTERPRETER:  Is a guy, okay.
25      We went to him and then Rusty told Lisa,
```

**27**

```
 1      yes, I'm the one who give her the permission to
 2      leave at 2:30.
 3      BY MS. CALEM:
 4  Q.  All right.
 5      THE INTERPRETER:  He told her.
 6      BY MS. CALEM:
 7  Q.  All right.  Okay.  So this is an incident that
 8      happened to you recently but this complaint is
 9      from the whole department.  As the union steward,
10      do you have an idea of how Lisa has harassed or
11      been disrespectful to other employees?
12      THE INTERPRETER:  She said there is a lot of
13      complaining or a lot of incident that happen due
14      to Lisa.  For instance, like I be walking while
15      we still have, like, one vats.
16      BY MS. CALEM:
17  Q.  One what?
18  A.  (In English) Vats.  (Through interpreter) Vats.
19  Q.  What's that?
20  A.  (In English without translation of question)
21      The vats is the big container --
22  Q.  Oh, the vat?
23  A.  -- (in English) they put inside -- yeah, they put
24      inside the meat.  (Through interpreter) So they
25      might have one left while they're working, and
```

**28**

```
 1      then Lisa will go to the office to punch this
 2      whole employee out while they're still on the
 3      line working.
 4  Q.  So Lisa punches employees out while they're still
 5      working?
 6  A.  (In English) Yes.  (Through interpreter) Yes.
 7      She will tell employee to punch out, like, at --
 8      say that work was supposed to be at 2:18 and
 9      while it is 2:18 while the employee is still
10      working, she'll go in the office and punch
11      everybody out while the -- at 2:18 while the line
12      is still going.
13  Q.  Okay.  Has there been a grievance, a union
14      grievance about this?
15  A.  This has been going on for quite a while so
16      everybody is complaining, complaining about it,
17      their paycheck, the hours they've been working
18      because they're getting paid less to what they're
19      supposed to.
20  Q.  How many times has this happened?
21  A.  I have three names.  Kamesu, Sami and Analem who
22      always complain --
23      COURT REPORTER:  Can you say the names
24      again?
25      THE INTERPRETER:  Kamesu, I don't know how
```

---

Sala Nammbwe and Yvette Nimenya vs.                                    Sala Naamwbe
Smithnfield Foods, Inc.                                                May 24, 2018

---

29

1    to spell it.  Sami and Analem.
2         Those are people who told me or complain
3    it, but it looks like everybody in the department
4    are complaining, not only these three but
5    everybody else are.  (In English) And Juan.
6    (Through interpreter)  And a Juan.
7    BY MS. CALEM:
8  Q.  Juan.  What's Juan's last name?
9  A.  (In English without translation of question)
10       I don't know his last name.
11 Q.  Okay.  So you say Lisa has done this more than
12      once, then?
13 A.  Yes.
14 Q.  Has it been going on for the last month?
15 A.  She didn't do it last month.  She --
16 Q.  So just this month?  I'm trying to figure out
17      when this happened.
18      THE INTERPRETER:  She does -- she does this
19   all the time so people are getting tired of it so
20   it's like all the time, she said.
21   BY MS. CALEM:
22 Q.  But what does all the time mean?  You said not
23      last month.  Has it been going on for a year?  A
24      month?  Two weeks?  How long?
25      THE INTERPRETER:  It's not -- it's more than

---

30

1    one year, she said.
2    BY MS. CALEM:
3  Q.  More than one year.  Every day?
4  A.  Oh.  For punching out people?  I mean, punching
5      out before time, she -- personally I saw her
6      doing it three times last month.
7  Q.  Okay.  Did you see her doing it before last
8      month?
9  A.  Yeah, I saw her -- I mean, that's with my -- with
10      my own eyes, I saw her doing it three times last
11      month so I don't know the other month.
12 Q.  All right.  And what else has Lisa done that is
13      disrespectful and harassing to employees on the
14      job?
15 A.  Lisa has language -- language barrier, like she
16      will talk to people as if they are children, they
17      don't matter, so to speak.
18 Q.  Can you give me an example?
19 A.  For example, on the honey --
20      THE WITNESS:  (In English) Honey line.
21 A.  -- honey line there was these people work there.
22      They're supposed to hang the meat on a --
23      THE WITNESS:  (In English) Tree.
24 A.  -- on a tree.  So they do three people give
25      each other a break, 15-minute break, so let's say

---

31

1    one people already went on break and if he goes
2    over break, when she saw them or she anyone doing
3    it, she would just talk to them like yelling at
4    them and use all these -- you know, not necessary
5    language, I mean words.
6  Q.  What would she say?
7  A.  Yeah, she would just yell like that, you know.
8      And because they got a headphone on them so they
9      can't exactly listen or hear the conversation but
10      you can read someone's lips when she's yelling
11      and, you know, using all this kind of anger sort
12      of facial when she's --
13 Q.  So her face looks angry and she yells things
14      like, what are you doing, get back there right
15      now, something like that?
16 A.  (In English without translation of question)
17      Yeah, where you been.  And, you know, when
18      she talk, she talk in some, you know, body
19      language.
20 Q.  So her body language is aggressive?
21 A.  (In English without translation of question)
22      Yeah.
23 Q.  And her voice is loud?
24 A.  (In English without translation of question)
25      Yeah.

---

32

1  Q.  Lisa has a very loud voice anyway, right?
2      THE INTERPRETER:  She say although you have
3    a big voice or louder voice, there is a way to
4    speak to people instead of embarrassing them or
5    making them feeling bad, there is a way to speak
6    to people.
7    BY MS. CALEM:
8  Q.  Right.  I understand that.  I just wanted to --
9      I've met Lisa.  She just has a loud voice, she
10      has a booming voice.  Would you agree with that?
11      THE WITNESS:  (In English after translation
12   of question) Yeah.
13 Q.  Okay.  So she speaks in a very sort of loud
14      disrespectful way to people.  Is that accurate?
15 A.  Yeah.  Yeah.  She speak with this aggressive or
16      disrespectful language.  One time she was
17      speaking to Rufus and she almost pushed him.
18      Is that --
19      THE WITNESS:  (In English) Yeah.
20 A.  Her hand almost touch her chest but did
21      not reach -- or her hand touched the chest but
22      not like pushing but like someone speaking with
23      anger and she tried to (indicating).
24 Q.  But she didn't push him but she touched his
25      chest.  Yes?

---

Sala Nammbwe and Yvette Nimenya vs.                          Sala Naamwbe
Smithfield Foods, Inc.                                       May 24, 2018

---

**33**

1  A.  Yes.

2  Q.  All right.  Is there any other example you can

3      give me of how Lisa is disrespectful to the

4      people in the department?

5  A.  There is many people in there, in that

6      department, so personally I cannot know every

7      incident happening in the department.  This was

8      the job -- this was Scott Reed job to investigate

9      this complaint and to find out what -- what is

10     really going on in that department.

11 Q.  Well, did Scott Reed tell you he was going to

12     speak to each person?

13 A.  Yeah.  He told Candice that he was going to call

14     each individual, but he only called Terry and

15     that was it.

16 Q.  How do you know he told Candice that?

17 A.  Because Candice give me -- report to me that.

18 Q.  So Candice told you that Scott told her that he

19     was going to speak to everybody.  Is that right?

20 A.  (In English without translation of question)

21       Yeah.

22 Q.  Okay.  But you didn't hear Scott say that?

23 A.  (In English without translation of question)

24       No.

25 Q.  Okay.  And going back to Lisa punching people

---

**34**

1      out, I thought everybody had to punch themselves

2      out.  How could she punch people out?

3  A.  Do you want me to explain to you how she does

4      that?

5  Q.  Yes, please.

6        THE INTERPRETER:  Do you want me to tell you

7      how I know it, she's asking.

8      BY MS. CALEM:

9  Q.  I just want to know -- yeah, you said you saw her

10     do it so I would like to know how she was

11     punching everybody out.

12 A.  There was one time the line -- how I find out was

13     one time I was working on my lane, the lane was

14     stopped so to the work was pretty much over.  And

15     I saw on the other lane they was still having

16     work to do and then I saw one space which was

17     empty so I just in sneaking there.

18     (Sotto voce discussion between witness and

19     interpreter.)

20 A.  So and then one of the person went to report to

21     her that Sala is still working here.  Her and the

22     Russ came and asked me --

23        COURT REPORTER:  Her and who?

24        THE INTERPRETER:  Rusty.

25 A.  -- her and Rusty came and they asked me, are you

---

**35**

1      still working, and I say yes.  And they told me

2      we already punch you out.  And I asked her, do

3      you have another clock -- another clock -- I

4      mean, punching-out system or clock and she said

5      yes.

6  Q.  So they -- Lisa said, I have another clock to

7      punch you out?

8  A.  (In English without translation of question)

9        Yeah.  She told me, you still work here but

10     we already punch you out.  And I ask her, do you

11     have another clock to punch people out.  She said

12     yes.  Even when you forgot the ID badge, she can

13     punch you in and punch you out.

14 Q.  And normally how do you punch in and out?  What

15     do you do?

16 A.  There is in the hallway, the main hallway in the

17     entrance where they have ID so when they enter

18     in, they use the ID to punch in, and when they

19     walk out the hall, they use -- they use the same

20     clock.

21 Q.  So you use your ID card?

22 A.  (In English without translation of question)

23       Uh-huh.

24 Q.  And do you put it into a machine or scan it?

25 A.  (In English without translation of question).

---

**36**

1        No.  Just a scan on top.

2  Q.  Okay.  Since you've worked at John Morrell or

3      Smithfield, has Lisa behaved like this to

4      employees, generally?

5  A.  Like years ago she was very, very bad, but now it

6      seems like she's going down a little bit.

7  Q.  When you say she was very, very bad, she was rude

8      and disrespectful?

9  A.  (Indicating by witness).

10 Q.  Yes?

11 A.  (In English) Yes.  (Through interpreter) Yes.

12 Q.  Okay.  And now she's a little less rude and

13     disrespectful?

14 A.  (In English) Yeah.

15 Q.  And did many employees find her to be rude and

16     disrespectful?

17 A.  Yes.

18 Q.  All right.  Let's go back a little bit to you

19     personally, just I need to ask you a little bit

20     about your background.  Where do you currently

21     live?

22 A.  (In English) 4901 West 17th Place.

23        COURT REPORTER:  17th Place?

24        THE WITNESS:  (In English) Yeah.

25     BY MS. CALEM:

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

**37**

1   Q.   Sioux Falls?
2   A.   (In English prior to translation of question)
3            Sioux Falls, South Dakota.
4   Q.   How long have you lived there?
5   A.   From October -- October of last year until now.
6   Q.   And before that, where did you live?
7   A.   (In English after translation of question)
8            4901 East -- sorry, 4901 East 54th Street.
9   Q.   Same number, 4901?
10  A.   (In English prior to translation of question)
11           Yeah.
12  Q.   Wow.
13  A.   (In English without translation of question) It
14  was a surprise.
15  Q.   Sioux Falls?
16  A.   (In English prior to translation of question)
17           Sioux Falls.
18  Q.   How long did you live there?
19  A.   (In English after translation of question)
20           Almost three years.  Yeah, three years and
21  something.
22  Q.   And who do you live with?
23  A.   My kids.
24  Q.   Your daughter Maggie?
25  A.   (In English prior to translation of question)

**38**

1            Yeah.
2   Q.   What are your other children's names?
3   A.   (In English prior to translation of question)
4            Sandy.
5   Q.   How old is Sandy?
6   A.   (In English without translation of question)
7            Ten.
8   Q.   Girl, boy?
9   A.   (In English without translation of question)
10           Girl.
11  Q.   And who else?
12  A.   (In English without translation of question)
13           Yaniki.
14  Q.   Yaniki?
15  A.   (In English without translation of question)
16           Uh-huh.
17  Q.   Girl or boy?
18  A.   (In English without translation of question)
19           Boy.
20  Q.   How old?
21  A.   (In English without translation of question)
22           17.
23  Q.   Anybody else?
24  A.   (In English without translation of question)
25           No.

**39**

1   Q.   That's enough.
2   A.   (In English without translation of question)
3            Yeah.
4   Q.   Do you have any other children?
5   A.   (In English without translation of question)
6            Yeah.
7   Q.   They don't live with you, though?
8   A.   (In English without translation of question)
9            No.  They grow up.
10  Q.   How many other children do you have?
11  A.   (In English without translation of question)
12           I have -- I can say I have there's five.
13  Q.   Five children?
14  A.   (In English without translation of question)
15           Uh-huh.
16  Q.   So you have two other children.
17           Are you married?
18  A.   (In English without translation of question)
19           No.
20  Q.   Have you ever been married?
21  A.   (In English without translation of question)
22           No.
23  Q.   Now, when did you come to the United States?
24  A.   (In English without translation of question)
25           December 14, 2004.

**40**

1   Q.   Did you come to South Dakota at that time?
2   A.   (In English without translation of question)
3            No.
4   Q.   Where did you go to?
5   A.   (In English without translation of question)
6            Dallas, Texas.
7   Q.   How long did you live in Dallas?
8   A.   (In English without translation of question)
9            Nine years and a half.
10  Q.   Did you have jobs when you were in Dallas?
11  A.   (In English without translation of question)
12           Yeah.
13  Q.   What were your jobs?
14  A.   (In English without translation of question)
15           I worked Crestone Baking Group.
16           COURT REPORTER:  Crest?
17           THE WITNESS:  (Indicating).
18           THE INTERPRETER:  C-r-e-s-t-o-n-e Group.
19  BY MS. CALEM:
20  Q.   Is that a pay stub from Crestone Group?
21  A.   Yeah.
22           THE INTERPRETER:  You want to look at this?
23  (Indicating).
24  BY MS. CALEM:
25  Q.   Okay.  Crestone Group, okay.  And this is an

Sala Nammbwe and Yvette Nimenya vs.                    Sala Naamwbe
Smithfield Foods, Inc.                                 May 24, 2018

---

45

1    you worked there?
2  A.   8.50.
3  Q.   How long did you work at the Renaissance Hotel?
4  A.   A year and a half.
5  Q.   And where did you go after that to get -- for
6       work?
7  A.   After that, that's when I went to Walmart.
8  Q.   Okay.  Were you living with the father of your
9       children at that time?
10 A.   Yes.
11 Q.   And what is his name?
12 A.   Hassani (sp).
13          INTERPRETER:  Hassani?
14          THE WITNESS:  Uh-huh.
15 Q.   Hassan?
16 A.   (In English) H-a-s-s-a-n-i.  (Through interpreter)
17       H-a-s-s-a-n-i.
18 Q.   And last name?
19 A.   (In English) D-e-m-u- --
20 Q.   D-e-m-u?
21 A.   -- -n-g-a.
22 Q.   Ah, okay.
23          COURT REPORTER:  N-g-a?
24          THE WITNESS:  Yeah.
25          COURT REPORTER:  Thank you.

---

46

1  Q.   Demunga?
2  A.   (In English without translation of question)
3          Uh-huh.
4  Q.   And what brought you to South Dakota?
5  A.   Just for job, for work.
6  Q.   Looking for work.  How did you find out about a
7       job in South Dakota?
8  A.   My cousin told me that South Dakota is available.
9          COURT REPORTER:  Say that again.
10          THE INTERPRETER:  Told me that South Dakota
11       is available.
12          COURT REPORTER:  Okay.
13          MS. CALEM:  That what is there?
14          THE INTERPRETER:  My cousin --
15          MS. CALEM:  Told her --
16          THE INTERPRETER:  Yeah, tell her that to
17       move here.
18          MS. CALEM:  To move here, okay.
19          BY MS. CALEM:
20 Q.   Does your cousin live here?
21 A.   (In English without translation of question)
22          Uh-huh.
23 Q.   What is your cousin's name?
24 A.   Amisi (sp).
25 Q.   Amisi?

---

47

1          THE INTERPRETER:  Like that (indicating)?
2          THE WITNESS:  Yes.
3          THE INTERPRETER:  A-m-i-s-i.
4  BY MS. CALEM:
5  Q.   Last name?
6  A.   (In English) Rora.  Rora, R-o-r-a.
7  Q.   R-o-r-a?
8  A.   (In English without translation of question)
9          Uh-huh.
10 Q.   Okay.  Amisi Rora.  And does your cousin work at
11       Smithfield?
12 A.   (In English after partial translation by
13       interpreter)
14          He used to.
15 Q.   Is he the one who suggested you apply to
16       Smithfield?
17 A.   (In English without translation of question)
18          Uh-huh.  (Through interpreter)  Yes.
19 Q.   Yes?  I like that you're answering, that's fine.
20       I understand the English, and if you want to --
21       if you don't know how to say something, check
22       with Elias, that's fine with me.  I just ask that
23       you answer verbally.  No nodding or -- she can't
24       take that down --
25          THE INTERPRETER:  (Translating).

---

48

1  Q.   -- but I think we're doing fine if you answer me
2       directly and Elias helps.  So whatever works best
3       for you.
4  A.   (In English without translation of question)
5          Okay.
6  Q.   So did you apply for a job at Smithfield when you
7       came to South Dakota?
8          THE VIDEOGRAPHER:  Can I get you to repeat
9       the question after the planes?
10          MS. CALEM:  You got planes, trains.  There's
11       always something here.
12          THE VIDEOGRAPHER:  It's very loud.  Okay.  I
13       think we're good.
14          BY MS. CALEM:
15 Q.   All right.  So when you came to South Dakota, did
16       you immediately apply for a job at Smithfield?
17 A.   Yeah.  I apply it was John Morrell was --
18 Q.   John Morrell?
19 A.   So I applied right away.
20 Q.   Did you have an interview at John Morrell?
21 A.   Yes.
22 Q.   Do you remember who you interviewed with?
23 A.   Alaina (sp).
24 Q.   Anybody else?
25 A.   No.

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

| | | |
|---|---|---|
| **49** | | **51** |

**Page 49**

1  Q.  And were you hired right away?
2  A.  Yes.
3  Q.  Did some of your children stay in Dallas?
4  A.  Yes.
5  Q.  Which children stayed in Dallas?
6     THE INTERPRETER:  She's asking why are you
7     asking all these family issue questions?
8     MS. POCHOP:  She gets to ask them.  You just
9     need to answer them.  If there's a problem, I
10    will let you know.
11 A.  Dieudonne, D-i-e-u-d-o-n-n-e.
12    BY MS. CALEM:
13 Q.  Okay.  How old is Dieudonne?
14 A.  Twenty-six.
15 Q.  And was there anyone else who stayed?
16 A.  Sango, S-a-n-g-o.
17 Q.  How old is Sango?
18 A.  Twenty-three.
19 Q.  And these are both boys?
20 A.  Dieudonne a man.  Sango is a female.
21 Q.  What is your immigration status?  Do you have a
22    Green Card?
23 A.  Yeah.  She's a Green Card holder.
24 Q.  Other than your children and your cousin, do you
25    have family here in South Dakota?

**Page 50**

1  A.  No, I don't.
2  Q.  Other than your children and the father of your
3     children in Dallas, do you have family in the
4     United States?
5  A.  No, I don't.
6  Q.  And what country are you from originally?
7  A.  DRC Congo.
8     COURT REPORTER:  Say that again.
9     THE INTERPRETER:  DRC.
10    MS. CALEM:  Demo -- Democratic Republic of
11    the Congo.
12    THE INTERPRETER:  Congo.
13    BY MS. CALEM:
14 Q.  What's the highest level of education that you've
15    achieved?
16 A.  Sixth grade.
17 Q.  When you're not working at John Morrell, are
18    there any particular activities or hobbies that
19    you do?
20 A.  Just do home activities, housework.
21 Q.  Do you attend a church?
22 A.  Yeah, I do.
23 Q.  Which church do you attend?
24 A.  Fellowship Church.
25 Q.  In Sioux Falls?

**Page 51**

1  A.  Yes.
2  Q.  Have you spoken to anybody at church about your
3     experiences at John Morrell?
4  A.  No.
5  Q.  Since you started working at John Morrell, have
6     you looked for other jobs?
7  A.  I tried to.  I apply at post office but I didn't
8     get a job.
9  Q.  Did you have an interview there?
10 A.  No.
11 Q.  Have you applied anywhere else?
12 A.  I tried to apply at a place where she works --
13    yeah, where she works but they didn't call me.  I
14    don't know the company or the name of it but she
15    the one who applied for me.
16 Q.  Maggie applied for you?
17 A.  Uh-huh.
18 Q.  At another company?
19 A.  Yeah.
20 Q.  Do you know the name of the company?
21    THE INTERPRETER:  She doesn't know the name
22    but it product like soap and Colgate, like teeth,
23    what is it, like teeth, like Colgate?
24    BY MS. CALEM:
25 Q.  Colgate toothpaste?

**Page 52**

1     THE INTERPRETER:  Yeah.  Like, they do --
2     they pack dog food.
3     BY MS. CALEM:
4  Q.  So it's a packing company?
5     THE INTERPRETER:  It's a packing company.
6     BY MS. CALEM:
7  Q.  And it was here in Sioux Falls?
8  A.  Yes.
9  Q.  So Maggie submitted the application under your
10    name?
11 A.  (In English) Yeah.  (Through translator) Yeah,
12    she applied for me because I asked her if she
13    would do for me and she did.
14 Q.  And did you get any call back or interview?
15 A.  No.
16 Q.  When did you apply to the post office?
17    THE INTERPRETER:  She got to look on her
18    notes.
19    BY MS. CALEM:
20 Q.  Do you have notes with you today?
21 A.  December 22nd, 2016.
22 Q.  So I see that you're consulting some notes.  What
23    is it that you have with you?
24 A.  (In English, simultaneous to translation of
25    question.)

Sala Nammbwe and Yvette Nimenya vs.                              Sala Naamwbe
Smithfield Foods, Inc.                                           May 24, 2018

---

53

1          No, I don't have a note.
2    Q.    No?  You were just looking at something.
3    A.    Just that.  It's a diary.
4    Q.    A diary?
5          THE INTERPRETER:  Yeah.
6          BY MS. CALEM:
7    Q.    Well, I'm going to ask your lawyer to take a look
8          at it and see if that's something that is
9          responsive to our requests.
10         And we can talk about that later, Stephanie.
11         THE VIDEOGRAPHER:  Stephanie, could you put
12         your mic on.
13         MS. POCHOP:  (Complies.)
14   Q.    When did you apply to the packing company?
15   A.    I don't know.  I can't remember the exact month.
16         It was the year of 2016.  Same -- same year.
17   Q.    Is there anywhere else you've applied since you
18         worked at John Morrell?
19   A.    Since John Morrell and Smithfield have been busy,
20         sometime we work Monday to Sunday and I don't
21         really have the time to apply, I mean, to get a
22         chance to go and apply for the job.  And I was
23         already denied twice applying for those two jobs
24         and never receiving a phone call so I lose my
25         hope and decide not to apply anymore.

---

54

1    Q.    Before 2016, did you apply anywhere?
2    A.    Showplace.  I don't remember exact year.  It
3          could be between 2016 -- 2015 and 2016 I work --
4          I apply at Showplace and I work there for just
5          one day and I quit.
6    Q.    You applied where?
7    A.    Showplace.
8    Q.    Showplace?
9    A.    Yeah.
10   Q.    And what is that?
11   A.    They -- they make cabinets, like tables and stuff
12         or furniture.
13   Q.    Is this in Sioux Falls?
14   A.    Yeah.
15   Q.    And you worked there one day?
16   A.    Yeah.
17   Q.    What was your position?
18   A.    I was spraying the cabinets but I had allergy, so
19         due to my allergy, I couldn't take -- take it in,
20         the smell of the paint.
21   Q.    Couldn't take what?
22   A.    I couldn't, like, handle or take in because the
23         allergy that I have --
24   Q.    Of the spray, you had a reaction --
25         THE INTERPRETER:  -- the reaction.

---

55

1    Q.    -- to the spray?
2          THE INTERPRETER:  Yeah.
3          BY MS. CALEM:
4    Q.    Was it cleaning spray?
5    A.    She wasn't spraying but she was the first one to
6          clean, like, to make it look shiny before they
7          put any spray on the cabinet, but the powder
8          would just come in my face, in my nose, or
9          whatever powder smell would come in my nose and
10         my face.
11   Q.    Do you remember how much you were earning?
12         THE INTERPRETER:  She was 11.65, in that
13         area, in that range but she doesn't remember
14         exactly for sure.
15         BY MS. CALEM:
16   Q.    Is there any other place that you've applied
17         since you started to work at John Morrell?
18   A.    No.  Just those.
19   Q.    Have you been to a job agency to help you find a
20         job?
21   A.    Yeah.  I went to --
22         She doesn't know, but I'm assuming it's
23         ProForce.  It is on 57, up there, the bridge.  So
24         she went there to apply and they left her name,
25         all that info to them but since then, they never

---

56

1          call her back.
2    Q.    When did you go there?
3    A.    I don't remember exact month but I believe in
4          2016.
5    Q.    Just that one agency?  Did you try any others?
6    A.    I just lost my hope so I didn't try any other
7          agency.
8    Q.    Are there any social services agencies, like
9          Lutheran Social Services, that might help you
10         find another job?
11   A.    Lutheran cannot help me because I'm not one like
12         needy refugees because they help those -- you
13         know, first the new-comers.
14   Q.    New immigrants?
15         THE INTERPRETER:  New immigrants, yeah.
16         BY MS. CALEM:
17   Q.    So you haven't looked there because you think
18         they deal with new immigrants and they're not
19         going to work with you?
20   A.    Yeah, that's the rules.
21   Q.    All right.  I want to talk about the incident
22         with Scott Genzler.  Can you tell me what you
23         remember happened that day?
24   A.    It was Friday, 19th.
25   Q.    19th of February?

---

Sala Nammbwe and Yvette Nimenya vs.                    Sala Naamwbe
Smithfield Foods, Inc.                                  May 24, 2018

57

1  A.  Yeah. February. At 1:30. I was opening the
2      socks or net for him. And while I was opening
3      the net for him, he just told me, Open --
4          THE WITNESS: Fucking socks --
5  A.  -- the fucking socks like this.
6  Q.  When he said "like this", did he show you what he
7      meant?
8  A.  When he received the net, he opened wide open,
9      like wide open.
10 Q.  And he wanted you to open it wider?
11 A.  He -- I didn't know what he wanted because we're
12     not supposed to open it wider, because if you
13     open it wider, it won't -- if you put it to the
14     horn, it won't stay on the horn.
15         COURT REPORTER: To the what?
16 Q.  Because it won't stay on the horn?
17 A.  So usually you aren't supposed to open way too
18     bigger --
19 Q.  You're not supposed to stretch the net very
20     big --
21 A.  You're supposed to have it like a -- at a medium
22     level. But him, he just opened wide, like way
23     too wider. So if you open wider, it will go into
24     the horn, but the next person who put it in, it
25     would be harder for him or her because it's

58

1      already -- it's already been open wider.
2          (Outside noise interference.)
3          THE VIDEOGRAPHER: Have him repeat the last
4      sentence.
5  Q.  Okay. So we're going to take a step back here.
6      So this is the net, and you have to open it wide
7      enough for the ham to go in; is that right? Is
8      it a ham?
9  A.  That what you're supposed to apply to something
10     like a pole.
11 Q.  The horn?
12 A.  The horn. So, and the person who's up will push
13     so the ham go through that net.
14 Q.  Okay. So the person above pushes the ham down
15     and it's the -- the net or the sock is supposed
16     to be just big enough the ham goes in; is that
17     right?
18         THE WITNESS: Can I try to explain?
19 Q.  Sure, yeah, yeah.
20 A.  (In English) We work like this. Yvette job is
21     clipping here. My job is to open the socks and
22     give it someone to work on the horn so we have
23     some horn is along from here, you know, to here
24     (indicating). So when I give the person a net,
25     he have to, you know, close the horn so this

59

1      person is here on top of job so he's going to
2      press a button and the ham's go through to the
3      horn already -- already dress the horn so when he
4      get out, it get out with the net. That's how it
5      is.
6  Q.  Okay. So the net gets set up on the horn?
7  A.  (In English without translation of question)
8          Right.
9  Q.  The ham goes in and slides out with the -- with
10     the net on it?
11 A.  (In English without translation of question)
12         Yes.
13 Q.  Then it goes to get clipped?
14 A.  (In English without translation of question)
15         Yes.
16 Q.  Okay. And was your job to set up the nets on the
17     horn?
18 A.  (In English without translation of question)
19         My job is to open the socks and give to
20     someone who set up on horn.
21 Q.  Okay. And he said, Open the fucking socks like
22     this, meaning wider?
23 A.  (In English without translation of question)
24         Yes.
25 Q.  Did he demonstrate what he wanted or what he

60

1      thought you should do?
2  A.  Yes. He demonstrate -- demonstrate that to me
3      but it wasn't how we would do it.
4  Q.  But he thought that was incorrect, that was not
5      the way to do it, right?
6  A.  Yes. It wasn't correct.
7  Q.  So then what happened after that, when -- after
8      he said, Open the fucking socks like this?
9  A.  (In English) Bitch, fucking like this. (Through
10     interpreter) And the second time, I hand it to
11     him the socks, he said like what she just said,
12     bitch, open like this.
13 Q.  So what was Scott's job that day?
14 A.  He was pulling net onto the horn.
15 Q.  Ah, okay. So he was saying open the nets bigger
16     and then he was supposed to put them on the horn,
17     right?
18 A.  The second time I did how he wanted it, how he
19     wanted it to be, but instead of do -- or do
20     whatever supposed to, he just used that language
21     that he used.
22 Q.  Now, before he said, Open the fucking socks like
23     this, had there been any discussion with him, any
24     argument?
25 A.  A day before prior to the incident, he tried to

**61**

1  gave me massage on my shoulder and I told him
2  not, don't do it.
3  Q.  What -- what do you mean, he tried to give you a
4      massage on your shoulder?
5  A.  All right.  He came not knowingly, like, behind
6      me, and before I know it, I feel someone is
7      touching my shoulder with his hand on my
8      shoulder.  And when I turned behind, when I
9      looked behind, I saw it was him and I told him,
10     do not touch me again.  And he said he was trying
11     to give me a massage and I told him, do not give
12     me a massage.
13  Q.  You said, I didn't ask you for a massage?
14          THE INTERPRETER:  I did not ask.
15  A.  (In English) Yeah.
16  BY MS. CALEM:
17  Q.  Did you tell anyone in human resources about
18      that?
19  A.  I didn't tell anybody in HR --
20          (Outside noise interference.)
21          MS. CALEM:  Really?
22  A.  I didn't report that incident down to HR because
23      on orientation, they told us if something -- some
24      behaviors, somebody's doing something to you that
25      you don't like, you're supposed to let him know,

**62**

1      her -- him or her once and warn her once, and if
2      she or he does twice, you got to go report it.
3      So he did it once and he didn't do it again so I
4      did not report.
5  Q.  And had you been friendly with Scott before that?
6  A.  No, we were not friendly.
7  Q.  Did you ever see him give anybody else a massage?
8  A.  No, I haven't seen it.
9  Q.  Did anybody see him touch you and try to give you
10     a massage?
11  A.  I didn't -- I don't know if anybody saw it
12     because I was on the bone line, that's when it
13     happened -- bone?
14          You said bone line?
15          THE WITNESS:  (Speaking Swahili).
16  A.  They call it -- they call it bone line so
17     nobody -- I didn't care to -- you know, to find
18     witnesses because I warn him -- I warn him once
19     and he didn't do it again so he didn't bother me.
20  Q.  And what were you wearing when he touched your
21     shoulders to give you a massage?
22  A.  I had a work clothes.
23  Q.  Did you have a plastic coat on?
24  A.  Yes.
25          (Sotto voce discussion between witness and

**63**

1      interpreter.)
2  A.  Yes.  You have to.
3  Q.  So work clothes, a plastic coat.  Did you have a
4      hat on?
5  A.  Yes.
6  Q.  And the plastic, does that go over a coat that
7      the company gives you or just over your regular
8      clothes?
9  A.  It's your own clothes that you put on top of
10     your -- it's your own clothes, that you put a
11     plastic coat on top of your own clothes.
12  Q.  On top of your own clothes.
13          THE INTERPRETER:  Yes.
14  BY MS. CALEM:
15  Q.  I just wondered if there was, like, a white coat
16     that went under the plastic or anything like
17     that?
18  A.  (In English without translation of question)
19          Oh, I'm sorry.  I'm sorry.  Yes.  We wear
20     our regular clothes and we have a white coat and
21     you put the plastic on top.
22  Q.  On top of the white coat?
23  A.  (In English without translation of question)
24          Yeah.
25  Q.  Okay.  And he put his hands on your shoulders?

**64**

1  A.  (In English without translation of question)
2          Yes.
3  Q.  And that was the day before this happened?
4  A.  It wasn't a day before.  It was in January.
5  Q.  The month before.
6          THE INTERPRETER:  The month before, that's
7      when.
8  BY MS. CALEM:
9  Q.  And when you were describing the incident
10     afterwards to Scott Reed and the other people,
11     did you tell them about the time that Scott put
12     his hands on your shoulders?
13          THE INTERPRETER:  There was one incident
14     that happened.  She doesn't remember if it was in
15     January, I think it was January.
16  (Sotto voce discussion between witness and
17  interpreter.)
18          THE INTERPRETER:  She doesn't know if it is
19     January or February.  She had a tube -- go
20     ahead -- like a water tube.  She was putting
21     water into a bucket.
22          THE WITNESS:  Yeah, a hose.
23          THE INTERPRETER:  Water hose in a bucket and
24     then some of the water drip on his coat, like --
25  BY MS. CALEM:

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**65**

1  Q.  On Scott Genzler's coat?
2      THE INTERPRETER:  On Scott Genzler, on his
3  plastic coat.  And then he --
4      Got upset, right?
5      THE WITNESS:  (Indicating.)
6  A.  -- he got upset, and then he pulled -- and he
7  something to him, a water hose --
8      THE WITNESS:  (In English)  Hose.
9  BY MS. CALEM:
10 Q.  He had the same hose?
11     THE INTERPRETER:  Yeah.
12     So he sprayed his water in my face.  He
13 sprayed the water in my face and then my face --
14 my eyes were itchy and I went down to First-Aid
15 to wash it off.  I reported that incident but I
16 did not bring it up the massage incident on that
17 day.
18     (Lisa Marso entered the room.)
19 BY MS. CALEM:
20 Q.  Yeah.  So this spraying incident happened in
21 January or February?
22     THE INTERPRETER:  (Without interpretation to
23 witness) She doesn't remember if it was January
24 or February but.
25     (Sotto voce discussion between witness and

---

**66**

1  interpreter.)
2      THE WITNESS:  These -- these are two
3  incidents, yeah, massage and --
4  BY MS. CALEM:
5  Q.  Spray?
6  A.  (In English) -- spray.
7      (Sotto voce discussion between witness and
8  interpreter.)
9  A.  This incident of massage and the water spray, I
10 don't remember exactly if they happened in
11 January or December but only -- the thing that I
12 remember, I went to First Aid, and at First Aid
13 because my -- my eyes was aching and they report
14 it and they called down to --
15     Who, Rusty?
16     THE WITNESS:  (In English) They call
17 personnel office.
18     THE INTERPRETER:  They called personnel.
19     THE WITNESS:  (In English) I don't know if
20 it was Scott Reed to report it and they call
21 Russell to come to sign this -- the document.
22 BY MS. CALEM:
23 Q.  They called who, Russ to sign the document?
24 A.  (In English without translation of question)
25     Uh-huh.

---

**67**

1  Q.  Okay.  So at the time of the spray, somehow the
2  personnel office knew what had happened?
3  A.  (In English without translation of question)
4      Uh-huh.
5  Q.  And you think someone from First Aid contacted
6  the personnel office?
7  A.  (In English without translation of question)
8      Uh-huh.
9  Q.  Yes?
10 A.  (In English without translation of question)
11     Yes.
12 Q.  All right.  But you yourself did not make a
13 report to the personnel office at that time?
14 A.  (In English without translation of question)
15     No, because everything happen -- every
16 incident happen in department.  If you go to
17 First Aid, they have to report to personnel
18 office.
19 Q.  Okay.  So if there's any incident that leads you
20 to go to First Aid or to the nurse, they have to
21 notify personnel?
22 A.  (In English without translation of question)
23     Yes.
24 Q.  Okay.  And then separately there was the massage
25 incident.  Was that before or after the spray

---

**68**

1  incident?
2  A.  It happened before -- the massage happened before
3  the spraying.
4  Q.  Did you have any other incidents involving Scott
5  Genzler before this incident on February 19th?
6  A.  No.  It's just those two.
7  Q.  All right.  And then after the incident on the
8  19th when you were talking to people from the
9  union and from the personnel office, did you
10 bring up either of those incidents, the massage
11 or the spray?
12 A.  At that time I didn't bother to bring, like, two
13 more case on top of the one that I had so I
14 decide to just continue with the one that day at
15 that moment.
16 Q.  All right.  So we're back to the incident on
17 February 19th and Scott has made these comments,
18 two comments.  Then what happened after he made
19 the second comment?
20 A.  (In English) If you don't --
21     THE INTERPRETER:  Go ahead.
22 A.  (In English) -- want to work a job, you have to
23 go back to your fucking country Africa.
24     THE INTERPRETER:  That's the next comment he
25 made.

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**69**

1  BY MS. CALEM:
2  Q.  And after he made the first statement, did you
3      respond to him?
4  A.  No, I didn't.
5  Q.  What about the second statement, did you say
6      anything to him after that?
7  A.  I was scared.  I didn't respond.
8  Q.  And after he said, Go back to your fucking
9      country Africa, did you say anything to him?
10 A.  No, I didn't say anything.
11 Q.  Okay.  Did you speak to anybody else?
12 A.  I -- the only response -- the only time that I
13     responded was when Yvette told me, this is a big
14     problem, we got to go to church -- tomorrow is a
15     Saturday.  We go to -- we got to pray to God
16     about this.
17        THE WITNESS:  (Speaking Swahili to
18     interpreter.)
19        Stop speaking fucking -- your language,
20     speak fucking English.
21        THE INTERPRETER:  And I respond to him, You
22     are right, and then he continued saying what the
23     comment she just made.
24     BY MS. CALEM:
25 Q.  So he heard Yvette speak to you in Swahili and

---

**70**

1      you responded in Swahili --
2  A.  (In English without translation of question)
3         Yeah.
4  Q.  -- and he made the comment, Stop speaking your
5      language, speak English?
6  A.  (In English without translation of question)
7         Fucking English.
8      (Sotto voce discussion between witness and
9      interpreter.)
10 A.  (In English) This is a free country, you can
11     speak any language you want. (Through
12     interpreter) And then I said, This is a free
13     country, you can speak any language you want.
14 Q.  And did he say anything when you said that?
15 A.  No.
16 Q.  Did anyone else say anything to Scott during this
17     time?
18 A.  Yes.  After -- after a while, they switched,
19     Lorena --
20        THE WITNESS:  (In English) Becky.
21        THE INTERPRETER:  Becky, sorry.
22     Becky and Scott switch.  Lorena came down
23     and Scott went up so --
24     BY MS. CALEM:
25 Q.  Becky came down --

---

**71**

1        THE INTERPRETER:  Yeah, Becky came down and
2     Scott went up.  So when Scott get there, he
3     started pushing the meat.  Like, one of them fell
4     on my feet and another one hit Lorena --
5        Lorena's hip, is it?
6        THE WITNESS:  (In English) Hip.
7        THE INTERPRETER:  -- hip.  And Lorena ask
8     me, what's going on, why are you bringing such
9     attitude at a workplace.
10     BY MS. CALEM:
11 Q.  And what did he say?
12 A.  At that moment he was quiet.  He didn't say
13     anything.
14 Q.  Okay.  So he and Becky switched places.  He went
15     up to where he's supposed to push the hams down
16     and he just kept pushing them hard and fast
17     without looking to see if the sock was ready; is
18     that correct?
19 A.  Yes.
20 Q.  Yes?
21 A.  Yes.
22 Q.  And one of them fell on your feet?
23 A.  Yes.
24 Q.  And one hit Lorena in the hips?
25 A.  Yes.

---

**72**

1  Q.  Did anything else happen after that?
2  A.  The time that we went today [sic], we took the
3      last break, it was at 2:15.  Yvette was in front
4      of me, at that moment there was her, Yvette and
5      Lorena.
6        THE WITNESS:  (In English) Lorena, Yvette,
7      Becky, Scott and me.
8        THE INTERPRETER:  So Lorena, Yvette --
9        THE WITNESS:  Lor -- hold on.  Lorena.
10       THE INTERPRETER:  There was --
11       THE WITNESS:  Lorena.
12       THE INTERPRETER:  Lorena.
13       THE WITNESS:  Yvette.
14       THE INTERPRETER:  Yvette.
15       THE WITNESS:  Scott.
16       THE INTERPRETER:  Scott.
17       THE WITNESS:  Me and Becky.
18       THE INTERPRETER:  And Becky.  Yeah, yeah.
19     BY MS. CALEM:
20 Q.  So there were five of you working that particular
21     line?
22 A.  (In English without translation of question)
23         Uh-huh.  We were going to break --
24 Q.  Okay.
25 A.  -- and Scott, he said -- I heard it and Lorena.

---

Sala Nammbwe and Yvette Nimenya vs.                     Sala Naamwbe
Smithfield Foods, Inc.                                  May 24, 2018

---

73

1    He said I was doing that because of these two
2    monkeys.
3  Q.  Who did he say that to?
4  A.  (In English without translation of question)
5          He said while we was walking.
6  Q.  While you were walking?
7  A.  (In English without translation of question).
8          Her (indicating), she didn't hear anything,
9    but me, I was -- I was -- I was heard it and --
10 Q.  And Lorena heard it?
11 A.  (In English without translation of question).
12         Lorena and --
13         MS. POCHOP:  Becky?
14         THE WITNESS:  (In English) No.  Eudoxio.  So
15   I don't know about --
16         COURT REPORTER:  Who was that?
17         THE WITNESS:  (In English) Eudoxio.
18         MS. CALEM:  It's E-u-d-o-x-i-o.
19 A.  (In English) So when we come back from break, I
20   was really upset to be called monkey, because
21   when I check over here (indicating), I don't have
22   a tail.  I was so mad.  And Eudoxio, he came, he
23   ask me, how are you going to do about this --
24   this calling monkey.  You're not going to go
25   report?  And she ask, did we get called monkey?

---

74

1          And he said -- and Eudoxio said, You didn't hear
2    that?  And I say, I heard that when he said we
3    are monkey, say was doing this because we are
4    monkey.  So I said no.  I have to report.
5          But Rusty wasn't there, he was already
6    leave, it was only Lisa.  And I said Lisa, she's
7    not supervisor, she's just a team leader, and
8    when we get off work, we went to the union to
9    report to union.
10 Q.  All right.  So you heard Scott say, just in
11   general just saying out loud, I did it because of
12   those monkeys?
13 A.  (In English without translation of question)
14         Yeah, we was walking to go to break.
15 Q.  Everybody was leaving to go to break?
16 A.  (In English without translation of question)
17         Uh-huh.
18 Q.  So he wasn't talking to any one person in
19   particular, he just said it out loud?
20 A.  (In English without translation of question)
21         When he was in front of me, I don't know if
22   he was talking to Lorena because Lorena, she keep
23   asking her a question, why he was doing that
24   because Lorena, she was upset, too.
25 Q.  Yeah.  Where was Eudoxio?

---

75

1  A.  (In English without translation of question)
2          Because --
3  Q.  Was he there too?
4  A.  -- we are up so when we clip meat, the meat that
5    go to Eudoxio, they're, like, downstairs so when
6    the -- when the hams come, they take the hams and
7    hang them in the tree --
8  Q.  Right.
9  A.  -- so when we was coming, where we come upstairs,
10   we go always downstairs and we go all together.
11   That's how.
12         THE INTERPRETER:  Eudoxio --
13 (Sotto voce discussion between witness and
14 interpreter.)
15         THE WITNESS:  (Speaking Swahili).
16         THE INTERPRETER:  Eudoxio was -- they would
17   be -- they would be up, upstairs, and Eudoxio and
18   Derek were downstairs, so when the time for break
19   comes, they all go down so they meet -- the
20   people up walking down, they meet the people
21   downstairs and they walk together.
22 BY MS. CALEM:
23 Q.  Okay.  And everybody, that group was also going
24   to break at the same time?
25         THE INTERPRETER:  Yeah.

---

76

1  BY MS. CALEM:
2  Q.  So that's -- that's the way Eudoxio heard him say
3    that?
4  A.  (In English) Yes.  (Through interpreter) Yes.
5  Q.  And was there anybody else working with you,
6    Becky, Scott and Lorena and Yvette who would have
7    heard what Scott said?
8  A.  Yeah.  Those are the people were present at the
9    moment, they the ones who hear -- who heard that
10   word being said.
11 Q.  Do you know if Lisa Christion was nearby enough
12   to have heard him?
13 A.  At the moment I didn't -- I didn't have any view
14   of Lisa around.  I think she was in her office.
15 Q.  Okay.  So you decided you would speak to a
16   supervisor the following day; is that right?
17 A.  Yeah.  After work, I went to union and I report
18   it, and they told me they were going to, you
19   know, pass that incident to the supervisor.  And
20   then but the next day, the supervisor call me --
21   call her into his office --
22         THE WITNESS:  (In English) His office.
23         THE INTERPRETER:  His office.
24 BY MS. CALEM:
25 Q.  It was Russ, right?

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

77

```
 1   A.   His office and ask us what happened.
 2   Q.   And who in the union did you report it to?
 3   A.   I don't know his name.  He's a Sudanese guy but I
 4        don't know.  He --
 5   Q.   Was he someone -- was he a steward?
 6   A.   She [sic] was a union worker office for the night
 7        shift.
 8   Q.   Okay.  But it was a Sudanese man?
 9   A.   Yes.
10   Q.   In the union office for the night shift?
11   A.   (In English without translation of question)
12             Yes.
13   Q.   All right.  And then the next day, Russ called
14        you into his office and started asking about what
15        had happened?
16   A.   Yes.
17   Q.   And what time -- do you remember what time of day
18        that was that Russ called you in?
19   A.   It was a Saturday on the 20th around 1 o'clock or
20        1 --
21             THE WITNESS:  No.  7.
22             THE INTERPRETER:  I mean 7, not 1, sorry.
23        7 -- 7 o'clock in the morning.
24             BY MS. CALEM:
25   Q.   Seven in the morning.
```

78

```
 1             THE INTERPRETER:  In the morning.
 2             BY MS. CALEM:
 3   Q.   All right.  And what do you remember about that
 4        when Russ called you in?  Who was there?
 5             THE INTERPRETER:  It was her, Lorena,
 6        Yvette, Russ, Scott Gonzales [sic].
 7             BY MS. CALEM:
 8   Q.   Scott Genzler?
 9   A.   Scott Genzler, Thomas Anderson.
10             THE WITNESS:  Thomas Zuroff and Thomas
11        Anderson.
12   Q.   Now, Tom Zuroff was the steward for
13        Department 19, right?
14   A.   (In English without translation of question)
15             Yes.
16   Q.   And so why was Tom Anderson in there?
17   A.   (In English without translation of question)
18             I don't know who call him, because when --
19        when I came from work, they was already inside
20        and they call me but I don't know --
21   Q.   Okay.
22   A.   -- who called him inside.
23   Q.   Okay.  You don't know how he got there?
24   A.   (In English without translation of question)
25             No.
```

79

```
 1   Q.   He was there when you arrived?
 2   A.   (In English without translation of question)
 3             I was already there, yeah.
 4   Q.   All right.  And what -- what happened in the
 5        meeting?  What did Russ say and what did the
 6        other people say?
 7   A.   They -- they asked me and I started explaining
 8        what happened.  Then Lorena said, Sala, your
 9        English is kind of little bit broken, let me go
10        ahead and explain to him what happened.
11   Q.   And did Lorena explain what happened accurately?
12   A.   Because I was already spoken and she elaborated
13        to what I --
14   Q.   She elaborated?
15             THE INTERPRETER:  -- to what I, yeah.
16        BY MS. CALEM:
17   Q.   And do you remember if Russ said anything when he
18        heard what had happened?
19   A.   He asked Scott Gonzales, is it true you did this,
20        and Scott Gonzales acknowledged it.
21   Q.   What else did people say?
22   A.   When -- when Russ say, you agree that he say
23        that, so this incident, they have to go on -- on
24        Monday to HR.
25   Q.   Did Scott apologize?
```

80

```
 1   A.   (In English without translation of question)
 2             No.
 3   Q.   Did Russ say anything about whether Scott's
 4        behavior was against the rules or inappropriate?
 5   A.   (In English without translation of question)
 6             In that meeting?
 7   Q.   Yes.
 8   A.   (In English without translation of question)
 9             No.
10   Q.   Russ just said, well, you admitted you did this,
11        it has to go to human resources?
12   A.   (In English without translation of question)
13             Yes.
14   Q.   How long did that meeting last?
15   A.   (In English without translation of question).
16             I think we left there, like, almost 7:30.
17        I'm not exactly what time.
18   Q.   So maybe 10 minutes, 15 minutes?
19   A.   (In English without translation of question)
20             Like 20 minutes to 25.
21   Q.   Twenty to 25 minutes.  Do you remember anything
22        else that anybody said during that meeting?
23   A.   No, no one else spoke.
24   Q.   But you don't remember anything else that Russ
25        said?
```

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**81**

1  A.  The only thing he said, he said you admit that
2  you say these words, so today is Saturday and
3  Monday HR person -- personnel will be there so
4  you're going to have to bring down to HR.
5  Q.  Did Russ say he would go to human resources or
6  that you should go to human resources?
7  A.  He told us to go to.
8  Q.  He told you to go on Monday?
9       THE INTERPRETER:  Yeah, Monday.
10  BY MS. CALEM:
11  Q.  And on Monday you went to human resources during
12  your break, right?
13  A.  Yes.
14  Q.  What time was the break?
15  A.  It was at 9:05.  That's when the break started.
16  Q.  And before you left to go to human resources, did
17  you tell Russ or Gary, either supervisor, that
18  you were going to human resources?
19  A.  Yeah.  There wasn't anybody there at that time.
20  Both of them were not in the office, so since
21  they told us to go there and report it on Monday,
22  we decide to take -- to take a break time time to
23  go down there and report.
24  Q.  Okay.  Did you leave any note for any of the
25  supervisors saying we have gone to human

**82**

1  resources, anything like that?
2  A.  No, I didn't do it since they knew I was going to
3  go report it.
4  Q.  At any time before you went to report it, did you
5  tell either supervisor, I'm going to go to human
6  resources on my break?
7  A.  I didn't tell any supervisor.
8  Q.  Okay.  And did you ask Lorena to come with you?
9  A.  I didn't ask -- I didn't ask her to come over
10  there.  They knew three of us that we should go
11  report that incident downstairs so we decide all
12  three of us to go.  It's not like I beg or ask
13  Lorena to come with.
14  Q.  You went to human resources, and what happened
15  there?
16  A.  While I was in back over here, we thought it was
17  like -- it would be one- or two-minute
18  conversation, like a verbal sort of
19  conversation, but when we arrive there, Carrie
20  handed to us a paper to write down the whole
21  thing.
22  Q.  Okay.  Let's take a look at that paper.
23       Can you mark that next in order, please.
24       And this would be Exhibit --
25       COURT REPORTER:  15.

**83**

1       MS. CALEM:  15.
2  BY MS. CALEM:
3  Q.  Now, we had marked the earlier exhibit yesterday
4  with Nimenya --
5       COURT REPORTER:  Oh, are you -- oh, I
6  thought we weren't on the record.  Are you on the
7  record, or are you just saying that to me?
8       MS. CALEM:  We can stay on the record,
9  that's fine.
10       COURT REPORTER:  Okay.
11       MS. CALEM:  I'm just thinking we should --
12  starting with 14, we should just have Naambwe on
13  them instead of Nimenya.
14       COURT REPORTER:  Yes.  Yes.
15       MS. CALEM:  Okay, good.
16       COURT REPORTER:  So this one is 15.
17       MS. CALEM:  That will be 15.
18       COURT REPORTER:  Okay.
19  (Naambwe Deposition Exhibit 15 marked.)
20  Q.  Ms. Naambwe, do you need a break, would you like
21  a break?
22  A.  Do you want one?
23  Q.  No.  I'm asking you, do you want one?  You're the
24  one that has to talk.  It's fine with me to take
25  a break if you would like one.

**84**

1  A.  No.  Let's go.
2  Q.  Keep going?
3  A.  Yeah.
4  Q.  Okay.  So you've been handed what's been marked
5  as Exhibit 15 to your deposition.  Is this the
6  form that you filled out in human resources?
7       THE INTERPRETER:  She's said this is not
8  my -- my writing, but I told her that's your name
9  on it.
10  BY MS. CALEM:
11  Q.  Yeah.  I'm looking at the top left.  It's your
12  name.  Why don't you look at it, and because the
13  description is the same as the one that you've
14  given me and it says that the meat fell under my
15  feet.  So take a minute and look at it.
16       MS. POCHOP:  While she's doing that, I might
17  take a break.
18       MS. CALEM:  Let's take a break.
19       MS. POCHOP:  Go ahead and read it.
20       THE WITNESS:  Okay.
21       THE VIDEOGRAPHER:  We're going off the
22  record.  We're going off the record.  It's now
23  10:51 a.m.
24  (A recess was taken at this time.)
25  (Lisa Marso is not present in the room.)

---

Sala Nammbwe and Yvette Nimenya vs.                                    Sala Naamwbe
Smithfield Foods, Inc.                                                 May 24, 2018

85

1           THE VIDEOGRAPHER:  We're back on the record.
2      It's now 11:05.
3           MS. CALEM:  Thank you, Doug.
4      BY MS. CALEM:
5   Q.  All right.  So we're back on the record, and when
6      we left off, I had handed you Exhibit 15 at which
7      I thought was the report that you had filled out
8      in human resources on that Monday that you went
9      in to make the report.  And you're saying you
10     don't recognize this?
11  A.  To speak the truth, this handwriting is not mine.
12     And I went downstairs, I spoke, I say what I saw,
13     and everything -- everything that is written here
14     is true for what I said but I did not write this
15     paper.  But the only person that I saw writing --
16     writing was Lorena but the paper he was writing
17     on is not this.  It was a blank paper without
18     any --
19          COURT REPORTER:  It was a what paper?
20          THE INTERPRETER:  Blank.  There wasn't
21     any --
22     BY MS. CALEM:
23  Q.  If you look at the second page --
24          THE INTERPRETER:  B-l-a-n-k, blank paper,
25     there wasn't anything on it.

86

1   Q.  -- there's a piece of blank paper.  Do you think
2      this could have been what saw Lorena writing, the
3      second page?
4   A.  It was like this, but whatever he wrote on
5      there -- I mean, she wrote on there was more than
6      this.
7   Q.  I see.  So your testimony is you did not write
8      anything on Exhibit 15?
9   A.  What's written here is the truth of my testimony
10     but this handwriting is not mine.
11  Q.  Who do you think wrote it?
12  A.  I don't know whose handwriting it is.
13  Q.  It's written from your point of view.  It says
14     that the meat fell on my feet.
15  A.  When Scott recall me, that's exactly how I said
16     it.  Whatever is written is how I exact said it.
17  Q.  I don't understand that answer.
18  A.  (In English without translation of question)
19          Okay.  I said the question you ask here
20     about I said that the meat was on my feet, yes, I
21     said that, because when he called me in the
22     office to interview me about this incident,
23     that's what I say.
24  Q.  Okay.  So this is accurate, it's just not your
25     writing?

87

1   A.  (In English without translation of question)
2      It's not mine.
3   Q.  All right.  And I notice here under list any
4      witnesses, it says Lorena Morales, Yvette
5      Nimenya, Eudoxio and Terry.  Was Terry a witness
6      to this incident?
7   A.  That's why I say I didn't -- I didn't write this
8      paper because Terry, the place that he is is way
9      far away.  He couldn't have heard anything or
10     seen anything on that day so that's why I say
11     this is not mine.
12  Q.  All right.  Well, we have a little mystery about
13     Exhibit 15, then.
14          So let's continue, then, with the chronology
15     of that day.  You are in human resources and I
16     understand Russ came in.  Is that true?
17  A.  We -- we were in a little entrance, small
18     entrance in the personnel -- personnel area, but
19     Rusty use First-Aid entrance.
20          THE WITNESS:  (In English) First-Aid.
21  A.  First-Aid entrance.  And then he -- he got --
22          THE WITNESS:  (In English) Through to
23     office.
24  A.  Through to the office and he got --
25          Who, Carrie?

88

1           THE WITNESS:  (In English) Yes.
2   A.  -- He got Carrie, and they all came toward us in
3      the personnel area and they were all looking at
4      me --
5           THE WITNESS:  (In English) And yelling.
6   A.  And yelling at me.
7   Q.  Who was yelling?
8   A.  Both Carrie and Rusty.
9   Q.  Together?
10  A.  Yes.
11  Q.  At the same time they were yelling?
12  A.  (By witness in English and Swahili).
13  Q.  Okay.  So Carrie --
14          COURT REPORTER:  Wait, wait.  I need him
15     to --
16          MS. CALEM:  Oh, okay.
17  A.  He said, You come here to report somebody and
18     then you left the line without anybody on it and
19     you guys came here to report somebody is the
20     reason you're here?
21  Q.  And was that what Carrie said?
22  A.  Yes.
23  Q.  That you all left the line to report somebody?
24  A.  (In English without translation of question)
25          Yeah.

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**89**

1  Q.  And she sounded angry?
2  A.  They were angry and they said, You guys came down
3      here because to -- because of reporting, somebody
4      reporting this -- you know, reporting this
5      incident.  Is that the reason you came here?  You
6      left the line without anybody, with an angry
7      tone.
8  Q.  With an angry tone?
9          THE INTERPRETER:  Yeah.
10         BY MS. CALEM:
11 Q.  What did Russ say?
12 A.  That's --
13         THE WITNESS:  (In English) Rusty.
14 A.  -- Rusty say, I told you to forgive him.
15 Q.  I told you to forgive him?
16 A.  (In English) I thought.  (Through interpreter) I
17      thought you forgave him.
18 Q.  I thought you forgave him?
19 A.  (In English without translation of question)
20         Uh-huh.
21         THE INTERPRETER:  And you say?
22         THE WITNESS:  No.  (Speaking Swahili.)
23         THE INTERPRETER:  No.  We haven't spoken
24      about forgiveness.  That's what she replied.
25         BY MS. CALEM:

---

**90**

1  Q.  Did -- when you met with Russ the day before, did
2      Russ say anything about forgiving?
3  A.  He asked me, are you still want to go to the
4      personnel office and I say yes.
5  Q.  Did he ask Scott to apologize to you when you
6      were meeting in his office?
7  A.  No.
8  Q.  Okay.  Well, when we talked earlier, you said
9      that he -- he said, well, Scott, you admitted it
10     so this has to go to the personnel office on
11     Monday.
12 A.  Yes.
13 Q.  So now your testimony is that he also said, do
14     you still want to go to the personnel office?
15 A.  On the same Saturday, that -- that question he
16     asked me, when he asked me, he posed me that
17     question, I was on the line working.  He came and
18     he asked me, are you still want to go report this
19     incident down to HR.
20 Q.  And that was later on when you were working on
21     the line?
22         THE INTERPRETER:  She wants to text -- to
23     tell you exactly.
24 A.  (In English) Because you ask me that before I
25     went to -- to report it is not any -- anything

---

**91**

1      where he's asking me, he told me, and I said,
2      yes, before we went to report on Saturday after
3      we left meeting in the office.  I was on the line
4      working.  That's when Russ come to me and ask me,
5      are you still want to go to personnel office on
6      Monday, and I said, yes, I still want to go to
7      personnel office on Monday.
8      BY MS. CALEM:
9  Q.  Okay.  And that was after the meeting in his
10     office?
11 A.  (In English without translation of question)
12         Right.
13     And he came up and he was on the line, he said
14     are you still going to go to personnel Monday?
15 A.  (In English without translation of question)
16         Right.
17     And you said yes, I am?
18 A.  (In English without translation of question)
19         Right.
20 Q.  Any other conversation?
21 A.  (In English without translation of question)
22         No.
23 Q.  Did anybody hear the two of you talking?
24 A.  (In English without translation of question)
25         It was between me and him.

---

**92**

1  Q.  Okay.  Understand.  And then when he came up --
2      when he -- on Monday when he came into the
3      personnel office, your testimony is he said, I
4      thought you forgave him?
5  A.  (In English without translation of question)
6         Right.
7  Q.  Okay.  Did he -- when he spoke to you on Saturday
8      on the line, did he say anything about forgiving?
9  A.  (In English without translation of question)
10        I can't remember.
11 Q.  Okay.  So Russ and Carrie said these things.
12     What happened next?
13 A.  And Carrie said, You guys should get a warning,
14     because we came to report a person and then we
15     left the job.
16 Q.  And at that point in time, were you late -- late
17     from getting back from your break?
18 A.  It wasn't like -- it was, like, two minute before
19     break -- break -- break was over.
20 Q.  How do you know it was two minutes before break
21     was over?
22     (Sotto voce discussion between witness and
23     interpreter.)
24 A.  (In English) Okay.  Let me explain a little.
25         THE INTERPRETER:  I said it -- I thought it

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naambwe
May 24, 2018

---

**93**

1  was before -- before the break time but it was,
2  like, two minute after.
3  BY MS. CALEM:
4  Q.  Two minutes after was break over?
5       THE INTERPRETER:  Yeah.
6  A.  (In English without translation of question)
7       Yeah.  But we don't know, to me by myself,
8  because when Russ came inside and the -- and the
9  Carrie, I was already panic, you know.  See the
10 way somebody cuss me out and I don't have the
11 right to come to explain to my -- my -- my
12 parents because they're like my parent.  We like
13 their children.  So when I came to report to my
14 parent, I got punish and somebody yell at me,
15 look at me like I'm trash, so I didn't even pay
16 attention to find out what time it was.  I was
17 confused.
18 Q.  That's fine.  So you just weren't sure of the
19 time, but they came in and they said you were not
20 back when break was over.  Is that --
21 A.  (In English without translation of question).
22       Right.
23 Q.  Okay.
24 A.  (In English without interpreter) No, they -- no,
25 they didn't say that.  They say we left the line

---

**94**

1  when we went to report to someone.  We should not
2  left the line and go to report someone so we have
3  to be write up and, yes, we got a warning.
4  Q.  Okay.  And when they came in, did either of them
5  say anything about the line having been stopped
6  because the three of you did not get back from
7  break on time.
8       Let -- let her -- She can answer, I think,
9  right?
10 A.  (In English without translation of question)
11       For how long was it stopped?
12 Q.  I'm just asking, did they say anything, the line
13 is stopped because you didn't get back on time?
14 A.  (In English) Yeah, they say that the line was
15 stopping.  Because when we came back, the line
16 was running --
17 Q.  Okay.
18 A.  -- because have extra people in that department.
19 We have, like, you call, what, utility people and
20 extra people.  So when someone is not there, they
21 can't stop the line because I'm not there.  The
22 line was running.  It was working.
23 Q.  Okay.  So at some point, they found some extra
24 people to go on the line?
25 A.  (In English without translation of question)

---

**95**

1       Right.
2  Q.  Okay.  But when they came, they said the line
3  stopped?
4  A.  Right.
5  Q.  Okay.  So it may have stopped for a little while,
6  but what your testimony is, when you got back
7  down there, it was running again?
8  A.  Right.
9  Q.  Okay.  And how long -- Well, strike that.  After
10 they came in the department and into the
11 personnel department, how long was it before you
12 went back down to the line?
13      THE INTERPRETER:  Say that again.
14 BY MS. CALEM:
15 Q.  When Russ and Carrie came in and were yelling, as
16 you said, how much time passed before you went
17 back down to the line?
18 A.  Like I said, I was kind of upset so I'm not -- I
19 cannot tell you exactly how long it would be.
20 Q.  That's fine.  But you did go back to the line,
21 right?
22 A.  Yes.
23 Q.  And did you then get a warning from Russ?
24 A.  He came and he find me in the dressing room where
25 I was dressing, putting on my work -- working

---

**96**

1  gear, and he said -- he came and handed me a
2  paper and he said, here's your warning, you got
3  to get a warning.  And then I ask him, are you
4  giving me a warning because I'm a monkey?  He
5  said, no, Lorena and Yvette already got a
6  warning, you got to get one, too.
7  Q.  And do you still have that piece of paper?
8  A.  I didn't accept it.  I just took the paper and I
9  fold it and throw it in the garbage, throw it
10 away in the garbage.  He said do whatever you
11 want.  It is on record.
12 Q.  Was anyone else present when Russ came to you and
13 gave you the warning?
14 A.  I was -- I was by myself in the dressing, in
15 there.
16 Q.  Were you told later on that the warning had been
17 removed?
18 A.  I heard from someone, Lorena, I heard from Lorena
19 say, thank you, God, they erased my -- my
20 warning.  So I didn't know if they erased
21 Lorena's warning only or if they erased all of
22 ours' warnings.
23 Q.  When did you hear Lorena say that?
24      THE INTERPRETER:  It was -- she's guessing.
25 It was maybe after two weeks.

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

97

BY MS. CALEM:

2  Q.  After two weeks?

3       THE INTERPRETER:  Yeah.

4       BY MS. CALEM:

5  Q.  So I'm going to hand you what was marked as

6       Exhibit 8 yesterday, and it is some notes that

7       say that at a meeting you were told that you

8       were -- warning was being removed.  So I'm

9       just -- I know you probably haven't seen that

10      document before except here, but I just wondered

11      if it refreshed your memory about a meeting where

12      you, Lorena and Yvette and Tom Anderson and Tom

13      Zuroff were present where you were told the

14      warning would be removed.

15      THE INTERPRETER:  And who was the other

16      Thomas?

17      MS. CALEM:  Zuroff.

18      THE INTERPRETER:  Zuroff.

19  A.  I don't remember.

20      BY MS. CALEM:

21  Q.  All right.  That's fine.  You can hand that back.

22  A.  (Complies.)

23  Q.  All right.  So when Russ gave you the warning,

24      was it signed by anybody from the union, do you

25      remember?

98

1  A.  In the beginning, when we were on HR when they

2      all came, there wasn't any union personally

3      present.  And when he came and hand it to me that

4      warning, there wasn't anybody.  I didn't even

5      bother to look at the handwriting if it was

6      somebody from the union because I was already

7      upset.

8  Q.  All right.  Did you at any point in time learn

9      that Scott Genzler had been given some discipline

10     because of the incident?

11  A.  I didn't -- I didn't know if he got a warning but

12     I heard from people saying that he got a warning,

13     but I believe if he got the warning, he shouldn't

14     be laughing at us say, haha, you get -- you went

15     to HR office report to me but instead -- instead

16     you got a warning.

17      MS. CALEM:  Let's mark this next in order.

18      (Naambwe Deposition Exhibit 16 marked.)

19  Q.  Okay.  You've been handed what's been marked as

20      Exhibit 16.  This is a disciplinary action form

21      for Scott Genzler.  Have you ever seen this

22      before?

23  A.  Never.

24  Q.  Okay.  So you heard through other people that he

25      got disciplined?

99

1  A.  (In English without translation of question)

2      Yep.

3  Q.  But he was laughing at you because you got a

4      warning?

5  A.  (In English without translation of question)

6      Yep.

7  Q.  Do you know if anybody ever told him that your

8      warning was removed?

9  A.  So nobody told me anything.  Since I didn't tell

10     anybody about my warning, how could I know

11     someone else warning?

12  Q.  That's fine.  Just asking.  Do you know if Scott

13     got any other discipline?  Like, for instance,

14     did you know that he was removed from the P-I-T

15     committee?

16      THE INTERPRETER:  T-I -- T-I-T, right?

17      MS. CALEM:  P-I-T.

18      THE INTERPRETER:  P-I-T.

19      The committee that you just mentioned, PIT,

20      that's the first time she heard that so she don't

21      know what that is or what they do.

22      BY MS. CALEM:

23  Q.  Okay.  It's like a safety committee.

24  A.  I don't know.  I don't know that.

25  Q.  All right.  So I understand that after this,

100

1      though, you were called into some additional

2      meetings with Scott Reed and Tom Anderson and

3      maybe some other people.  Do you remember that?

4  A.  Would you specify what kind of meetings?

5  Q.  Yeah.  It was just a meeting on the 29th of

6      February and Scott Reed had been speaking to the

7      union people including Tom Anderson.  And, let's

8      see, Rick Stok -- Stokke was at that meeting also

9      and Scott Genzler and Russ Hultman.  And the

10     notes say you were called into that meeting to

11     talk again about what happened.  Do you have any

12     memory of that?

13     (Sotto voce discussion between witness and

14     interpreter.)

15      THE WITNESS:  (In English) Zuroff or

16      Anderson?

17      MS. CALEM:  Tom Anderson.

18  A.  I wasn't present at that meeting because the

19      meeting that I was, that Thomas -- that Tom

20      Anderson wasn't present.

21  Q.  All right.  Were you called in to -- do you

22      remember being called into any other meeting

23      relating to this incident?

24  A.  (In English) Let me explain a little bit my

25      broken English.  He will tell you.  I'm so sorry.

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**101**

1  Q.  You don't have to apologize because we do
2      understand you so it's fine.
3          THE WITNESS:  (In English) Okay.  If they
4      make a meeting is because HR, they didn't want to
5      listen of this incident and I keep talk to union
6      because like Thomas -- Thomas -- Thomas Zuroff,
7      when you bring -- you bring a report on him, he
8      never done anything.  He never talk to Gary, he
9      never tell Gary anything, okay.  So I decided to
10     go to tell Tom to bring this report because it
11     was hurt me when Gonzales [sic], he see me, he
12     was laughing.  I was almost quit that time, you
13     know.  And, you know, sometime and I quit to go
14     to -- I was just, like, crazy to be called monkey
15     and this and I got a warning and somebody who
16     called me monkey, this and that, he keep laughing
17     on me.
18          So I keep call people to helping me so he
19     can learn how to call another people, even I'm
20     black, I'm not -- That not mean a monkey, all
21     right.  So maybe that -- that meeting, they was
22     talking before they call me.  And I even call
23     Scott Reed and I make appointment with him so I
24     can meet him to explain what happened.  He know
25     that.

---

**102**

1  Q.  Yes.
2          THE WITNESS:  (In English) But this one you
3      said Thomas Anderson with Rusty, Rick, I wasn't
4      at that meeting, because when they call me, I
5      didn't see Thomas Anderson in that meeting.  I
6      think.  That's what I'm thinking.  I don't know.
7  Q.  Okay.  So I have some notes from human resources
8      that -- and they say that there was a meeting in
9      Scott Reed's office, February 29th, and Scott
10     Genzler came in there and he was told that his
11     actions were inappropriate.  Tom Anderson wanted
12     you to come in to tell your story and they called
13     you to come in.
14 A.  (In English without translation of question)
15          I think they call me after he left and
16     Gonzales left, because when I came in, I didn't
17     see Gonzales or Thomas.  And when I go to see
18     Scott Reed, we make appointment with him.  I call
19     him and that number I call -- sorry, I call him,
20     I got it from the union, from union office that
21     said call this number, that's Scott Reed number.
22     And I call Scott Reed's number.  I said, please,
23     can you please just give me a moment so I can
24     speak with you about something hurt me so bad and
25     he said okay, Sala, come here 5:30.

---

**103**

1  Q.  And did you speak to him?
2  A.  (In English without translation of question).
3          Yes.
4  Q.  And what did you tell him?
5  A.  (In English without translation of question)
6          Who?
7  Q.  Scott Reed.
8  A.  (In English without translation of question)
9          About?
10         THE INTERPRETER:  (Translating in Swahili)
11 BY MS. CALEM:
12 Q.  You said you made an appointment to speak to
13     Scott Reed.
14 A.  (In English without translation of question)
15          Yes.
16 Q.  And did you go speak to Scott Reed?
17 A.  (In English without translation of question)
18          I speak with Scott Reed about this incident
19     happen me -- between me and Gonzales.
20 Q.  And you told him how you felt, how hurt you felt?
21 A.  (In English without translation of question)
22          Right.
23 Q.  And what did Scott say?
24 A.  (In English without translation of question)
25          He say he'll work it up.

---

**104**

1  Q.  He will what?
2  A.  (In English)  He will work -- (Speaking Swahili
3      to interpreter.)
4          THE INTERPRETER:  He'll be working on it.
5          MS. CALEM:  He'll be working on it, okay.
6          THE INTERPRETER:  Yeah.
7  BY MS. CALEM:
8  Q.  Okay.  And, in fact, we have notes that show that
9      Scott was working on it and he had several
10     meetings with union people and with Russ and Dave
11     Hillberg.  You weren't at a lot of those
12     meetings, but his notes say that he did bring you
13     into one more meeting when there were several
14     other people.  Do you remember that?
15 A.  The only time that I was called in a meeting was
16     that time when I -- when I -- when I went in
17     there and at that time Gonzales --
18         MS. CALEM:  Genzler.
19 A.  -- Genzler was in there and Tom wasn't, wasn't
20     present.  That is the only time that --
21 Q.  And who was there?
22 A.  There was Rick and him (indicating), Scott Reed.
23         THE WITNESS:  (Speaking Swahili).
24 Q.  David Hillberg?
25 A.  (In English without translation of question)

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**105**

1    I guess.  That's what I'm thinking.  I can't
2    remember too much but I remember him and Rick.
3  Q.  So you remember being called into a meeting with
4    Scott and Rick?
5  A.  (In English without translation of question)
6    Yeah.
7  Q.  And maybe David Hillberg?
8  A.  (In English without translation of question)
9    I guess.
10  Q.  But you don't think Scott Genzler was there?
11  A.  There wasn't that many people in that room.
12    Gonzales was in there.
13    THE WITNESS:  Maybe -- maybe I forgot.
14    COURT REPORTER:  Was in there or wasn't?
15    THE INTERPRETER:  Was in.
16  BY MS. CALEM:
17  Q.  Yeah.  The notes from human resources say that
18    Scott was there and he apologized.  Do you
19    remember that?
20  A.  (In English without translation of question)
21    Never.
22  Q.  Do you remember being told that the union people
23    were going to be circulating in your department
24    to make sure that there were no other incidents
25    like this?

---

**106**

1    THE INTERPRETER:  She's asking who say
2    that?
3    BY MS. CALEM:
4  Q.  I'm just asking if you heard from anybody.
5  A.  Nobody ever told me such thing.
6  Q.  Did anybody from the union ever tell you that
7    they had spoken to Scott Reed about the incident?
8  A.  There wasn't anybody at all from union who told
9    me that because I was already spoken to Scott
10    Reed so there was no need for the -- for --
11    with union -- the union people.
12  Q.  Do you remember Carrie Moate speaking to you
13    afterwards to find out if Scott had done anything
14    else like this again?
15    THE INTERPRETER:  Carrie Moate?
16    MS. CALEM:  (Indicating).
17  A.  Yeah.  He asked me if Scott Gonzales did the same
18    thing again and I told him, no, I hadn't see him
19    doing it.
20  Q.  You told Carrie you have not seen him do it
21    again; is that right?
22  A.  (In English) Yes.  (Through interpreter) Yes.
23  Q.  So Carrie's memo says that on March 4th she spoke
24    to you and you said you haven't had any issues
25    this week but you wanted to add that Gary needs

---

**107**

1    to be more respectful.  Do you remember telling
2    Carrie that?
3  A.  (In English without translation of question).
4    Yes.
5  Q.  And that when a machine breaks down, he will come
6    up and push you out of way and say, Get the fuck
7    out of the way?
8  A.  (In English without translation of question).
9    Yes.
10  Q.  But Gary had not done that that week.  Is that
11    the way Gary was as a supervisor?
12  A.  (In English without translation of question)
13    Exactly.
14  Q.  From the start, from when you were working with
15    him?
16  A.  (In English without translation of question)
17    Yes.
18  Q.  Does he do this to all -- all employees is he
19    like that?
20  A.  (In English without translation of question)
21    Yes.
22  Q.  Is he like that?
23  A.  (In English without translation of question)
24    Yes.
25  Q.  Have other employees complained about him --

---

**108**

1  A.  (In English without translation of question)
2    Well --
3  Q.  -- that you know of?
4  A.  -- I know, like, Anna (sp) she tried to complain
5    but a lot of people get scared to think when they
6    go to complain, they're going to have a
7    suspending or a warning so people just walk like
8    that, like tight, or with their things on their
9    arm, they're scared to go to report because they
10    know this person they went to report, he got a
11    warning, he got a suspended.  Especially me, my
12    problem everybody can't go, anyone, to HR to go
13    report because they scared.  Every time I go over
14    there, I have a suspended, I have a warning.
15  Q.  I'm just asking if you know of anybody who went
16    to complain about Gary.
17  A.  (In English without translation of question)
18    I don't know if some people that went to
19    complain about Gary, but I saw it and I heard it
20    by myself, how he does in the department.
21  Q.  And let's see.  You joined Department 19 in 2014?
22  A.  (In English without translation of question)
23    Right.  August.  I think it was in August
24    2014.
25  Q.  And Gary and Russ were the two supervisors there?

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**109**

1  A.   (In English without translation of question)
2        Right.
3  Q.   And Gary was like that with all employees?
4  A.   (In English without translation of question)
5        Yes.  Well, he have some favorite employees.
6        It's not all employees.  He had some favorite and
7        especially woman, oh, no, to him is woof.
8  Q.   He doesn't like women?
9  A.   (In English without translation of question)
10        No.
11  Q.   Talking back to him?
12  A.   (In English without translation of question)
13        Yes.
14  Q.   So is Gary the kind of person that if you argue
15        with him, he gets very angry?
16  A.   (In English without translation of question)
17        And he don't like a report.
18  Q.   He doesn't like to be --
19  A.   (In English without translation of question)
20        To report.  When someone do something wrong
21        and he don't want it to go to him and say, look
22        at this person, he do this to me, he don't like
23        that --
24  Q.   He doesn't like --
25  A.   -- he start at yelling you back.

---

**110**

1  Q.   He doesn't want to be bothered with any trouble?
2  A.   (In English without translation of question)
3        Yeah.
4  Q.   So you think Gary's just a very bad supervisor;
5        is that right?
6        THE WITNESS:  (Speaking in Swahili to
7        interpreter.)
8  Q.   It's okay to say it if that's what you think.
9  A.   He doesn't have respect.
10  Q.   He doesn't have respect?
11  A.   He does not respect.
12        THE WITNESS:  (Speaking in Swahili).
13  A.   He doesn't respect women.
14  Q.   Have you seen -- have you spoken to any women who
15        say that Gary is not a problem for them?
16        THE INTERPRETER:  Is not a problem?
17        MS. CALEM:  Not a problem, they like him.
18  A.   I never seen anybody say.
19        BY MS. CALEM:
20  Q.   Have you seen Gary yell at men?
21  A.   No, never.
22  Q.   Never seen Gary yell at men?
23  A.   Oh, they -- they got a little kind of verbal
24        conflict with Eudoxio.
25  Q.   Is Gary the kind of person when he gives an

---

**111**

1        order, he just wants people to follow the order?
2  A.   Gary, in my point of view, I don't think he
3        follow the company guidelines.  Whatever he want
4        to be done, in his head is what he -- whatever he
5        wants done, he want that to be done like as he
6        want.
7  Q.   Do you know if Carrie spoke to Lorena or Yvette
8        to ask them if things were going okay?
9        THE INTERPRETER:  Gary?
10        MS. CALEM:  Carrie.
11  A.   I don't know that part.
12        BY MS. CALEM:
13  Q.   Do you remember that Dave Hillberg attended a
14        safety meeting on March 8th to speak to the
15        department about respectful communications?
16  A.   Yes.
17  Q.   Do you remember what was said in the meeting?
18  A.   He was speaking about inappropriate --
19        inappropriate touching of some certain behavior
20        and disrespectful at work.  That's kind of --
21        that was his main theme about me.
22  Q.   Was the whole department there?
23  A.   Yeah.  We all -- we were all required to get
24        there.
25  Q.   Do you remember Scott Reed giving a talk at a

---

**112**

1        safety meeting in October of 2016 to talk about
2        harassment and respectful communications?
3        THE INTERPRETER:  October 20 -- October
4        what?
5        MS. CALEM:  October 2016.
6  A.   Yes, I do.
7        BY MS. CALEM:
8  Q.   Do you remember how long he spoke for?
9  A.   Since I didn't have a watch, I can't tell how
10        long he spoke but he spoke.
11  Q.   Did you say anything during that meeting where
12        Scott spoke, Scott Reed?
13  A.   I didn't say anything.
14  Q.   At the safety meeting that Dave Hillberg spoke
15        at, did you say anything at that meeting?
16  A.   No, I didn't say anything.
17  Q.   Before this incident with Scott Genzler, had
18        anybody at John Morrell made any racist
19        statements to you?
20  A.   No.
21  Q.   And after this incident with Scott Genzler, has
22        anybody made any racist statements to you?
23  A.   Nobody.
24  Q.   How did you decide to go to the National Labor
25        Relations Board to file a charge?

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**113**

1  A.  Because I -- I -- because I saw they took away my
2      right.  They didn't give me the right that I
3      deserve so I decided to go ahead and pursue and
4      to file the charge.
5  Q.  What right was taken away from you?
6  A.  Because in the book or the rules or regulations
7      that I -- that I was told that I know, it says
8      that if somebody discrimin -- discriminate --
9      discriminated you based on your race or color, he
10     or her should get punished or disciplined.  But
11     instead of him get disciplined, I'm the one who
12     was disciplined.  That was the reason.
13 Q.  Scott did get disciplined, didn't he?
14 A.  How -- I don't know if he was disciplined, but
15     look at it this way:  He was disciplined, I was
16     disciplined.  What is this?
17 Q.  Okay.  And your discipline was removed, right?
18 A.  I wanted to know why I was disciplined first.
19     BY MS. CALEM:
20 Q.  Okay.  Let's just mark this next in order,
21     please.
22     (Naambwe Deposition Exhibit 17 marked.)
23 Q.  Exhibit 17 is a letter to you that the company
24     received a copy of from the National Labor
25     Relations Board.

---

**114**

1      Now, this is not the EEOC.  This is a
2      different agency.  So do you remember filing a
3      charge with the NLRB, National Labor Relations
4      Board?
5  A.  Yes.
6  Q.  Did anybody from the union help you file that
7      charge?
8  A.  I went because the union -- union office, they
9      have the forms so I went to ask them the form but
10     the form they give me was the wrong form.  They
11     mistaken and give me wrong form.  That is not a
12     form I wanted.
13 Q.  They have the forms.  Is that what you're saying?
14 A.  Yes.  They have the forms, yeah.
15 Q.  Okay.  So how did you know to file something with
16     the National Labor Relations Board?  Did BJ or
17     somebody tell you you could do that?
18 A.  I -- I --
19     THE WITNESS:  (In English) Okay, maybe he --
20     he don't want to speak.  I'm sorry again.
21     So I understand your question.  I just want
22     to ask.  Is because I'm animal, I'm monkey like
23     how they said so I don't have any knowledge to
24     know what to do about my right so I have to go to
25     someone to help me.  Even -- even I don't know

---

**115**

1      much English, we bring children here in America
2      and they learn everything at school.  And when I
3      came to work, sometime I might be crying, I'm not
4      going to cook the food for them, I'm not going to
5      do anything, I just go straight to sleep, to bed
6      and be quiet, they feel bad and they know
7      everything, they told me what to do.  It's not
8      like BJ's the one who told me what to do or
9      somebody else.
10 Q.  I'm just asking because I don't think you
11     understood my question.  Usually when somebody
12     files a charge with the National Labor Relations
13     Board, the union is involved because that's the
14     agency that deals with unions.
15 A.  (In English without translation of question).
16     Oh, yeah, because --
17 Q.  So that's why I'm asking, did you -- was the
18     union involved in doing that?
19 A.  (In English without translation of question)
20     Yeah, because I went to union to ask them
21     the form --
22 Q.  Okay.
23 A.  -- so I can fill out.  So they did mistake it.
24     They don't have EEOC --
25 Q.  Okay.

---

**116**

1  A.  -- so I fill out this one (indicating).  So
2      when I -- when they respond to me, they call me,
3      we spoke with them on the phone so they said this
4      case does not belong to us.  They say -- they
5      think maybe I was suing them, so they say if
6      you -- your case is belong to EEOC so this
7      company that give me number, EEOC number, so then
8      I call the EEOC --
9  Q.  Got it.
10 A.  -- office.
11 Q.  That's all I was asking.  I just wanted to know
12     how the procedure worked.
13 A.  (In English without translation of question)
14     Right.  That's how it work.
15     MS. CALEM:  So let's mark this next, then.
16     (Naambwe Deposition Exhibit 18 marked.)
17 Q.  Okay.  So Exhibit 18 is a Charge of
18     Discrimination, and I think it's the one that you
19     filed with the EEOC.  Do you recognize this?
20 A.  Yes, I do.
21 Q.  All right.  Is that your signature at the bottom?
22 A.  Yes.
23 Q.  Now, yesterday when we were speaking with Yvette,
24     she said she talked to the EEOC by phone.  Is
25     that how you communicated with EEOC also?

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

117

1  A.  Yeah, because the labor force, the labor board
2      give me the number and so I used that number and
3      I call them, and when I spoke to them, they said
4      they were going to send me a form and I fill out
5      the form to send it back -- back to them the
6      form.
7  Q.  Okay.  And let's see.  After you filled out your
8      form and sent it to them, did they send you this
9      back to sign, Exhibit 18?
10 A.  Yes.  Exhibit 18 is what I was -- is the form
11     that I received.
12 Q.  And you signed it on or around May 23, 2016?
13 A.  Yes.
14 Q.  Before you signed it, did you read the narrative
15     that's on the form, the paragraphs?
16 A.  Yeah, I read it but, you know, English is not my
17     primary language, it's my second language, so
18     there is some that I understood and some that I
19     did not understand.
20 Q.  All right.  Did you believe as much as you
21     understood did you think was accurate on here?
22 A.  For what I understood, it was accurate.
23 Q.  Do you remember speaking on the phone to the
24     representative from the EEOC about what had
25     happened, the incident?

---

118

1  A.  Yeah, I spoke with them.
2  Q.  Do you remember the person saying anything about
3      the fact that because the employer had stopped
4      the behavior, there might not be any claim?
5  A.  She never said such a thing.  She never suggest
6      that comment.
7  Q.  Now, let's look at the complaint.
8          MS. POCHOP:  We've got our copy over here.
9  Q.  These are exhibits we marked yesterday, and
10     they're the employee handbook and the Smithfield
11     Code of Conduct.  I think those are Exhibits 2
12     and 3 from yesterday.  Have you seen either of
13     these before?
14 A.  This is not like the regular handbook we -- we
15     receive or we get.
16 Q.  Is the handbook you get something like this
17     (indicating), a small booklet?
18         THE WITNESS:  (Speaking Swahili).
19         THE INTERPRETER:  From what year?
20         THE WITNESS:  Which year?
21         THE INTERPRETER:  Which year?
22     BY MS. CALEM:
23 Q.  Any year.  I just want to know if you received an
24     employee handbook at any time.
25 A.  (In English without translation of question)

---

119

1          I've got two.
2  Q.  You've got two handbooks?
3  A.  (In English without translation of question)
4          Uh-huh.
5  Q.  Okay.  What years do you have them from?
6  A.  2013 to 2- -- April 27 -- 28, 2013 to April 28,
7      2017.  I got that one.  I got another one and the
8      month is 2017 to 2021.
9  Q.  Okay.  I think you may be referring to the union
10     contract.  Can you -- I have a little green
11     booklet here, it's called agreement between
12     Smithfield Foods and United Food & Commercial
13     Workers Union Local 304A, and this one is
14     June 5th through May 2, 2021.  Can I hand this
15     over to you to look at?
16 A.  (In English without translation of question)
17         Sure.
18 Q.  I just want to know if that's what you're
19     referring to.
20 A.  (In English without translation of question)
21         Yes.
22 Q.  Okay.  So you definitely received that.  And that
23     has the paragraph that we were talking about
24     yesterday about the company will not tolerate
25     discrimination or harassment, correct?

---

120

1  A.  That's what you....
2  Q.  Okay.
3          COURT REPORTER:  That's yes?
4          THE INTERPRETER:  Yes.  Yes.
5          COURT REPORTER:  Thank you.
6  Q.  And you have two -- two copies of the union
7      contract from two different periods of time?
8  A.  Yeah.  The one from 2013 to 2017 I was given by
9      John Morrell.
10 Q.  Given by who?
11 A.  John Morrell.  Morrell.
12 Q.  John Morrell, okay.  Was that something that you
13     received when you first started working at the
14     company?
15 A.  Yes.
16 Q.  And then more recently you got another version of
17     it.  Did you get that from the union?
18 A.  (In English without translation of question)
19         Yeah.
20 Q.  Okay.  I'm going to ask that you give your lawyer
21     the copies that you have so we know what you
22     have.  That was part of the document production,
23     okay?
24         MS. POCHOP:  Yes, I'm sorry.  That is
25     possibly my fault that I should have followed

---

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

121

1    up --
2         MS. CALEM:  It's no big deal.
3         MS. POCHOP:  I just assumed that we were --
4         MS. CALEM:  No big deal.  I know I
5    personally was confused about where things came
6    from and what booklet was what, so.
7         Okay.  You can give me that back.
8  A.  (Complies.)
9  Q.  This is Scott's copy.  He needs it.
10 A.  (In English without translation of question)
11        All right.
12 Q.  And then there's a separate booklet called
13   Employee Handbook.  Did you ever get anything
14   like this (indicating)?  Now, this is, I think a
15   more recent version but I'm going hand --
16        THE WITNESS:  (Indicating.)
17 Q.  No?
18 A.  They don't give that to --
19 Q.  You didn't get anything like this --
20 A.  (In English without translation of question)
21        Never.
22 Q.  -- this employee handbook?
23 A.  (In English without translation of question)
24        Never.
25 Q.  Not even when you started work at the company?

122

1  A.  (In English without translation of question)
2        Never.
3        MS. CALEM:  Just for the record, I'm holding
4    up a -- a small booklet with a black and white
5    cover.  It says Smithfield, Sioux Falls,
6    South Dakota Employee Handbook, and this is Scott
7    Reed's copy.
8        And if you look at Exhibits 2 and 3, those
9    are photocopies of an employee handbook and of
10   Smithfield's Code of Conduct?  Two different
11   things.
12        THE WITNESS:  Oh.
13   (Sotto voce discussion between witness and
14   interpreter.)
15        THE INTERPRETER:  She said in this -- in
16   this -- in this compact, whatever, this book,
17   Number -- Exhibit Number 2 --
18        THE WITNESS:  Yes.
19        THE INTERPRETER:  -- on the page 4 --
20        THE WITNESS:  No.  Yes.
21        THE INTERPRETER:  Whatever that read on
22   page 4 is not on that green book.
23   BY MS. CALEM:
24 Q.  No.  They're two different things.
25 A.  (In English simultaneous to interpretation)

123

1        Yes, they are.
2  Q.  Exhibit 2 is something that the company writes,
3    and the green book you had is something that the
4    union contract, that the union and the company
5    put together.
6  A.  Does he mean the company did not follow the green
7    book rules or whatever regulations?
8  Q.  No.  I think the company followed all the
9    regulations but we're here to determine what
10   you've seen.  I'm just asking, have you seen
11   either Exhibit 2 or 3 before.
12 A.  No.
13        THE INTERPRETER:  I'm trying to clarify
14   because she is looking at Exhibit 3 but it's
15   2 and 3.
16        THE WITNESS:  (In English) Oh, this and
17   this?
18        THE INTERPRETER:  Yes, this Exhibit 2 and
19   Exhibit 3.
20        THE WITNESS:  Oh, okay.  I've never seen
21   this before.
22   BY MS. CALEM:
23 Q.  All right.  That's fine.  Let me give you, then,
24   let's mark this next in order.
25   (Naambe Deposition Exhibit 19 marked.)

124

1  Q.  Okay.  So you've been handed what's been marked
2    as Exhibit 19, and if you look at these two
3    pages, just tell me if you see your signature on
4    there.
5  A.  Yeah, there is my signature on it.
6  Q.  Okay.  And do you remember seeing any video on
7    sexual harassment training when you started at
8    the company?
9  A.  Yes, I do.
10 Q.  Did you receive any other training from the
11   company about sexual harassment?
12 A.  Yeah, before we started our job, we were in this
13   orientation.  It took two days.  In our
14   orientation, we were given and we are told on
15   videos and images and with the speaker all we
16   were told a lot about -- about sexual harassment
17   and we were told if anybody is found guilty of
18   any of these should get fired, lose his -- his or
19   her employment -- employment.
20 Q.  Was that the --
21        THE INTERPRETER:  That was the beginning.
22   It took two days, she said.
23   BY MS. CALEM:
24 Q.  Okay.  And who said that you would get fired if
25   you were found guilty of harassment?

Sala Nammbwe and Yvette Nimenya vs.
Smithfield Foods, Inc.

Sala Naamwbe
May 24, 2018

---

**125**

1   A.   Allen.

2   Q.   Allen said that?

3   A.   Yeah.

4   Q.   Okay.  Was there anybody else present when you

5      did your orientation?

6   A.   There were a lot of us.

7   Q.   A lot of people all together?

8   A.   (Indicating).

9   Q.   Is Allen still with the company?

10   A.   I don't know.  Since that day I haven't seen

11      again.

12   Q.   All right.  And after the orientation, did you

13      get any other training about harassment?

14   A.   From the time I started it, I didn't see or heard

15      anybody else speaking about it, but after this

16      incident happened, that's when David and this guy

17      came -- came along and they started talking about

18      it.

19   Q.   Okay.  And if you look at the sheet that's part

20      of Exhibit 19, it says shift assignments at the

21      top.  Further down under the part that says

22      acknowledgment, it says that you have received an

23      employee handbook and a copy of the Smithfield

24      Code of Ethics.

25         THE INTERPRETER:  Employee?

---

**126**

1         MS. CALEM:  Handbook.

2   A.   Is that Smithfield or John -- John Morrell?

3      BY MS. CALEM:

4   Q.   I don't know.  It says that you -- on the June of

5      2013 when you started work, you got a copy of an

6      employee handbook and the Smithfield Code of

7      Ethics and Professional Conduct.  Does that

8      refresh your memory about whether you received

9      those things or not?

10   A.   I think it is this blue book that I have.  That's

11      what I'm thinking.

12   Q.   Okay.  You have a blue book at home?

13   A.   Yes.

14   Q.   So we're going -- we'd like to see that, too,

15      just to see what she -- what it is.  It's very

16      important that I know what documents you received

17      from the company just so we have an understanding

18      of what information you got.

19   A.   I didn't know you were going to need those books.

20   Q.   We're lawyers, we need everything.

21         After your orientation, did you understand

22      how to make a complaint if you had a problem at

23      work?

24   A.   (Indicating).

25         THE INTERPRETER:  Okay.

---

**127**

1      BY MS. CALEM:

2   Q.   Okay, yeah, yes, you did.  You understood you

3      could go to human resources to make the

4      complaint?

5   A.   In the orientation, we were told if somebody do

6      that wrong to you, you got to warn -- warn her or

7      him.  If she does it again, the same thing, you

8      tell supervisor.  And if the supervisor don't do

9      anything about it, go down to HR.

10   Q.   Besides the blue book you have at home, is there

11      anything else, any other books or papers the

12      company gave you?

13   A.   No.

14         MS. CALEM:  Can we go off the record for a

15      minute?

16         MS. POCHOP:  Sure.

17         THE VIDEOGRAPHER:  Okay.  We're going off

18      the record now.  It is 12:18.

19      (A lunch recess was taken at this time.)

20         THE VIDEOGRAPHER:  Okay.  We're back on the

21      record.  It is now 1:14 p.m., May 24th, and I

22      will give you a signal to start.  Okay.

23      BY MS. CALEM:

24   Q.   All right.  We're back on the record after our

25      lunch break, and I think the next thing that I'd

---

**128**

1      like to start talking about is the allegations in

2      the complaint that you were retaliated against

3      after you made a complaint about Scott Genzler.

4      Can you tell me how you were retaliated against?

5   A.   I -- after this incident happened, we had a

6      contract [sic] of me and Juan working together.

7         COURT REPORTER:  You had a what?

8         THE WITNESS:  We had an incident happen

9      between me and Juan.

10   Q.   Between you and Juan Ogaldez?

11   A.   (In English without translation of question)

12         Yes.  And I went to report -- I can say

13      actually I didn't report it to HR direct.  I went

14      to Gary because -- do you want me to explain?

15   Q.   Yeah, we're going to get to that.  I just want,

16      the retaliation is that you were made to work

17      with him again on the same line.  Is that what

18      your -- your contention is?

19   A.   (In English without translation of question)

20         Yeah, because we're not supposed to work on

21      the same line --

22   Q.   Okay.

23   A.   -- and the same place, me and him.

24   Q.   Okay.  So I -- then let's go back and talk about

25      what happened with Juan in 2014.  I understand

---