*Sala Naambwe and Yvette Nimenya v. Smithfield Foods, Inc.*

Lorena Morales
May 30, 2018



Audrey M. Barbush, RPR
audrey@paramountreporting.com
605.321.3539



Min-U-Script® with Word Index

App. Tab

C

Page 5

1  Q  Okay. The other thing is, is I don't know -- some of
2     us are prone to saying uh-huh instead of yes or no, and
3     we need to make sure that we give a clear, verbal
4     answer, because when we go back to read this later, we
5     might not be able to tell the difference between an
6     uh-huh on the record.
7  A  I understand.
8  Q  And the other thing that I just want to make sure that
9     you understand is that you are under oath today and
10    any -- I need to know if there's any reason that you
11    can't testify accurately or if you have any memory
12    problems or anything like that.
13 A  I don't.
14 Q  If I ask questions that you don't understand, if you
15    could let me know, I would really appreciate it, and
16    I'll try to rephrase for you.
17 A  Yes.
18 Q  So I know that you spoke with the lawyer for Smithfield
19    to prepare for your deposition. I don't need to know
20    any of the details of that. I would like to know what
21    you -- if you reviewed any documents to prepare for
22    your deposition today.
23 A  No, ma'am.
24 Q  Did you discuss the facts of this case with anyone
25    besides your attorney?

Page 6

1  A  No, ma'am.
2  Q  Okay. Can you give me just a little background about
3     yourself, Lorena? I'm interested -- first of all, how
4     old are you?
5  A  Okay. My name Lorena A. Morales. I was born in Mexico
6     back in 1966. I've been in the States for over
7     35 years. I was hired at Smithfield, formerly John
8     Morrell's, August 8th, 2011. I've been working there
9     since.
10 Q  Okay. One other little key about deposition practice
11    is, I was just asking your age and you kind of gave me
12    a lot of information there. That's okay, because we
13    need to get that out of the way.
14       Did you work anyplace else before you worked at
15    John Morrell's, or was that -- have you had other
16    employment in the area?
17 A  I had, yes.
18 Q  And where was that?
19 A  Okay. I worked in the card -- calling card center
20    industry for about three years. I worked at Avacar,
21    not existing anymore, for three years. After that,
22    John Morrell.
23 Q  Can you tell me the jobs that you have held at
24    John Morrell?
25 A  Yes. I was hired in the department 19 that is called

Page 7

1     wash. I was there for a little while. Then I signed
2     for a night shift, inventory clerk. You know, I used
3     to do the inventory of the vats. I was there for about
4     18 months. My job got cancelled. I was sent back to
5     the same department, department 19, morning shift, and
6     ever since I've been there doing --
7  Q  What was that?
8  A  Never mind. I'm sorry.
9  Q  And do you have a specific job that you do in
10    department 19?
11 A  First of all, when I was -- when my job was cancelled,
12    I used to do the clipper in the Great Bend line it's
13    called, Great Bend line. After that, I signed a job
14    to -- in the deli line, and I would put the hams on the
15    racks, and that's what I would do.
16 Q  Is that in department 19 too?
17 A  Yes.
18 Q  How many departments are there at John Morrell?
19 A  I don't know how many. There are many.
20 Q  Tell me what it is that you like about department 19.
21 A  What I like about that department is that you have
22    steady job, you know, you get to know the people, you
23    don't get shift from here to there or they tell you no
24    work no more. You know, you have a steady job. That's
25    what -- that's what you get. And that's what I like

Page 8

1     about it. Maybe it's security.
2  Q  Is that different than other departments?
3  A  It varies. I don't know. It is. Some departments go
4     for longer shifts and some departments are shorter
5     shifts or different schedules, you know.
6  Q  So your current position today, what is your job title?
7  A  Right now, I am working in department 27, which is
8     called canning, and I do -- I put the pans on the line.
9     That's what I do.
10 Q  How long have you been in department 27?
11 A  Over a year now.
12 Q  And how come you left department 19 to go to
13    department 27?
14 A  It was a job opportunity that I had.
15 Q  And the grade of work in department 27, what is -- what
16    is your current grade?
17 A  It's grade 1.
18 Q  Are you a union member?
19 A  I am.
20 Q  While you were working in department 19, you worked
21    with Sala?
22 A  Yes.
23 Q  For, it seems like, a couple of years?
24 A  Yes.
25 Q  Did you have any problems between you and Sala?

| Sala Naambwe and Yvette Nimenya v. | Lorena Morales |
| Smithfield Foods, Inc. | May 30, 2018 |

Page 9

1  A  No, ma'am.
2  Q  What kind of a worker is Sala?
3      MS. CALEM: Objection. Form.
4      THE WITNESS: Okay. Sala, to myself, she -- she
5      worked whatever you -- whenever she goes to work, she
6      gets the job done.
7  BY MS. POCHOP:
8  Q  And you also worked with Yvette for a number of years,
9      right?
10 A  Yes.
11 Q  Did you have any problems between you and Yvette?
12 A  No.
13 Q  And can you tell me what kind of a worker Yvette is?
14     MS. CALEM: Object to the form.
15 BY MS. POCHOP:
16 Q  You can answer.
17 A  Yvette is just like me. We just go and do what we are
18     told to do, and we do it. That's it.
19 Q  One of the main reasons that I asked you to come and
20     testify is because you were involved with an incident
21     with Scott Genzler, a coworker, in February of 2016.
22     But I'm wondering if you had any incidents where you
23     had a coworker or a manager make any racial remarks to
24     you prior to that incident.
25 A  There are issues that I'm disliking, you know,

Page 10

1      something that I, per se, think that is happening to
2      me. The truth is this: When you're in a job, you have
3      to know that that's your job. Everybody's got a job to
4      do. Supervisors, they have to do their jobs, and we
5      have to follow their orders or directions.
6          Some of us are more aware of the union and the
7      rights, you know, what is my right or what is not. You
8      don't know about it? You just go along, and they
9      sometimes can -- they could pull it off easier from one
10     person to the other.
11         And myself, I'm not a standing-up person. I just
12     get along, you know, happy-go-along, that's what I am,
13     and that's -- I'm there to earn my money to pay my
14     bills. I don't care about the rest, per se.
15         Did I answer?
16 Q  I think I know what you're saying, but the question
17     that I'm asking -- and I understand a lot of people
18     just keep their head down and work. You need your job,
19     right?
20 A  Yes.
21 Q  But have you been subject to racial comments in the
22     workplace?
23 A  No, ma'am.
24 Q  Have you heard other people of color be subject to
25     racial comments in the workplace?

Page 11

1  A  I hear things. Yes, I hear things.
2  Q  And I'm talking about besides the Scott Genzler
3      incident.
4  A  Yes.
5  Q  How often -- well, give me an example. I can tell that
6      you are thinking about a memory, and I know this is
7      uncomfortable for you. But can you give me an example
8      of a racial remark that you can call to mind that you
9      heard somebody say in the workplace?
10 A  Per se, like, they are so slow, they are so stupid, or
11     they are so black, or something like that, yes.
12 Q  Are those comments directed at people of African
13     heritage?
14 A  Well, the whole continent is so huge, yes.
15 Q  Who have you heard make comments about your black
16     coworkers like that?
17 A  I don't know. The closest comes to me would be maybe
18     Becky. That's what I would say, that she says, you
19     know --
20 Q  Becky Kaufman? Is that her last name?
21 A  I don't know. I don't know her last name.
22 Q  What is her job?
23 A  I don't know, because I'm not in that department
24     anymore.
25 Q  And that's in department 19?

Page 12

1  A  Well, I thought -- yeah.
2  Q  When was the last time you would have heard her say
3      comments about people's race in the workplace?
4  A  All the time.
5  Q  You know that's a violation of the Smithfield
6      discrimination policy, right?
7  A  No. No.
8  Q  Oh, okay.
9  A  Because, as I said, it's not like -- I read the book,
10     you know, the -- what is it called, the union book, and
11     union book says something, and then when you tell them
12     about it, they say, no, that doesn't apply here, or
13     whatever. I don't know. But it happens. And it
14     wasn't only me. That's a very well-known fact that she
15     would say something like that.
16 Q  Did you ever go to the union to report that she was --
17 A  No, because she would never say that about me, or, if
18     she did, I don't know.
19 Q  As a person of Mexican heritage, have you heard people
20     make racial comments about Hispanic workers in the
21     workplace?
22 A  Oh, yes. That's the way it is, you know. It's a
23     common thing there. You just are either a part of it
24     or you just get away from it. Me? I hear stuff
25     because I'm not deaf, but, like, getting into, you

Page 13

 1    know, telling about it or, yes, you do or -- no, that's
 2    not my business.
 3  Q Would you be worried that you would have a difficult
 4    time with your coworkers if you made a report?
 5       MS. CALEM: Object to the form of the question.
 6       THE WITNESS: Anybody would be very uncomfortable.
 7    Yes, anybody.
 8  BY MS. POCHOP:
 9  Q I wanted to ask you, this document has been previously
10    marked -- I don't know which number it is. This is the
11    Smithfield conduct and ethics handbook. Is this a
12    document that you would have seen before as an employee
13    of Smithfield Foods?
14  A No.
15  Q I also wanted to ask you -- did you get a copy of what
16    we have marked as Exhibit 27, which is the union
17    contract?
18       MS. CALEM: I'm going to object, because you're
19    just holding this up. She has no way of really knowing
20    what it is.
21       MS. POCHOP: Actually, there's a copy of it
22    sitting right there.
23       MS. CALEM: That's the collective bargaining
24    agreement.
25       MS. POCHOP: The collective bargaining agreement,

Page 14

 1    that's right.
 2       THE WITNESS: I believe this is something that
 3    only management has.
 4       MS. CALEM: It's this.
 5       THE WITNESS: Yeah. But, it's open. If you're
 6    interested in knowing what's going on, you can go and
 7    ask for their book and nobody say, no, I don't have it
 8    or I don't know what's that, or anything. It's
 9    available if you ask for it.
10  BY MS. POCHOP:
11  Q What is your understanding about the company's Speak Up
12    policy?
13  A Okay. They do give you -- in safety classes, they give
14    you the -- they advise you to go ahead and if you don't
15    like something, talk to your supervisor, talk to -- you
16    know, the door is open -- open door policy they have.
17    And, yes, they tell us to do that, when we don't like
18    something, go and talk to them.
19  Q I can tell from your answers about my questions about
20    racial comments in the workplace that you don't like
21    them and you -- do you have annual training on the
22    Speak Up program?
23       MS. CALEM: Object to the form.
24       THE WITNESS: Annual -- yes. Yes, we do.
25

Page 15

 1  BY MS. POCHOP:
 2  Q So even though you have training that tells you you
 3    should report that, you should speak up if you don't
 4    like it, and you don't like it, why don't you report
 5    it?
 6  A Why don't I report it? I tell you why. Because my job
 7    is to go and do and perform and get my paycheck. When
 8    I feel something, I go to the office, I tell them. So
 9    far I have not given any negative -- you know, like,
10    they haven't shut me off. When I got sick, they did
11    take care of myself, you know. When I needed -- you
12    know, when I do something wrong, they tell me this and
13    this and that. When I do something right, they just
14    leave me alone. It's like, you come to work, you do
15    your job, go home safe. Come to work, do your job
16    safe, go home safe. That's what they want us to do.
17  Q I understand what you're saying.
18  A It's because that's what I -- that's my way of
19    thinking. They pay me to come and do something. When
20    I get hired, I signed a document stating that I was
21    able to perform what they were asking me. When I came,
22    you know, to the job, they trained me. When I got
23    down, they did take care of me, and, therefore, my
24    relationships with my coworkers, I do -- if it's
25    something really offensive that I don't -- that I

Page 16

 1    cannot swallow, excuse me, you know, let's go and talk,
 2    you and I. Nothing gets in order? You know, then I go
 3    to the next level. So far so good with me.
 4  Q Have you had that happen?
 5  A Yes, I did. I had.
 6  Q So can you tell me about it?
 7  A There is so many people working in that company with
 8    different cultures, different levels of education,
 9    different backgrounds, different everything. So when
10    you are working there, you realize that not everybody
11    is at the same level.
12       So for some people it's better to avoid all kinds
13    of contact or -- you know, or relationships. Just come
14    and do it and go home.
15       For some it's better to -- you know, to couple up
16    with some people. With other people, it's better to
17    have a whole clan together because of the kind of job
18    we perform.
19       So when that happens, they -- we just -- we just
20    have to know each other. Sala is very, very
21    responsible and she's -- she's got her way. She
22    doesn't let you down, but she doesn't mingle with you
23    either. It's like, okay, just go your way and leave me
24    alone. Just behave, let's do it.
25       Yvette is very playful. She plays. She likes to

Page 17

 1   laugh and she make us laugh and, you know, the day gets
 2   shorter that way too.
 3       Me, myself, if anybody would tell you about
 4   myself, they will tell you that I am just like Sala. I
 5   just come to do the job and let's go. But so far
 6   nobody has -- when I have that situation, I confront a
 7   person that I did not feel comfortable with that really
 8   got me. Then I said, you know what, we are not in
 9   high school no more, you come here for your paycheck,
10   I'm here for my paycheck, let's settle this, because I
11   don't want it to go any farther. She says, okay, let's
12   do that.
13       So that's how --
14 Q Who was that, Lorena? I do get to know. You are under
15   oath here.
16 A Yes.
17 Q And I know it's uncomfortable.
18 A Yes. With Becky. And, again, her last name I don't
19   know.
20 Q And what did she say that got somebody like you to say,
21   stop it?
22 A Yes. She would go and tell everybody about -- you
23   know, using the F-word: F Lorena and F Princess and F
24   this -- and she would use that kind of language, and I
25   put up with it as long -- as much as I could. But it's

Page 18

 1   not just the words, you have to understand. It's just
 2   not what they say. It's the way they say it. The
 3   intentions they have in their words.
 4       So I came to the point and I said, I need to talk
 5   to you. She says, what? I said, okay, listen, we'll
 6   do this and we'll do that. I don't want to hear about
 7   this anymore. You don't like something about me, you
 8   come and you tell me, and then I see what I can do to
 9   improve, or otherwise we go the next level. And she
10   says, no, it's okay, it's okay.
11 Q So, after that, she didn't talk about you that way
12   anymore?
13 A Not that I know. I guess she settled for it -- yeah,
14   we settle it.
15 Q Did she continue to talk about other people --
16 A No.
17 Q -- in profane ways?
18 A I was gone. I was gone out of the department pretty
19   soon after that.
20 Q Have you seen people acting out sex acts and things
21   like that in the department?
22 A It happens. Yes, it happens. I've seen it, yes.
23 Q Who have you seen acting out sex acts?
24 A Okay. It was -- we are all grownups, okay? We are not
25   in church. The truth is that we are not in church. We

Page 19

 1   are all get together. So when we get to work, some of
 2   them just go farther -- you know, farther away. You
 3   are mature enough. I said, you know what, crazy guy, I
 4   don't care, let's get going.
 5       This guy was particularly playful, per se,
 6   playful, and he would joke about, come closer and do
 7   this and do that, you know. Some people would do it
 8   and some of them, no, forget it, no, no, and you don't
 9   do that to me.
10       And that was one of Sala's big issue at the
11   beginning, that's sexual harassment, and we're talking
12   about -- and she says, no, I don't take this. She went
13   to the office. I don't know what happened. And most
14   of us, you know, say, no, I didn't see nothing, I
15   didn't hear nothing, because we just have to do that.
16   But it happened, yeah.
17 Q Why do people say they don't see anything if they
18   really did see it?
19 A I don't know.
20 Q Did you get asked if you saw it?
21 A I was in the group, but I wasn't asked. But I wasn't
22   going to go and say, yes, it happened, because they
23   didn't ask me.
24 Q Which person was this that was, quote/unquote, playful
25   in a sexual way?

Page 20

 1 A Oh, he is no longer at work. He doesn't work there
 2   anymore.
 3 Q What's his name?
 4 A His name was Juan.
 5 Q Juan Ogal --
 6 A Ogaldez, something like that. I don't -- yeah.
 7 Q And was Juan playing around sexually with a lot of
 8   different employees and asking the employees to come
 9   over and touch his penis and do things like that?
10 A Anybody -- anybody that will be there, that will be new
11   or any -- you know, he would do it, yes.
12 Q Did he say something like that to you?
13 A He did. He did. I tell him, you're crazy, forget it,
14   grow up.
15 Q What did he ask you to do?
16 A Oh, he would bring the nets closer, and he would go,
17   squeeze them -- see, I'm laughing because, for me, it's
18   like, you don't know what you're doing, really.
19       He would bring the nets closer, and I would see
20   that, and then he would say, come and squeeze them, and
21   when you squeeze the nets, he -- you would go and kind
22   of --
23 Q Did you see any other -- are there coworkers who joke
24   around and simulate sex acts with each other in the
25   workplace?

Page 21

1  A  Ask me again in another way.
2  Q  Have you seen some of your coworkers pretending like
3     they're having sex with each other?
4  A  Oh, no. No. No.
5  Q  Have you observed condoms --
6  A  No.
7  Q  -- in the workplace?
8  A  No.
9  Q  So on the day -- I mean, you do know, Lorena, like,
10    from the training that you get, that using profanity in
11    the workplace is not permitted under Smithfield policy,
12    right?
13 A  Yes.
14       MS. CALEM: Object to the form of the question.
15 BY MS. POCHOP:
16 Q  And you know that kidding around sexually, because you
17    never know when you're going to offend somebody, is a
18    violation of the Smithfield policy, right?
19       MS. CALEM: Object to the form.
20       THE WITNESS: I believe in, not only John
21    Morrell's, anywhere else. Anywhere else.
22 BY MS. POCHOP:
23 Q  And the same reason why you didn't go complain about
24    racial comments -- why didn't you go -- is that the
25    same reason you didn't complain about Juan making

Page 22

1     sexual gestures and remarks to you?
2  A  Okay. Whatever he did or whatever they do, whatever
3     they choose to say or whatever -- whatever way they
4     want -- they choose to act, it doesn't concern me.
5     See, myself, I'm a grown-up woman. Very little really
6     gets me, and when something gets me, I'll just say
7     something to the person, and then I try to settle down.
8     Nothing happens, then --
9        But, it's impossible -- I worked third -- grave
10    shift for 18 months, and those guys that I work with,
11    they respect me so much. They -- they didn't even --
12    the supervisor wouldn't allow them to say a bad -- you
13    know, a swear word, nothing, when I was present.
14       So when I was switched to the department, I
15    thought that was the rule, that was the name of the
16    game, just go along with everybody, and that's it.
17    See, that's what I understood, that's how I got it, I
18    mean.
19 Q  I need to understand. When you switched to what
20    department?
21 A  No. I was working in department 19, remember, I told
22    you. Then I was doing inventory for 18 months, the
23    grave shift. That means from 11:00 p.m. until 7:00 in
24    the morning.
25       While I was working all the shift, nobody, nobody

Page 23

1     even there to tell me nothing or look at me with kind
2     of looks, you know, like (indicating), nothing, because
3     my supervisor would protect me. He would say, be
4     careful with her, she's the only one. And I have
5     nothing to say about it.
6        So when that job got cancelled, I was transferred
7     again to day shift to department 19, and that's when I
8     saw the things going on over there. I was just -- you
9     know, I was just seeing and I was part of it. I was
10    there, but I was not --
11 Q  The supervisor really made a difference.
12 A  I don't think they -- I don't think they knew. I don't
13    know if they didn't know. See, I don't know that.
14 Q  Well, let's talk about the incident with Scott Genzler.
15    On, it looks like it was a Friday, February 19, 2016.
16    That's a long time ago. But do you remember the day
17    that there was a confrontation between Scott, Sala, and
18    Yvette?
19 A  It wasn't Friday. It was Saturday.
20 Q  It was a Saturday? Okay.
21 A  It was a Saturday.
22 Q  So tell me what you can remember about what happened.
23 A  We came to work on the line, and Scott, he was -- he
24    was, socks in the horn. Them two, they were opening
25    sockses -- do you understand what socks --

Page 24

1  Q  Yeah, socks.
2  A  Yeah, they were opening socks. And it was after the
3     first break and -- or before. Okay. It was in the
4     morning. I don't -- if you ask me why the supervisor
5     wasn't there, I don't remember no more, but we were
6     without supervisors.
7        So Scott, he was white, white. For some reason or
8     another he lost his temper. He wanted to get out
9     sooner, he didn't want to be there, I don't know why.
10    But he started shouting, you know. First, he shouts
11    let's go, let's go, let's go. And, first, the two of
12    them, they were right there, and they got kind of
13    nervous, you know, like they got, like, overwhelmed,
14    and so they start opening -- they are so good. She's
15    good opening sockses, but that day, I don't know, she
16    got like -- so he got very (indicating), in the case.
17       It's a long line, a long line, so most of us are
18    packed in one area, and then they start throwing the
19    hams very abruptly, you know, like (indicating), with
20    intentions of hitting something or somebody, I don't
21    know, but they were throwing the hams very harsh --
22    harshly, they say, that's the word.
23       So when I turned and I look, he start saying
24    words, you know, nonsense words, and -- but I said
25    they're crazy, I don't care. So we -- but until the

Page 25

1   moment that he yelled -- he was swearing, okay? He did
2   swear. And then he said, hurry up, shut up F monkeys,
3   you know, monkeys.
4       I didn't take it from him. I said, whatever. But
5   the two of them -- oh, because they were talking to
6   each other, they were kind of talking to each other,
7   and they were saying -- so he just said, shut up F
8   monkeys. And that's as far as I know.
9       We finish the -- you know, the shift. We went
10  home. On the way out, the comment was, oh, Scott made
11  the girls very upset. He was really -- he made them
12  very upset. And I said, wouldn't you be upset if
13  somebody would call you that too? Yeah, yeah. Yeah,
14  yeah. He said that, yeah, yeah. Okay.
15  Q   Who said that?
16  A   Terry. Terry. And I said, oh, okay.
17      We went home. They were very nervous, very --
18  there is a word that I want to find. With a big
19  impression on them, like, you know, impresiónantes.
20  Impresiónantes?
21      MS. CALEM: Impresiónantes? It made a big impact
22  on them?
23      THE WITNESS: Yeah, it made a big impact. That
24  was what I -- when I looked at them and when I look at
25  them walking away, they look like, aw. So next --

Page 26

1   BY MS. POCHOP:
2   Q   Before we go any further, I wanted to ask you -- you
3       said they were throwing the hams. Who was throwing the
4       hams?
5   A   It was Scott and it was that woman again, Becky, the
6       two of them together. They were -- they're very white,
7       they're white. They're white people. We are the
8       outcomers, so they don't like you --
9   Q   Were they throwing the hams to try to hurt you?
10  A   Yeah, because one -- yeah. No, okay. Okay. Let me
11      put it this way: There is this horn. You put the
12      socks in the horn. In order for the meat to get out,
13      they have to have a punch, you know, a punch. So they
14      push these two buttons, and that punch will push the
15      meat. Instead of doing it manually, they just push the
16      buttons and (indicating), the hams go.
17      But if you go like -- you push them without order,
18      those hams just go and go, go, you know, and you could
19      hurt anybody. Yeah, you could hurt anybody. And I
20      know because I've done it, you know. I worked there,
21      so -- and when they left --
22  Q   Did you get hit with one of the hams in the hip or
23      something?
24  A   Yeah, yeah. They hit us, but we just go home, you
25      know. That's fine. We go home.

Page 27

1   There was no supervisor. We couldn't tell anybody
2   because there was no supervisor.
3       The next Monday -- that was on a Saturday. So
4   next Monday they come to my line, which is the deli
5   line, and they say, let's go to personnel. And I said,
6   did you tell them that we are coming? They say, yes,
7   they know we're coming. And I go, okay. Did the
8   supervisor let us go? Yeah, let's go, let's go. Okay,
9   okay.
10      So we went to personnel, and I tell them, we have
11  to write it down really -- you know, what happened, we
12  have to write it down, because we cannot make it up and
13  we cannot forget, I tell them. Okay.
14      And then they said, okay, you write it down. So I
15  started writing things down, you know, the date and the
16  time and this and that and that.
17      We were sent back to the department. Nobody --
18  they don't -- they didn't take us in. Why? I don't
19  know. Because we didn't ask for permission from the
20  supervisor, they told us to go back to the line.
21  Q   Did you go to HR on your break?
22  A   No, it wasn't break.
23  Q   Okay.
24  A   The line was running.
25  Q   Did you talk to Russ at all prior to going to HR?

Page 28

1   A   No, no. I didn't.
2   Q   Russ didn't meet with you and Scott and Sala and
3       Yvette?
4   A   No. No.
5   Q   And so when you were in HR and you were writing all of
6       this down -- how come you were writing it?
7   A   Because I was the one who knows -- I am the one who
8       knows how to write in English.
9   Q   Who were you talking to in HR?
10  A   Whoever was -- you know, we don't -- we went to the
11      office. But there is a window, and we don't go
12      straight to the office. We have to wait. There is a
13      waiting -- you know. And when they know that we were
14      coming, supervisor came in -- wait. No. I take it
15      back. They told us to go back to the department.
16  Q   Who told you to go back?
17  A   The girl in personnel. We don't know their names.
18      They're way far from us. We don't go there every day.
19      We don't mingle with them. We are production.
20  Q   Was she interested in having you come back and complete
21      your complaint, or was she -- what was her -- how was
22      she acting to you?
23  A   No. She just came to the window -- that girl came to
24      the window and said, you need to go back to your
25      department. Oh, okay. We went back to the department.

Page 29

1   Q   Did Russ -- was Russ there at all?
2   A   No, not in HR, no. Then he -- when we came to the
3       department like 15 minutes later or so, we were given
4       the warning because we left the line, yeah.
5   Q   Were you given the warning in the department?
6   A   Yep.
7   Q   In front of other workers?
8   A   No, no.
9   Q   What did Russ tell you when he gave you a warning?
10  A   Russ said, because you leave the line unattended, which
11      is true, I did.
12  Q   Were you working on the same line as Sala and Yvette
13      that day?
14  A   No. No.
15  Q   What kind of disciplinary warning did you get --
16  A   Nothing.
17  Q   -- when he handed you the slip?
18  A   Only the slip.
19  Q   What did it say?
20  A   Don't know. I don't know.
21  Q   Have you had disciplinary action before?
22  A   Me?
23  Q   Yeah.
24  A   Yes. Yes.
25  Q   For what kind of things?

Page 30

1   A   Because I come late to work or because -- mostly that,
2       yeah.
3   Q   Anything else besides late to work?
4   A   Such as?
5   Q   I don't know. You need to tell me.
6   A   No. No.
7   Q   Did Scott say anything to you about having --
8   A   Yes. Later on, yes, he came very humbly after he had
9       talked to supervisors or whatever. I don't know what
10      happened. Yes, he did came very, very humbly. He
11      says, please, Lorena, Lorena, I apologize, forgive me.
12      He did, and he did it in front of a lot of people too.
13      Don't ask me how many or who were they, because I don't
14      remember. We were just a bunch.
15  Q   Were Sala and Yvette --
16  A   I think they were. I think -- yeah, I think they were.
17      Because when he came, he came to the honey line, and by
18      that time I am not working with them.
19  Q   How long after you got the warning slip for going to HR
20      did Scott come and humbly apologize to you?
21  A   I don't remember. I'm sorry, but I don't remember
22      that. Maybe -- no. Maybe doesn't fit it, so -- a day,
23      two days maybe.
24  Q   After that complaint did you have any more problems
25      with Scott?

Page 31

1   A   No. No. Never.
2   Q   Did you observe Sala start to have more problems in the
3       workplace with coworkers?
4       MS. CALEM: Object to the form.
5       THE WITNESS: I would hear that she would, yeah.
6       Now, if you ask me, did she tell me directly this and
7       this and that, no, because she -- she withdraw from
8       everybody, you know, kind of just reserved, you know,
9       like better not get nobody else involved or better just
10      take care of myself. Yes, she did.
11  BY MS. POCHOP:
12  Q   Did you know that Sala and Juan started working
13      together after the Scott Genzler incident?
14  A   No. Oh, maybe she was placed in that line once or
15      twice, but I don't think so. Not like she would go
16      there and just do -- no, no, no, no. Not that I know.
17      I think she was there once. Other than that -- I
18      cannot tell twice.
19  Q   Did people know that Juan and Sala were not to work
20      together?
21      MS. CALEM: Object to the form.
22      THE WITNESS: No. I don't know.
23  BY MS. POCHOP:
24  Q   Did you think that Sala got treated differently than
25      other employees because she did complain?

Page 32

1       MS. CALEM: Object to the form of the question.
2       THE WITNESS: I think so, yes.
3   BY MS. POCHOP:
4   Q   And how do you think she got treated -- in what way was
5       she treated differently?
6   A   She -- my perception was this, that she was given the
7       cold shoulder and -- you know, she would be given the
8       cold shoulder, and the rumors you hear around is like,
9       you know, she's doing this now and she's doing that
10      now. You just hear rumors.
11  Q   Did she get harder job assignments?
12  A   I don't know.
13  Q   Since the Scott Genzler incident -- how about Yvette?
14      How did people treat her after you guys tried to report
15      Scott?
16  A   I don't believe Yvette was the issue. I believe Yvette
17      was just -- I don't know. Yvette was just -- my
18      perception, she was just as everybody else, same.
19  Q   Did managers treat Sala -- give her the cold shoulder
20      too?
21  A   I don't know.
22      MS. POCHOP: Lorena, I think I'm done, but I'd
23      like to just take a minute to make sure that I've asked
24      all the questions that Sala and Yvette wanted me to ask
25      today.

Sala Naambwe and Yvette Nimenya v.
Smithfield Foods, Inc.

Lorena Morales
May 30, 2018

**Page 33**

1   THE WITNESS: Okay.
2   MS. POCHOP: So we'll just take a few minutes.
3   (Recess taken from 2.35 p.m. to 2:37 p.m.)
4   BY MS. POCHOP:
5   Q   Lorena, was Russ Hultman the supervisor who was
6       supposed to be on duty on the shift where you got --
7       where they were throwing the hams and Scott said the
8       racist things?
9       MS. CALEM: Object to the form. There's no
10      evidence he was supposed to be on duty at that time.
11      THE WITNESS: I don't know if he was supposed to
12      be there. I know there are two supervisors.
13  BY MS. POCHOP:
14  Q   And neither one of them were present?
15  A   No.
16  Q   Is that unusual?
17  A   Yes.
18  Q   And -- I mean, it looks to me like destruction of
19      company property and hygienic treatment of food so that
20      people aren't touching it is a pretty important policy
21      at Smithfield.
22  A   Uh-huh.
23  Q   Is that true?
24  A   Oh, yes. Yes.
25  Q   Did one of the hams fall off and hit Sala in the foot?

**Page 34**

1   A   That day I don't know. I don't know about that.
2   Q   How about the ham that physically hit you? What
3       happens to that?
4   A   Oh, no. They put in the socks, so when we are -- we
5       have to get it, and then we have to clip it, see, for
6       them to hang it.
7       Okay. So when that happens, it's not like bruised
8       me or nothing. It's already cover in the sock --
9       socks. And we have gloves and we have sleeves, plastic
10      sleeves, not to touch us directly on the skin, see, so
11      we are protected, we protect the product.
12  Q   When you went to the -- do you know about what time it
13      was when you went to HR to make this report?
14  A   Yeah. That was maybe 8:00 o'clock in the morning.
15  Q   Kind of first thing in the morning?
16  A   Yeah, first thing in the morning.
17      MS. POCHOP: Thank you, Lorena. I don't have any
18      further questions for you. I appreciate your honesty
19      today.
20      THE WITNESS: You're welcome.
21      MS. CALEM: Let me just go over my notes for one
22      minute and see if I have anything to ask you.
23          EXAMINATION
24  BY MS. CALEM:
25  Q   Going to the Scott Genzler incident, it sounds like you

**Page 35**

1       were saying he was impatient, maybe he wanted to get
2       out sooner. He was saying, let's go, let's go, and he
3       was yelling.
4       And I think your testimony was that Sala and
5       Yvette maybe got nervous and overwhelmed and usually
6       they open the socks really well, but were they not --
7       were they doing it differently than they normally did?
8   A   Yeah, because they got -- we run so many hams per
9       minute, so we have to go, you know, constantly. So
10      when something disturbs you, you cannot go constantly
11      or normally, and that was pressure. He put pressure on
12      them to -- on the whole bunch of us who were there.
13  Q   So what were they doing differently because they felt
14      pressure?
15  A   They worked together. They go one and one, or they go
16      one and (indicating). They are pretty good at it. So
17      this time they were like, your turn, my turn, or -- you
18      know, like, what do we do now? So they start talking
19      to each other like --
20      Yvette sings. She sings to make the time shorter
21      ==or to make the time more, you know, pleasurable, to==
22      ==have a little -- likeable==. And that day they were just
23      like, like -- there was what I saw over there. Then,
24      you know, whatever else you ask me --
25  Q   So what they were doing was that they were a little

**Page 36**

1       slower and maybe fumbling a little bit?
2   A   Yeah, fumbling. Yeah, like --
3   Q   And then Scott got impatient with that?
4   A   Uh-huh.
5   Q   And when you say Becky was throwing the hams, was she
6       doing it at the same time as Scott?
7   A   No, because -- okay. This is what she does. She was
8       up here. Okay? She -- she's got a hook. She gets the
9       ham. She drop it there. She push the two buttons. By
10      the time Scott's got the socks here, she push it, and
11      the ham goes, flies. We grab it, we clip it, and let
12      go.
13      So they would go like (inaudible), you know,
14      without time for us to clip it. So when it goes so
15      fast, you're grabbing one and it gets --
16  Q   And were they doing -- did they both have this job at
17      the same time or at different times, Scott and Becky?
18  A   No, at the same time. She's up here and he's there,
19      two people, right there. Another one clipping, and two
20      of them opening sockses.
21  Q   When you were in personnel and you got the form, you
22      started writing on the form, right?
23  A   No. It was a white paper.
24  Q   Let me see. So I'm showing you what's been marked as
25      Exhibit 15. Is this your writing on here?