**Smithfield**
*Good food. Responsibly.*

## Sioux Falls HR Incident Intake Report Form

### Employee Information

Employee: **Sala Naambwe**    ID Number: _____    Date of Report: **02/22/2016**

Phone Number: _____    Department/Shift: **19 D**    Supervisor: **Gary L**

Date of Incident: **friday feb 20/2016**    Job: **Honey line**

What is the nature of the Incident? **racist / bulling / erastment**

Where did the incident take place? **in Honey line.**

List any witnesses, if applicable. **Lorena Morales, Ivette Nimenya, Eudoxio Terry**

Did you report this incident to your Supervisor or anyone else? **(Yes)** / No
If yes, who? **union personel, Thomas B Russell and Lisa**

What response or action was taken by the person you reported the incident to? **To wait until monday so office would be open**

### Incident Description

Explain in detail what happened.
**While waking opening soxes at Honey line the temper of Scott got very short. He started to yeld at us me & Ivette & Lorena about stuff like "open the godamed soxes and keep on going, say open the fucking soxes or find some where else to go, and so on..... after being verbally erased he went on to being careless and leting the meat go off without any soxes and the meat falled on my**

How do you expect the incident to be resolved? _____

I certify that the preceding complaint is true and correct.

Signature: _____    Date: _____

If applicable, interpreter signature: _____    Date: _____

Action Taken: _____

EXHIBIT **15**
WIT: *Naambwe*
DATE: 5-24-18
Suzanne Brudigan RPR-CSR

Incident Report Received By: _____    Updated: 6/4/15

App. Tab **N**

-001-

feet and then againg another one hit Lorena's waist he keep on going using prophanity we all got very nervous and started speaking in our languages when Mr Scott

-002-

**Smithfield**
*Good food. Responsibly.*

## Sioux Falls HR Incident Intake Report Form

### Employee Information

Employee: Yvette Nimenya   ID Number: 4005319   Date of Report: 02/12/2016

Phone Number: _____   Department/Shift: _____   Supervisor: Gary L

Date of Incident: FRi Feb 20, 2016   Job: Honey Line

What is the nature of the Incident? ~~Honey~~ Line

Where did the incident take place? racist / bulling

List any witnesses, if applicable. Lorena Morales, Sala, Evoloxio

Did you report this incident to your Supervisor or anyone else? (Yes) / No
If yes, who? Union person, Thomas, Russell and Lisa

What response or action was taken by the person you reported the incident to?
To wait until monday so office would be open

### Incident Description

Explain in detail what happened.
_____
_____
_____
_____
_____
_____
_____
_____
_____

How do you expect the incident to be resolved? _____
_____

I certify that the preceding complaint is true and correct.

Signature: _____   Date: _____
If applicable, interpreter signature: _____   Date: _____

Action Taken: _____
_____

Incident Report Received By: _____   Updated: 6/4/15

Derby
Exhibit No. 44
Date: 5.31.18
Audrey M. Barbush, RPR