Personnel Copy – White
Supervisors Copy – Yellow
Employee Copy – Pink
Union Copy – Goldenrod

## JOHN MORRELL EMPLOYEE WARNING NOTICE

| NAME | CLOCK NO. | DEPT. | DATE |
|---|---|---|---|
| Scott Gunzler | 30744 | 1917 | 2-22-16 |

**Nature of Violation** — Remarks

- ☐ Attendance
- ☑ Gross Misconduct — Rule #15 using profane language
- ☐ Defective Work
- ☐ Safety
- ☐ Willful Misconduct
- ☐ Carelessness
- ☐ Disobedience
- ☐ Other

_____
Manager or Supervisors Signature

FORM 231 12/96

Tom Zwnsk (STEWARD)

- ☐ Verbal Warning
- ☑ Written Warning
- ☐ Suspension _____ Days
- ☐ Discharge

App. Tab O

EXHIBIT 16
WIT: Naambwe
DATE: 5-24-18
Suzanne Brudigan RPR-CSR