Dec. 8. 2016 1:00PM                                                                 No. 0878   P. 1/1

**SMITHFIELD EMPLOYEE WARNING NOTICE**

| NAME | CLOCK NO. | DEPT. | DATE |
|---|---|---|---|
| Saca Nkambwe | 4007777 | 14D | 12/08/16 |

Details of Violation & Work Rule #

WR #3 - Excessive Absenteeism

See attached

☒ Failure to improve performance will result in further disciplinary action up to and including termination.

_Fleed_                                      _Dave Nillberg_
Manager or Supervisor's Signature            Others in Meeting

---

**SMITHFIELD EMPLOYEE WARNING NOTICE**

| NAME | CLOCK NO. | DEPT. | DATE |
|---|---|---|---|
| Saca Nkambwe | 4007777 | 19D | 12/08/16 |

Details of Violation & Work Rule #

WR #15, Abusive language, combative behavior
Failure to co-operate
- Complains repeatedly about work assignments
- Yelled Supervisor Kacey

Poor Communication

☒ Failure to improve performance will result in further disciplinary action up to and including termination.

_Fleed_                                      _Dave Nillberg_
Manager or Supervisor's Signature            Others in Meeting

-0260-

NOHCY
Exhibit No. 51
Date: 5-30-18
Audrey M. Starbush, RPR

App. Tab

P

-001-

**SMITHFIELD EMPLOYEE WARNING NOTICE**

Original Copy — White
Store Copy — Yellow
Employee Copy — Pink
Union Copy — Golden

CLOCK NO. 4009777   DEPT. 19D   DATE 12/08/16

NAME: SALA NAAMBWG

- [ ] Verbal Warning
- [x] Written Warning
- [ ] Suspension ___ days
- Return to Work 12/12
- [ ] Discharge
- [x] EAP Referral

Union Steward: BJ Morley

Details of Violation & Work Rule #: WR#15, Abusive language, Combative behavior, failure to co-operate — Grievance argument about work assignment — Called Supervisor racist. Between associate communication.

[x] Failure to improve performance will result in further disciplinary action up to and including termination.

Manager or Supervisor's Signature: Reed
Others in Meeting: Dave Hillberg

Reduced to Written per Grievance.

FORM 201 03/15/16
Sanders Printing Co.

---

**SMITHFIELD EMPLOYEE WARNING NOTICE**

Original Copy — White
Supervisor Copy — Yellow
Employee Copy — Pink
Union Copy — Golden

CLOCK NO. 4009777   DEPT. 19D   DATE 12/08/16

NAME: SALA NAAMBWG

- [ ] Verbal Warning
- [ ] Written Warning
- [x] Suspension 3 days
- Return to Work 12/10
- [ ] Discharge
- [x] EAP Referral

Union Steward: BJ Morley

Details of Violation & Work Rule #: WR#13 Excessive Absenteeism. See attached.

[x] Failure to improve performance will result in further disciplinary action up to and including termination.

Manager or Supervisor's Signature: Reed
Others in Meeting: Dave Hillberg

FORM 201 03/15/16
Sanders Printing Co.

Morley
Exhibit No. 41
Date 5-30-18
Audrey M. Barbush, RPR

---

Gary Loger
- Monday 12/05
  - Short person on the line, sent Lorena over
  - 5 minutes later Sala would not open sacks
    - Sala went on and on, I have seniority, kept asking her over who?
    - Sala would not pick from open jobs, said ok enough, assigned her a job on the Hand line, Sala said OK
    - Did not tell Sala to get the fuck over there

Sala N