**Hultman, Russ**

| | |
|---|---|
| **From:** | Reed, Scott |
| **Sent:** | Thursday, March 03, 2016 1:15 PM |
| **To:** | Hultman, Russ |
| **Cc:** | Hillberg, Dave; Moate, Carrie |
| **Subject:** | FW: Removal of Reprimands |

Russ

Please send me notes from your meeting with the employees last week to close off the file. Who was in the meeting, key messages, etc. It is important to have good notes on this.

Thank you Russ

Meeting Time & Location: Smoke meat wash office 1:00

In Attendance: Lorena Morales, Yvette Nimenya, Sala Naambwe, Tom Anderson, Tom Zuroff (Union Steward)

- What did you discuss ...
- What was said on the line on Friday Feb 26th
- That we would take care of it on Monday Feb 29th
- Notified ladies that Verbal Reprimand WR# 4 issued 2/___ would be removed from their files
  Sala, Yvette, Lorena

**From:** Loger, Gary
**Sent:** Monday, February 29, 2016 12:52 PM
**To:** Reed, Scott
**Subject:** Suspensions

The names are Lorena Morales, Yvette Nimenya, Sala Naambwe.

**Smithfield**
Good food. Responsibly.

Gary
605-330-3603 tel
605-330-3173 fax
pbrinkman@smithfield.com

Smithfield Foods
1400 N. Weber Ave.
Sioux Falls, SD 57103
www.smithfieldfoods.com

1   App. Tab Q


Nimenya Exhibit No. 8
Date: 5-23-18
Audrey M. Barbush, RPR