Reed, Scott

**From:** Reed, Scott
**Sent:** Monday, February 29, 2016 4:28 PM
**To:** Moate, Carrie; Hillberg, Dave
**Subject:** RE: Scott Genzler

Follow up items
- Carrie to visit with Lorena M, Yvette N and Sala later this week to follow up on how they are doing / concerns
- Dave H to reinforce respectful communications at next safety meeting
   - Be alert to concerns of disrespect and intervene early, raise the bar in the department
- Dave and Union reps to take extra tours of area
- James to follow up with Tom A (review incident, coach)

Note to File

Meeting this morning (02/29) in my office, Tom A, Rick S, Russ H, Scott G & myself in attendance.
- Scott G reinforced that his actions were inappropriate and apologized numerous times
- Tom A wanted Sala Naambwe to come over to tell her story
   - Concerned about Scott's G statements, Russ not telling entire story, and Sala / others were reprimanded for coming to HR on Monday 2/22
- Russ confirmed Sala and others did not notify him they were leaving to go to HR 2/22 during break
   - No issues going to HR with proper notification or when not working
   - Line was down approximately 10 minutes and Russ came to HR to get them back to line (ladies issued reprimand)
- Scott R reinforced Scott G's actions were highly inappropriate, and that he was disciplined 2/22
   - Any reoccurrence would result in suspension and potential loss of job
   - Scott G stated he understood and went back to work
- Tom A stated if someone called him names like that he would hit them
   - Scott R reinforced that Tom's statements were inappropriate, a threat and violation of our workplace violence policy, not the way we respond
      - Tom continued to state he would respond with violence
      - Made it clear if Tom continued to make threats of violence, he would be sent home
   - Rick S and Tom took a break
- Russ H called Sala down
- Sala reviewed incident
   - Friday 2/21 Scott G yelling, foul and inappropriate language
   - Saturday 2/22 Russ pulled individuals and union stewards into office to review incident
      - Sala and Lorena Morales shared with Russ what happened
   - Scott G was later issued a written reprimand
   - Scott apologized to Sala and Yvette Nimenya
   - Monday 2/24 Sala stated she and others came to HR without notifying Russ
      - Sala indicated this was her mistake
   - Asked Sala what she expected to be done
      - She stated she wanted her story told and the actions would be my decision

1

App. Tab

R



Moate
Exhibit No. 48
Date: 5-31-18
Audrey M. Barbush, RPR

- o Reinforced Scott's actions were highly inappropriate, if any future concerns or reoccurrence, to let Russ know ASAP
- o Sala RTW
- Meeting with Russ
  - o Russ agreed to pull Sala and ladies that were wrote up for leaving line together and area steward to review expectations and notify them the warnings would be removed from their file
- 02/29 Afternoon - incident review with James L, Ian S, BJ M, Dave H and Steve M (prior to our meeting on job changes)
  - o Reviewed incident and concerns that Scott was disciplined prior to all the facts being known
    - Scott also removed from PIT committee
  - o Developed follow up items
    - Carrie to visit with Lorena M, Yvette N and Sala later this week to follow up on how they are doing / concerns
    - Dave H to reinforce respectful communications at next safety meeting
      - Be alert to concerns of disrespect and intervene early, raise the bar in the department
    - Dave and Union reps to take extra tours of area
    - James to follow up with Tom A (review incident, coach)

Scott

**From:** Moate, Carrie
**Sent:** Friday, February 26, 2016 12:01 PM
**To:** Reed, Scott
**Subject:** FW: Scott Genzler

Timeline of events:

- Monday as I was leaving for the DC and Russ came down to HR looking for 3 of his employees.
- The employees had not come back from break and were in the waiting filling out paperwork.
- The employees had not asked permission to be late from break and Russ did not know they were in HR.
- I informed Russ the girls could be written up for being away from the line without permission.
- Russ believed the issue had been dealt with on Saturday
- At this time I asked if Russ if Scott had been disciplined for abusive language and he informed me he had not.
- Russ was told that Scott needs to be disciplined for the behavior and that if he needed help with this to give me a call.
- I had an email from Dave when I returned from the DC.
- I called him to let him know Russ had been down to HR.
- I informed Dave that Scott needed to be disciplined for the behavior.
- I asked for follow up on the outcome.

Carrie

**From:** Moate, Carrie
**Sent:** Monday, February 22, 2016 12:15 PM
**To:** Hillberg, Dave; Hultman, Russ
**Subject:** RE: Scott Genzler

2

Please send me a follow up after you guys have met & disciplined on this.

Thanks, Carrie

**From:** Hillberg, Dave
**Sent:** Monday, February 22, 2016 11:13 AM
**To:** Hultman, Russ
**Cc:** Moate, Carrie
**Subject:** RE: Scott Genzler

Carrie- Give Russ a call and if you would like to set up some time to investigate what happened between Yvette/Sala and Scott we can send them over. Thanks.

**From:** Hultman, Russ
**Sent:** Monday, February 22, 2016 10:33 AM
**To:** Hillberg, Dave
**Cc:** Moate, Carrie
**Subject:** Scott Genzler

Saturday Feb 20 2016 I was told that on Friday Feb 19 that Scott Genzler was using profane language on the honey line. Sala Naambwe and Yvette Nimenya told me that Scott was saying to them that if you can't do your fucking job get off the line. Then he said that he could not work with these monkeys. I got all of the people in my office on Saurday Feb20 2016 and we talked about what happened.