**Moate, Carrie**

**From:** Moate, Carrie
**Sent:** Friday, March 04, 2016 9:19 AM
**To:** Reed, Scott; Hillberg, Dave
**Subject:** RE: Scott Genzler

Met with Yvette, Sala, and Lorena today.

Yvette-
No new issues. Scott has been respectful since the meeting. Wanted to add that Gary Loger is not respectful and will get mad when the machine breaks down and swear at you. Many people have signed out of the department because of Gary's behavior. Gary has not done anything in this last week.

Sala-
Not working with Scott and has not had any issues this week. Wanted to add that Gary needs to be more respectful and that when a machine breaks down he will come up and push you out of the way and say, "Get the fuck out of the way". Gary has not done anything this week.

Lorena-
No issues this last week, believes everyone was just having a bad day.

Carrie

App. Tab

S