Derby, Monica

**From:** Derby, Monica
**Sent:** Monday, September 12, 2016 12:39 PM
**To:** Reed, Scott
**Cc:** Derby, Monica
**Subject:** Sala Naambwe Follow-Up

Monica Derby, BJ Motley, Tom Zuraff, David Hillberg and Gary Loger met with Sala Naambwe in Human Resources to discuss the grievance that she filed.

I began by informing Sala that BJ and I have spent much time on her concern and have conducted a thorough investigation
- BJ asked Sala to explain her grievance, as he was not down here when I spoke with her:
  - Sala expressed that she was working by herself Monday on Arby's and on Wednesday they had 4 people
  - She asked for help but others had been sent home
    - Reviewed payroll for 8/22:
      - 7 people on leave
      - 9 people with .3 hours less and 1 person with 1.3 hours less than Sala
  - Sala feels there is no respect, wants to be treated the same
- Reviewed Seniority List
- Reviewed Department Openings
- Safety - Use of hooks or stands
- Outcome/Findings
  - Respectful Communication Discussions/Training with Managers, Leads and Union Stewards
  - Open Work Assignments
    - Dave and Gary will work to implement open work assignments on Monday (BJ recommendation)
  - Address issues at department level, as unable to fix if unaware of issue
    - Bring concerns to Dave Hillberg, Gary Loger or Tom Zuraff
- Concluded
  - Sala had no questions or further concern
  - BJ had no questions or further concern

I thanked everyone for coming down.

Monica Derby, MSAS
Human Resources Manager

(605) 330-3350 tel
(605) 330-3162 fax
mderby@smithfield.com


**Smithfield.**
Good food. Responsibly.

Smithfield Foods
1400 N Weber Ave
Sioux Falls, SD 57103
www.smithfieldfoods.com

App. Tab

T