Form...

Aug. 25. 2016  6:35PM                                                    No. 0657   P. 1

Personnel Copy – White
Business Agent – Yellow                                                  Do not write in this
Supervisor Copy – Pink          **LOCAL 304A GRIEVANCE FORM**            space.
Steward Copy – Goldenrod                                                 No. _____
                           **UNITED FOOD AND COMMERCIAL WORKERS**

Company _Smithfield Foods_   Department _SM wash_   Foreman _Gary_

Grievant _Sala Norambuse_   Dept. Chief Steward _Thomas Zuraff_

Grievant's Rate _____ Date Grievance Occurred _8/23/16_ Time ____

Article & Section violated _II & III and all that Apply_

Practice Changed _Article 1 of handbook Section F, last Paragraph_

Brief statement of grievance: grievant feels she is being bullied, harrassed on a daily basis, retaliated against. The Manager (Gary) and the Leadperson (Lisa) constantly move her into jobs or situation where they know is not of reasonable placement. Tuesday 8/23/16 she was placed on a job by herself, and the same job Wednesday 8/24/16 has four people on the job. When she asked for help she was denied. There needs to be an intervention between all parties to resolve this or other steps may follow.

Request: _Resolve situation before it escalates_

Steward's Signature _M. Moss_   Employee's Signature _Sala Norambuse / M. Moss_   Date Filed _8/23/16_

Supervisor's Answer (1st Step): _____

Supervisor's Signature _____ Date _____

Date submitted to 2nd step: _____ Signed by _____
                                           Business Agent or Other Appropriate Officer

Meeting Dates:
2nd Step          3rd Step          4th Step

App. Tab U

-0263-

Motley Exhibit No. 29
Date: 5·30·18
Audrey M. Barbush, RPR