Dec. 8. 2016  1:06PM                                                                 No. 0877   P. 1

ovoking or instigating a fight, or fighting during working hours
Company premises.

heft or pilferage of Company or another employee's property.

alsification of personnel or other records.

it-downs, slowdowns or work stoppage of any kind.

ossession of firearms or carrying concealed weapons on
Company property at any time.

Conviction of a felony which could or would affect the em-
ployee's job performance or relationships with other employ-
es.

Abuse, misuse, waste or deliberate destruction of Company
property, tools, equipment or the personal property of em-
ployees.

Sleeping, or in a state resembling sleep, while on the clock
and/or in a non-designated break area.

Using tobacco, or smokeless devices, in the buildings or on any
part of the grounds where tobacco is forbidden (see tobacco
policy).

Failure to promptly report when an accident/injury/soreness
occurs to your supervisor and Health Services. Making false
statements or refusing to give testimony when acci-
dents/injuries or other incidents are being investigated.

Repeated violations of work rules and regulations, which can
be documented by previous disciplinary action.

ese rules and regulations supersede all previous rules and reg-
tions issued by Smithfield Foods

qual Employment Opportunity Policy

tice to All Employees and Applicants

Is the policy of Smithfield Foods to:

Recruit, hire, train and promote, into all job classifications, the





-0261-

App. Tab

V