2/15/17

Sala Naambwe pick a job on Monday and Cary Lager move her and put her on the Great Bend line after she work on the Harvey line for five weeks and that work was open work goes by Seniority. And Cary kick her off the line and give it to somebody else with less Seniority. She haven't work with Javan in two years with they separate them. Then Scott Reed said she his to work with him. So everyday Javan went to Cary and said Sala putting to much meat on the table. And Cary said to Sala it $ you do it again I'm take you to HR and I will fire her

And then Sala went to her new job and Cary put Javan on the same line again he Harvey line and then she keeps on fighting with her. I Thomas Anderson as a Union Steward know Sala Naambwe isn't being treated the same way as others employee.



Reed
Exhibit No. 53
Date: 6·1·18
Audrey M. Barbush, RPR

Dec. 8. 2016  1:06PM                                                                 No. 0877   P. 1

rovoking or instigating a fight, or fighting during working hours
a Company premises.

heft or pilferage of Company or another employee's property.

alsification of personnel or other records.

it-downs, slowdowns or work stoppage of any kind.

'ossession of firearms or carrying concealed weapons on
:ompany property at any time.

Conviction of a felony which could or would affect the em-
iloyee's job performance or relationships with other employ-
les.

Abuse, misuse, waste or deliberate destruction of Company
property, tools, equipment or the personal property of em-
ployees.

Sleeping, or in a state resembling sleep, while on the clock
and/or in a non-designated break area.

Using tobacco, or smokeless devices, in the buildings or on any
part of the grounds where tobacco is forbidden (see tobacco
policy).

Failure to promptly report when an accident/injury/soreness
occurs to your supervisor and Health Services. Making false
statements or refusing to give testimony when acci-
dents/injuries or other incidents are being investigated.

Repeated violations of work rules and regulations, which can
be documented by previous disciplinary action.

ese rules and regulations supersede all previous rules and reg-
itions issued by Smithfield Foods

qual Employment Opportunity Policy

otice to All Employees and Applicants

is the policy of Smithfield Foods to:

    Recruit, hire, train and promote, into all job classifications, the

**SMITHFIELD EMPLOYEE WARNING NOTICE**

NAME: Thurlans Anderson
☐ Verbal Warning
☑ Written Warning
☐ Suspension ___ days
☐ Return to Work
☐ Discharge
☐ EAP Referral
☐ Union Steward
☐ Work Envy
☐ Failure to improve performance will result in further disciplinary action up to and including termination.

Details of Violation & Work Rule #
WR #15

CLOCK NO. 04130
DEPT. HD
DATE 12/16/16

Manager or Supervisor's Signature

Others in Meeting

-0261-

Rec'd
Exhibit No. 52
Date: 4·1·18
Audrey M. Barbush, RPR

-002-