#11

02-15-17

I Yvette Nimenya, am a witness of Sala Ncambwe, on September of 2016, Becky told Sala "Fuck you" out loud and everybody heard it and they called everybody to the Personel office everybody lied and said that they didn't hear anything but they did, and on August, 26 of 2016 Becky threw meat on Sala back, they called everybody into the office and asked if anybody saw becky throwing the meat on Sala back, but they all were scared to tell the truth. When we went to break Juan told me "He said how becky threw the meat on Sala" and he told me he can't be her witness, because she took me to HR, Sala took him to HR, because he asked Sala to touch his private part and she said no. Then Kelly asked me why can't I be like everybody else and keep quiet and don't say anything and I told her I can't be a lier, I have to tell the truth then she said go and don't say anything.

App. Tab

X