**Reed, Scott**

**From:** Reed, Scott
**Sent:** Tuesday, August 15, 2017 2:32 PM
**To:** Henle, Garney; Fleming, Jim
**Subject:** RE: Sala

Thank you Garney.

Can you have Steve walk through the area over the next few days to monitor? Will need to know Sala's job assignment for the remainder of the day and perhaps week.

Sala was instructed to report to HS tomorrow at the start of her shift for a check. She was also instructed to stop back to HS if the pain got worse or she had any other concerns.

Scott Reed
HR Director, Smithfield Sioux Falls

(605) 330 3183
sreed@smithfield.com

**Smithfield.**
*Good food. Responsibly.*

**From:** Henle, Garney
**Sent:** Tuesday, August 15, 2017 2:26 PM
**To:** Reed, Scott; Fleming, Jim
**Subject:** Sala

Scott, Jim
During the investigation Sala was stating the ham struck her in the chest. She said that she didn't know if he did it on purpose or if it was an accident. Then she said that she thought he might have done on purpose.
As the investigation went on and I explained why we were doing this she changed again saying I don't think he meant to. The investigation did bring up some issues with what was going on the line. Employees are throwing hams that have not been clipped back up to the clip table. This practice has stopped.
I talked to her for almost one hour waiting for her pain to subside and when she thought she was feeling better she was waiting for the nurse to let her go. During this time it was brought up that she was on vacation next week and had plane tickets for Dallas at 7am and did not have permission from Managers. I talked to the nurse and she took her blood pressure and said she was good to go. I then told Sala to go to lunch and we she returned BJ, her and I would go investigate and recreate the incident.
On the way to the dept she told me that she seen in his eyes that he was trying to hit her with the ham. She said that he had thrown one at her head early in the day. This was not brought up earlier.

I have employees signed statement's in the incident investigation describing what happened

Anything else?

**Garney Henle**
Operations Manager
Packaged Meats Division

**Smithfield.**
*Good food. Responsibly.*

1

App. Tab

Z

SFI_N&N0167

-001-

**Smithfield** 10:20 — SIOUX FALLS INCIDENT INVESTIGATION REPORT
*"Food. Responsibly."*

## EMPLOYEE INFORMATION
*To be completed by employee and Health Services*

Incident Type: ☐ Lost Time ☐ Other OSHA Recordable ☑ First Aid ☐ Non-Occupational ☐ Property Damage/Loss ☐ Near Miss

Employee: Sala Naambwe     ID Number: 449183     Date Of Hire (M/D/Yr): 6-17-13

Address: 4901 E 54th St SFSD     57110     Phone Number: 469-816-7299

Date of Birth: 1-1-1972     Gender: MALE (FEMALE)     Who was Incident Reported to? Kiesty Hultman / Gary Logi / Steve Fegan

Job Injured On: Clipping Hams     Dept/Floor: 19 1st     Shift: D     Start Time: 7:00     Manager: Dade Hilberg

Where did incident occur? 1st floor Honey Line     Time of day incident occurred: 10:10

Date of Incident: 8-15-17     Date Reported: 8-15-17     Time on Job (Mo/Yr): 5 months

Marital Status: (S) M D Separated     # of Dependents: 2     Primary Language: Swahili / English

Describe any treatment provided at John Morrell and by whom:
Ice, IBP

If treatment was received away from plant, where was it at (provide facility name, street, city, etc.)?

Work Comp Codes: Accident Cause _____ Body Part _____ Injury Type _____ Source _____

## INJURY INFORMATION
*To be completed by Health Services*

SHADE ALL AREAS THAT APPLY.

| BODY PART | LEFT | RIGHT | INJURY DESCRIPTION | ✓ |
|---|---|---|---|---|
| Abdomen | | | Abrasion | |
| Ankle | | | Amputation | |
| Arm | | | Burn (Chemical) | |
| Back/Spine | | | Burn (Thermal) | |
| Calf | | | Contusion | ✓ |
| Cheek | | | Cumulative Trauma | |
| Chest | ✓ | | Electric Shock | |
| Ear | | | Foreign Body (Eye) | |
| Elbow | | | Fracture | |
| Eye | | | Hearing STS | |
| Finger | | | Inhalation | |
| Foot | | | Laceration/Puncture | |
| Groin | | | Skin Irritation/Rash | |
| Hand | | | Sprain/Strain | |
| Head | | | Other: | |
| Hips/Pelvis | | | | |
| Knee | | | | |
| Leg | | | | |
| Lungs | | | | |
| Mouth | | | | |
| Neck | | | | |
| Nose | | | | |
| Shoulder | | | | |
| Thigh | | | | |
| Thumb | | | | |
| Toes | | | | |
| Wrist | | | | |

DIAGNOSIS / RESTRICTIONS / ADDITIONAL COMMENTS / NOTES:

(COPY)

Completed IIR: PN     Entered In Computer: PN

Hultman
Exhibit No. 45
Date: 5-30-18
Audrey M. Barbush, RPR

Updated: 02/02/2017

-0256-

-002-

**EMPLOYEE'S INCIDENT DETAIL** — To be completed by employee

Explain exactly how the incident occurred. Describe the activity as well as the tools, equipment, or material you were using.

Broken Machine - Mechanic was fixing it. Ham passed wasn't clipping, people were hanging. Ham was thrown and struck her chest. Ham had passed and made the person who threw it upset about not having it clipped.

How could the incident have been prevented? Explain:

WITNESS(ES) Include additional witnesses statements on the back or on a separate sheet of paper.

Employee Name: Sala Naambwe   ID Number: 449182   Dept/Shift: 19D

2. Mechanics seen it - abdale yusuf
Thomas - Union Rep   Uta   Bjill

If PPE was required, were you wearing or using it (if no, explain)? (YES) NO
Explain:

Do you have employment outside of JMSF (if yes, explain)? YES (NO)
Explain:

Do you perform any activities outside of work that may have contributed to this injury or illness (if yes, list)? YES (NO)
1.
2.

Prior related non occupational injuries or conditions (please list): None
1.
2.

Please list (or attach report of) prior work injuries. None
1.
2.

Was an interpreter used (if yes, provide name and ID number)? YES NO
Employee Name: ~~Sala Naambwe~~   ID Number: 449182

The information I have provided is accurate and true:

Sala Naambwe   449182   8-15-17
Employee's Signature   ID Number   Date

**MANAGERS INCIDENT DETAIL** — To be completed by manager

Describe in detail how the incident occurred, the sequence of events as well as the tools, equipment, or material the employee was using. Attach additional sheets and photos if necessary. Employee was putting a ham back on the hanging line. Hit another employee in the chest.

Did the incident involve a Powered Industrial Truck (if yes, list type, number and employees involved)? YES (NO)
1.
2.

Was the employee certified to operate the equipment? YES (NO)
PIT operators involved in an incident shall not be allowed to operate until retraining has occurred. (See PIT Policy for further info.)
Updated: 02/02/2017

-0257-

-003-

## INVESTIGATION (Root Cause Analysis. Check all that apply)

To be completed by manager

| | | |
|---|---|---|
| ☐ Awkward Posture/Reach/Bend/Twist | ☐ Improper Lifting | ☐ Insufficient Supervisory Training |
| ☐ Congested Work Area | ☐ Improper Loading or Placement | ☐ Lack of Written Safety procedures |
| ☒ Deficient or Improper Material Storage | ☐ Improper Maintenance | ☐ Operating at an Unsafe Speed |
| ☐ Equipment Condition | ☐ Improper Material Handling | ☐ Operating Equipment Without Authority |
| ☐ Excessive Noise | ☐ Improper Setup | ☐ Poor Housekeeping |
| ☐ Failure to Follow Instructions | ☐ Improper Tools or Equipment | ☐ Poor Engineering or Design |
| ☐ Failure to Follow Written Procedures | ☐ Inadequate Enforcement: Rule / Procedure | ☐ PPE Not Used |
| ☐ Failure to Lockout | ☐ Inadequate Fall Protection | ☐ Running/Rushing/Hurrying |
| ☐ Failure to Secure Area | ☐ Inadequate Inspection | ☐ Safety Device By-Passed |
| ☐ Failure to Warn | ☐ Inadequate Risk Assessment | ☐ Safety Rule Violation |
| ☐ Fire or Explosion Hazards | ☐ Inadequate Supervision | ☐ Scheduling Problems |
| ☐ Guards Not Used or Inadequate | ☐ Inadequate Training | ☐ Slippery Conditions /Unmaintained Surface |
| ☐ Hazard Not Properly Identified | ☐ Inadequate Ventilation | ☐ Temperature Extremes |
| ☐ Hazardous Substance / Chemical Exposure | ☐ Incorrect Use of Tool or Equipment | ☐ Unsafe Act of Others |
| ☐ Horseplay | ☐ Insufficient Job Knowledge | ☐ Other Unsafe Acts or Conditions: |
| ☐ Improper Job Technique | ☐ Insufficient Lighting | |

## CORRECTIVE AND PREVENTIVE ACTION

To be completed by manager

What action(s) has been and/or will be taken to prevent recurrence? <u>Every cause should have a corrective action.</u> Include who is responsible and dates actions implemented or expected to be implemented. Attach additional sheets if necessary.

| ACTION TAKEN | PERSON RESPONSIBLE | COMPLETION DATE |
|---|---|---|
| will talk to employee about being more careful when pulling hem back on line | Russ Huffman | 8/15/17 |
| | | |
| | | |

| RECORDABLE INCIDENTS (complete all actions listed) | PERSON RESPONSIBLE | COMPLETION DATE |
|---|---|---|
| Review Hazard ID Pocket Card with employee (task performed, identify the risks, review the safe plan – required for all recordable incidents) | | |
| Review area HIRA to ensure all hazards are identified and controls are in place (required for all recordable incidents) | | |

### THE FOLLOWING SIGNATURES ARE REQUIRED UPON COMPLETION:

X Production/Maintenance Mgr: *[signature]*   Date: 8/15/17

Hourly Safety Team Member: _____   Date: _____
(Recordable Incidents Only) ↑

Operations Mgr./Superintendent: _____   Date: _____

Safety Department: _____   Date: _____

Updated: 02/02/2017

Reed, Scott

**From:** Derby, Monica
**Sent:** Monday, August 29, 2016 7:13 AM
**To:** Reed, Scott
**Subject:** FW: Dept 19D issue on Friday---Sala N.

From: Hillberg, Dave
Sent: Saturday, August 27, 2016 8:33 AM
To: Derby, Monica
Subject: Dept 19D issue on Friday---Sala N.

Om Basnet          4005196
Shyam Bhattarai       4004739
Rasheam Davidson      4020237
Fernando DeLeon       18143
Becky Kaufman 48453
Lorena Morales       4005316      (said she was not on the line at time of incident, took over for Donna Ibarra,,,#54354)
Juan Ogaldez     63601
Suk Rai       4020264
Cecil Weismantel      92036
Ganga Magar     4005204

Monica- You have the notes on incident from Lisa Yesterday. I met with the above people at 1535 on Friday, 8/26/16 as a group in the back room of smoke alley office. Asked them first if they were aware of why we were meeting and all knew what was going on from the earlier meeting with Russ and Lisa.

I again asked if anybody had witnessed any part of the incident and got no's from everyone on the line (above). Lorena Morales notified me that she was not on the stuffing line at time of incident (approx. 1330-1340 from Lisa's accounting of it).

I stressed that intimidation and horseplay has no place in the department and that everyone needs to be respectful of each other, every day.

I ended the meeting letting the group know that if anybody wants to come forward, they can come to me one on one in confidence to share details.

Meeting ended at 1550 and that is when I returned to your office to report.

We should get any details Russ has on Monday as well.

Have a good Weekend.

Dave.