Received 4-16-18
from Candace
candace found on it
her desk. BJ told her
to bring it to HR.

Dear Management,

We the staff of Smoke meat wash department (19) has deem it necessary to bring these issue to your attention.

Our Lead person in person Lisa have been very disrespectful, and seriouly harassing us on the job.

Because of her Continue action we thought it wise and prudent to inform management as soon as possible so that they can take immediate action.

We remain kind and look forward for your immediate response.

Respectfully yours,

1. Terry 2kqpper
2.
3. Liuypft
4. - uabyre 2
5. Aynerrem Myas
6. Beilbelle
7. Baggi Gerbrel

App. Tab

AA

EXHIBIT 14
WIT: Naanbare
DATE: 5-24-18
Suzanne Brudigan RPR-CSR

-001-

8 EMAN HABIB

9 Vhyto Akime

10 Rufus Barnard RP Hamuel Jr

11 Sala Maambwe

12 Yvette Minyenya
   Ella Lazo

3) Paul Dong
   JS / ECH

John Mayen.
Amanda
OM Basnet
Sena
TONY

-002-