# Reed Supp. Ex. K





**Smithfield**

Smithfield Foods, Inc.

Agreement between
Smithfield Foods Sioux Falls
Plant Operations
and
United Food & Commercial Workers Union
Local 304A

June 5, 2017
to
May 2, 2021

## VII. NO DISCRIMINATION / HARRASSMENT POLICY

15. The Company and the Union will not discriminate against any employee because of race, color, religion, gender, national origin, age, disability, sexual orientation, marital status, covered veteran status or status within any other legally protected characteristic of an individual in accordance with the Civil Rights Act of 1964 and the Age Discrimination in Employment Act of 1971, both as amended, and the Vietnam Veterans Readjustment Assistance Act, Americans with Disability Amendment or other applicable laws. The parties also agree to comply with the Americans With Disabilities Amendment and Family Medical Leave Acts.

The Company will continue its present policy of giving preference in hiring to former Employees whose services were satisfactory and who meet applicable Company requirements at the time of application for hire.

16. The Company will not tolerate harassment of any kind, including sexual, Union or non-Union status, racial, or religious harassment, within the work place. Should any Employee feel like he/she is a victim of harassment, the Employee is urged to notify the Plant Affirmative Action Officer so the Company may have an opportunity to investigate and deal with the problem. All inquiries will be held in the strictest confidence and the matter will be investigated and dealt with expeditiously except in cases involving grievances, where the Company agrees to share the appropriate information with the Union.

## VIII. WEEKLY GUARANTEE AND HOURS OF WORK

17. The Company shall guarantee thirty-six (36) hours work in a week, or pay in lieu thereof, for all regular full-time hourly paid Employees unless the Employee is laid off not later than the last scheduled work day of the preceding week. Such guarantee will be the applicable Monday through Friday except for those shift operators as defined in Paragraph 21 who are regularly scheduled to work on Saturday and/or Sunday, in which case the thirty-six (36) hour guarantee will be applicable to the first five scheduled work days of the Employer, or those specifically addressed below. Each department (irrespective of the remainder of the division) has the right to waive the weekly guarantee eight (8) times in any calendar year. Notice to waive the guarantee must be posted in the affected department prior to noon on the Friday preceding the week of waiver. However, two (2) of the eight (8) waivers during the year may be declared in the week of waiver without notice the prior Friday. Those in the departments that waived the guarantee for that week and are scheduled to work on Sunday and were affected by the waiver will be paid at time and one-half for hours worked on Sunday.

The Company shall have the ability to run an alternate work schedule in the Packaged Meats Mechanical Division 1st & 2nd shift (overtime after 8 hours / day and 40 hours / week), holidays observed on the actual day of the holiday for the Technicians working this schedule). Technicians hired before April 27, 2013 will have the option to decline working this alternate shift schedule.

After L. Jessop and R. Dickess leave the paint gang, the Company shall have the right to designate a staggered workweek of its choosing, i.e., Wednesday through Sunday. Paint gang employees shall be guaranteed thirty-six (36) hours on the first five (5) consecutive days they are scheduled to work beginning with the first day scheduled. The following rules shall also be applicable:

4

(a) Employees who are recalled from lay off after the first work day of the week and all employees rehired or new hires shall have their guarantee reduced by the number of hours worked by the gang before they report. It is not the intent of this paragraph for the Company to idle an entire department to avoid the guarantee or holiday pay.

(b) Employees on lay-off status who, in the exercise of their seniority rights, have obtained employment in a department other than the department in which they hold regular seniority shall upon returning to the department in which they hold regular seniority, have their guarantee reduced by the number of hours worked by that department prior to such Employee returning to that department.

(c) Employees displaced because of the operation of the seniority provisions shall not be entitled to any weekly guarantee for the week of such displacement.

(d) Hours worked on a holiday shall be counted towards the guarantee except for holidays falling outside the employee's five-day guarantee period.

(e) In the event an Employee is absent (with or without permission) or tardy, his/her guarantee shall be reduced by the number of hours of work missed by such absence or tardiness.

(f) Eight (8) hours pay for hours not worked on a holiday shall be credited against the thirty-six (36) hour weekly guarantee, except for holidays falling outside the employee's five-day guarantee period.

(g) Employees affected by a waiver in a department who work less than thirty-six (36) hours in that week of the waiver, Monday through Friday, will be given a minimum of thirty-six (36) hours credited towards the fulfillment of their 1,615 hours for vacation entitlement.

(h) Individuals who fail to sign the "sign-up sheet" for extra work the week prior (or during the week, should unexpected work become available), shall forfeit guarantee and be charged hours that otherwise would have been available to them had they signed the "sheet." However, individuals who do not sign the "sign-up sheet" and would not have had extra work made available to them, shall receive guarantee time if applicable and not be charged on the equalization of hours worksheet.

Extra work requiring special skills, such as lard pullers and mule operators, shall be charged hours and forfeit guarantee if the required number of operators would have reached them and made the work available. If there are insufficient volunteers to fill the needs and any particular operator is forced early or late, then every similarly qualified operator in the department will be charged hours against their guarantee and equalization of hours.

18. Insofar as business conditions permit, eight (8) hours shall be a day's work for production and maintenance Employees. Any time worked in excess of eight (8) hours in any work day, or forty (40) hours in any work week, shall be deemed overtime for which time and one-half shall be paid. Hours in excess of ten (10) in any day shall be on a voluntary basis excepting set up or

5

otherwise stated. If more than one Employee is hired on the same date, numbers will be drawn to establish position within that group.

69. **Interplant Transfers:** Interplant transfer Employees shall continue to use their master seniority date as their plant seniority date. Employees within this category who have the same master seniority date shall determine their respective position based on Company service with the greatest service being most senior.

70. **Probationary Employees:** New Employees will be required to serve a probationary period of ninety (90) accumulated calendar days, during which period such Employees shall be considered temporary and may be dismissed without reference to seniority. Such dismissals shall not be subject to the arbitration procedure. Upon completing their probationary period, such employees will establish seniority back to the date of hire.

71. **Job Bidding:**

**Temporary Supervision/Lead:** Supervisory absences or Lead position may be filled from bidders who have applied by signing a "Lead Request List" for their particular area or work group. Bidders will be evaluated based on seniority, leadership, knowledge of the operation and work record. The Successful bidder will be paid the contractual lead rate (as per paragraph 41) while performing such duties.

**Departmental Seniority:** The plant is comprised of various departments as noted in Exhibit A and new hires will not acquire departmental seniority until the time restraints or provisions of paragraph 71(b)(1) have been met.

(a) New Employees who are assigned to the Smoke Meats Cure, Smoke Meat Stuff or Smoke Meat Pack departments during the months of September through December shall be considered temporary within those departments unless they bid and are awarded a job within the department or off the plant master board bid. Such temporary employees as defined shall establish permanent departmental seniority upon their reassignment to another department in accordance with paragraph 71(b)(1), following layoff from the departments described above. Employees who are not laid off or reassigned by January 15th of any calendar year, shall establish permanent seniority within the initial department as of the date of hire in accordance with paragraph 71(b)(1). Those employees who are reassigned and establish seniority in the second department shall establish seniority in that department as of their plant date of hire.

(b) Employees desiring a transfer from one department or bargaining unit (excluding Office) to another must sign a permanent job posted on the plant master board for that desired department. The senior employee who signs a master board posting will be awarded the position. Applicants successfully transferring shall sever all rights in their prior department upon transfer to the new department and will be given a trial period of up to two (2) weeks to qualify for the job. Disqualification by the supervisor may occur any time during the two (2) week period and at that point, the individual will revert back to his/her previous bid job. Upon disqualification, the Company shall go to the next signer on the posting.

Employees will be allowed one transfer every six (6) months. Any employee, after

20

successfully bidding for and accepting a position, not moved within 45 days after being notified they were the successful bidder, shall on the 46th day begin receiving an additional $.25 per hour for all hours worked until moved. Seasonal or short-term fluctuations in production which commonly occur will not result in permanent openings, and will be filled by assignment.

(1) Employees shall acquire seniority (departmental rights) by (a) voluntarily bidding and qualifying on a job within the department they are working, or from the plant master board; (b) being forced to sign a job due to lack of bidders and he/she being the junior open person; (c) on the employee's 91st day of employment, the employee will acquire departmental rights in the department they have been assigned to on that date. This excludes those referred to in paragraph 71(a) who have not bid or been forced to accept a job.

(2) Forced assignments do not count as a bid.

(3) Jobs vacated by an employee with ten (10) years or more of service due to a quit, death, or retirement will be posted on the plant Master Board. However, the job vacated by the successful bidder will be posted within the department regardless of his/her years of seniority, provided the successful bidder accepts the posting in good faith and remains on the job until disqualified or bids on another job at some point in the future. If an employee accepts a posting but immediately vacates the position to return to his/her former job, without actually having worked in the new position, the Company shall revert back to the original Master Board posting and allow the next most senior employee the opportunity to fill the job. Should any unanticipated issues arise regarding this paragraph 71(b)(3), the parties agree to meet and discuss solutions which protect the intent of this language. If any employee with 10 years or more of service signs a master board or department posting within 45 days of leaving the Company and is allowed to move to that position (per contractual language), the position that will be bid on the master board will be his/her or her previous job.

(4) Jobs vacated by employees with two years or less of service will be bid in the department. Should no one sign the department posting (grade 1 – 3 jobs), the lowest employee in the department without a bid job will be forced to the position. Grade 4 and above jobs with no signers, will be posted on the plant master board.

(c) **Department Expansion:** Any increase in the regular number of department employees, due to expansion, shall be considered temporary until management determines the permanency of the operation. After such determination has been made, permanent openings, shall be posted within the department first. When there is some question as to whether or not the openings are of a permanent nature, the parties shall, within a period of six (6) months, meet and discuss the circumstances and attempt to arrive at a mutually acceptable decision on whether the expansion shall be considered temporary or permanent.

(1) Jobs and work within this new processing facility shall fall within the jurisdiction of Local 304A's production unit. New jobs shall be bid from the

21

permanent job and are held on their previous positions for more than thirty (30) days shall receive the difference in grade pay, if bidding upward, beginning on the 31st day, or $0.25 per hour penalty premium for down and lateral bids for each week after the 31st day they are not moved. For grade 5 and 6 jobs, the thirty (30) day period may be extended because of disqualification problems for an additional thirty (30) days. During the extension the employee held in place will receive a $0.25 per hour premium.

(1) Employees who have bid jobs and not been moved to those jobs within 31 calendar days shall be placed on an "aging list." Upon request, the Union business agent and the Operations Manager of the appropriate department shall meet to review the "aging list" to determine a schedule for the movement of employees who have not been moved. Employees who remain on the "aging list" 61 days after having signed a bid shall receive an additional $0.25 per hour premium and the appropriate Division Manager, H.R. Director and the President of the Union will be notified. Any premium pays presently in the contract for retaining bidders on their present job shall remain in effect.

(e) The following positions on the Honey Bake Spiral Slice line shall be bid: 8600 Operator(s) (grade 4); Spiral Slice Operator(s) (grade 3); Inspectors/Graders Spiral Slice (grade 3); and Split Saw Operator(s) (grade 3). Should these individuals be laid off outside of the department to another department in the plant and recalled at a later date to the Spiral Slice Line, they shall be eligible for retroactive grade pay for all time worked while laid off when they return to their original position. The provisions noted in 71(d) above shall also pertain to the positions indicated in this paragraph.

74. **Temporary Work or Shutdowns**: Due to the variable nature of the business, all jobs are subject to temporary shutdown. Employees whose jobs are shut down for less than one (1) week in duration and are needed for work within the groups as defined in Exhibit B-2 will pick available open work by seniority. Should there be a need to transfer an individual out of the group as defined in Exhibit B-2, the shutdown person, as long as he/she owns a permanent job, will be allowed to displace the junior employee(s) in his/her department without a bid position and that individual will be reassigned out of the group as defined in Exhibit B-2. These individuals will then pick available open work by seniority. Should everyone in the department own a bid job, the junior employee(s) will be transferred and choose available open work by seniority. Available open work is defined as work that no one is performing and needs to be done.

(a) In the case where a temporary shutdown is expected to last beyond the remainder of the week and does not cause a layoff out of the department, the shutdown employee will be allowed to first displace the junior employee without a bid job that he/she is qualified to perform. If all have bid jobs, the displaced operator will choose from available open work according to seniority.

(b) Employees shutdown or displaced in accordance with 74 or 74(a) who are permanent bid operators, shall be recalled to their bid position if it resumes the next day or immediately if the Company transfers someone in from another department and places that person on the shutdown position.

21

---

master board with the Company reserving the right to maintain a qualified workforce both in the new processing facility and in the existing facility. Details of the transition will be discussed and finalized 90 days prior to startup of the new processing facility.

(d) Employees on vacation when a job is posted shall have the first two days after the expiration of their vacation to bid on jobs posted while gone.

(e) If a successful bidder has temporary medical restrictions which prevent them from performing all aspects of the bid job, the Company will hold the job for up to six months if the bidder has the seniority to be awarded the bid job; or re-post the job if the person's temporary restrictions are changed to permanent restrictions within the first six months after signing the job. This procedure applies to both master board and departmental postings.

72. In the event there are permanent openings for which there were no signers in the department or on the plant master board (as a result of someone with over 2 years of service leaving that position), the least senior employee in the department without a bid job will be required to sign the posting. If there is no one in the department without a bid position, the Company will then force a newly hired employee on this position. The Company shall consider medical restrictions and medical schedules when assigning individuals to such positions. For those employees not working in their permanent department, last date of entry into the department shall prevail for all purposes.

73. **Job Bidding Within Department**: Job openings will be posted for bid from 7AM Thursday to 7AM the following Tuesday and will designate the primary job assignment as well as a complete description of the position to include the appropriate pay level, the starting time of the position and the general hours that the position will work. The provisions noted in 71(d) above shall also pertain to departmental bidding.

(a) The senior employee who signs the posting must accept the posted job and relinquish all rights to their previous job, except that if the employee fails to qualify for the posted job, he/she shall revert back to his/her previous bid job. Successful bidders will receive the applicable grade rate when qualified. Employees may bid upward and laterally at will; however, they may only bid downward one (1) time in any six (6) month period.

(b) If employees are assigned work in a lower grade, they shall suffer no loss of pay. However, if they are assigned work in a higher grade for which they are satisfactorily performing, they shall receive the higher rate for the period they perform such work.

(c) Permanent employees who have not signed a permanent job or been forced to sign a position within the department, will be classified as a grade 1 and will be subject to assignment. Such employees will receive the applicable rate of pay for the work they perform on a daily basis. However, for purposes of lay off, they shall be considered as grade 1 regardless of the job performed in the department.

(d) Employees who wish to exit their present permanent job may do so only by successfully bidding another job. Employees who have successfully bid a new

22

Employees are eligible to request an unpaid leave of absence each calendar year in accordance with the schedule below. It is understood that such request will be reviewed according to the criteria outlined above and in no way constitutes a guaranteed entitlement for leave. Employees granted leaves under this paragraph shall not be required to pay their insurance premium for the period of absence.

| Length of Continuous Service | Maximum Weeks of Leave per Calendar Year |
|---|---|
| 1 year or more | 1 |
| 3 years or more | 3 |

(a) The Company will place on temporary unpaid leave any Employee who informs the Company that the employee is absent due to INS proceeding involving his/her authorization to work. If the Employee provides legally valid authorization to work within thirty (30) business days of the start of the absence, the Employee will be returned to work and the absence will be treated as an unpaid, but excused, leave of absence. If within thirty (30) business days of the start of the absence the Employee is unable to provide legally valid authorization to work, his/her employment will be terminated.

If an Employee provides a change in name (other than marriage or other legal name change) and Social Security number, the Employee will be required to complete a new I-9 and provide proof of employment authorization. Such Employee will be allowed to continue working, provided this does not violate any law or interpretation of INS administration as defined by the Sioux Falls INS office.

## XXIII. DISCIPLINE

100. The Company has the exclusive right to establish and enforce rules relating to discipline and attendance.

101. No disciplinary action will be taken with any Employee without a hearing in the Personnel Department. Disciplinary cases requiring immediate attention that arise during the hours that the Personnel Office is closed may be handled at the time of occurrence by the Night Superintendent and the Employee's Union steward or other designated Union Representative. A hearing on the matter will be held in the Personnel Office the following workday.

102. The Company shall not hold any conference or interview with an Employee who is the subject of any investigation or who is being interviewed in connection with the imposition of discipline or the issuance of a warning which is to be entered in the Employee's record (provided such interview or conference goes beyond the announcement of the disciplinary action or the delivery of the warning), unless the Company shall have advised the Employee of his/her right to be represented at such occasion by a Union representative of his/her choice and shall afford the Employee, if he or the Union representative so request, the opportunity to consult privately with such representative before the commencement of the meeting.

(a) No letters or notations of warning or of disciplinary action shall be entered in any Employee's personnel record unless the Company first advises the Employee of its intent to enter such writings in his/her record and affords him an opportunity to read such material. Upon reasonable notice, an Employee shall be afforded an opportunity

34

---

to read and obtain copies of any material in the Employee's personnel record or file concerning verbal or written warnings or disciplinary action affecting such Employee or any other material in the Employee's personnel file relevant to a pending grievance which is brought on behalf of such Employee.

(b) No Employee will be required to submit to an examination by lie detector machine (polygraph, stress test, evaluator or other similar devices).

(c) Warnings, disciplinary actions or other such information concerning an Employee's individual work record which are more than two years old shall not be considered in disciplinary actions.

## XXIV. GRIEVANCE PROCEDURE

103. The grievance procedure may be utilized only by the Union; however, where a dispute arises concerning violations of Article II, Paragraph 5, or Article V, the Company will also have access to the grievance and arbitration procedure. At no time may the presentation or resolution of grievances interrupt or in any way interfere with work unless specifically agreed to by the Company. All grievances handled through the Union, whether individual or group, shall be presented in writing and handled in the following manner:

(a) First Step: Between the aggrieved Employee or group of Employees either with or without a Union representative and the supervisor of the department, who may elect to call in his/her Department Superintendent. All grievances must be filed within five (5) working days of the date of the action being grieved or knowledge of the action being grieved. The supervisor shall answer in writing within five (5) working days. If no satisfactory adjustment is arrived at the Union must appeal to the next step within five (5) working days, then:

(b) Second Step: Between the representatives designated by the Union and the aggrieved Employee or group of Employees and the Manager of Hourly Employees or other representative designated by the Company. The Company representative shall answer in writing within seven (7) working days following the second step meeting. If no satisfactory adjustment is arrived at the Union must appeal to the next step within seven (7) working days, then:

(c) Third Step: Between the representatives designated by the Union and the Manager of Human Resources, or other representative designated by the Company. The Company representatives hearing the grievance shall give a written answer within ten (10) working days following the third step meeting. If no satisfactory adjustment is arrived at, the Union must appeal to the next step within ten (10) working days, then:

(1) Failure to resolve a grievance after concluding the first three steps of the grievance procedure requires the Union within fifteen (15) working days to notify the Company of its request for arbitration of the grievance. Either party may request a pre-arbitration meeting to discuss the grievance if the case is unusual or complex and such a meeting might result in clarification or resolution of the issues. However, such meeting shall not delay the arbitration process outlined in this Agreement.

35

## APPENDIX B – JOB TITLES & PAY GRADES

**Pork Division** — Grade

- ALIGN & FEED TNJ PUMP
- BAG PRODUCT
- BOX PRODUCT
- CLEAN PRODUCT
- DRIVE HOGS
- FEED BOX FORMER
- FEED PRODUCT
- FLOOR SWEEPER
- ICE, STRAP & STACK BOXES
- INDEX HOGS DOWN
- INDEX HOGS UP
- INSPECT LEAKERS
- JANITOR
- KNIFE APHIS HEADS
- KNIFE CUT OFF HEADS
- KNIFE CUT OFF SNOUTS
- KNIFE CUT OUT KIDNEYS
- KNIFE EXPOSE KIDNEYS/REMOVE SPREADER HOOKS
- KNIFE NOTCH HIND FEET
- KNIFE REMOVE HEART FAT
- KNIFE SAVE FATBACK WRAPPERS
- KNIFE SAVE PATE
- KNIFE SKIRT MEAT TRIM
- KNIFE TRIM DIRTY HOGS
- KNIFE TRIM JOWLS
- KNIFE TRIM LIVERS/GIBLETS
- KNIFE TRIM TONGUES
- LABEL VAC PAK
- LIFT TAILS
- LINE UP LOINS
- MAKE BOXES
- MAKE COMBOS
- MARK & POSITION LOINS
- MARK BELLY STRIP
- MONITOR BONES HYDROHOP
- MONITOR LOINS FALLING IN VAT
- OPERATE FRONT FOOT TOE NOTCHER
- PACK & FEED BUNGS
- PACK & SORT RIBLETS
- PACK LIVERS/HEARTS/STOMACHS
- PALLITIZE PRODUCT
- PEEL & PACK RIBS
- PICK UP HOGS
- POSITION HOGS TO SPLITTER
- POSITION BELLIES
- PREPRICE PRODUCT
- PULL FAT
- REMOVE SPINAL CORDS
- SAVE PRODUCT

49

## APPENDIX A – MECHANICAL DIVISION

A. ENGINE & BOILER
B. PORK
C. PACKAGED MEATS
D. GENERAL PLANT MAINTENANCE
E. STOREROOM
F. PAINT GANG

48

| Job | Count |
|---|---|
| SKID STEER CRIPPLE OPERATOR | 2 |
| SKID STEER PEN CLEANER | 2 |
| VET HELPER | 2 |
| WASH & INVERT BUNGS | 2 |
| WEIGH & GRADE BELLIES | 2 |
| WHIZ GULLETS | 2 |
| WHIZ ROB BELLIES | 2 |
| WHIZ ROB SHOULDER ROLL | 2 |
| WHIZ SKIN PATCH BELLIES | 2 |
| WHIZ TENDERLOINS | 2 |
| WRAP/PACK/STUFF LOINS | 2 |
| YARDER | 2 |
| MULE WASH VATS | 3 |
| ANALRAY & FILL VATS | 3 |
| BUTNA OPERATOR | 3 |
| FEED BUTT SKINNER | 3 |
| FEED CHAIN/PULL HIND TOENAIL | 3 |
| FINAL INSPECT | 3 |
| KNIFE BONE BUTT | 3 |
| KNIFE GRADE & CUT RIBS | 3 |
| KNIFE HACCP MONITOR | 3 |
| KNIFE INSPECT & RETRIM LOINS | 3 |
| KNIFE REMOVE BELLY STRIP | 3 |
| KNIFE REMOVE FEATHER BONE | 3 |
| KNIFE REMOVE PIN BONE/FINAL INSPECT | 3 |
| KNIFE ROB PICNIC CUSHIN | 3 |
| KNIFE SKIRT MEAT REMOVAL | 3 |
| KNIFE TRIM CENTER CUTS | 3 |
| MULE & SCALE BELLIES | 3 |
| MULE & SCALE HAM | 3 |
| MULE & SCALE HYDROHOP | 3 |
| MULE & SCALE OFFAL | 3 |
| MULE & SCALE PET FOOD | 3 |
| MULE & SCALE PRODUCT | 3 |
| MULE & SCALE RIBS | 3 |
| MULE & SCALE TRIM ROOM | 3 |
| MULE OPERATE BLENDING | 3 |
| MULE OPERATE ELEVATOR | 3 |
| MULE VATS TO CONVERSION | 3 |
| MULE VATS TO SCALE | 3 |
| OPERATE BANDSAW | 3 |
| OPERATE BOX FORMER | 3 |
| OPERATE CAP MACHINE | 3 |
| OPERATE SKINNER EXPORT | 3 |
| SAVE & TRIM THYROIDS | 3 |
| SCALE & GRADE LOIN | 3 |
| SCALE & LABLE BOXES | 3 |
| SCALE & PALLETIZE PRODUCT | 3 |
| SCALE PRODUCT | 3 |
| SPICE & TUMBLE | 3 |
| TATTOO HOGS | 3 |
| WHIZ GRILLING STRIPS | 3 |

51

| Job | Count |
|---|---|
| SPLIT HEADS | 1 |
| STOMACH STRICKLR | 1 |
| STRAP PRODUCT | 1 |
| STRIP & PACK TENDERS | 1 |
| TRANSFR VISCERA/LUNGS | 1 |
| TURN & POSITION HAMS | 1 |
| TURN BELLIES | 1 |
| WASH & BLOW OUT EARS | 1 |
| WASH MOUTHS | 1 |
| WRAP PRODUCT | 1 |
| MULE VAT DUMP OPERATOR | 2 |
| MULE VATS & SUPPLIES | 2 |
| WIPE TROLLEYS | 2 |
| BAG & BOX CARNITA | 2 |
| BAG & BOX RIBLETS / ENDS | 2 |
| BOX & COMBO HYDROHOP | 2 |
| BOX & SCALE PRODUCT | 2 |
| BOX LOINS | 2 |
| BOX RIBS | 2 |
| CUT & TRIM BUNGS | 2 |
| CUT OFF HIND FOOT CIRCULAR SAW | 2 |
| CUT OFF JOWLS HAND AIR SAW | 2 |
| FEED BELLY ROLLER | 2 |
| FEED LOIN PULLER | 2 |
| FEED SNOUT PULLER | 2 |
| GRADE BUTTS | 2 |
| KNIFE CUT OFF FRONT FEET | 2 |
| KNIFE CUT OFF HEARTS/LUNGS/LIVERS | 2 |
| KNIFE CUT OFF LIPS | 2 |
| KNIFE CUT OFF STOMACH | 2 |
| KNIFE CUT SPERMATIC CORDS | 2 |
| KNIFE CUT/PULL MELTS | 2 |
| KNIFE GRADE & TRIM BACKRIBS | 2 |
| KNIFE SCALE & BOX PICNICS | 2 |
| KNIFE SKIN PATCH PICNICS | 2 |
| KNIFE TRIM BUNGS/RAILOUT HOGS | 2 |
| KNIFE TRIM HAM/SHOULDER/RIB | 2 |
| KNIFE TRIM LOINS | 2 |
| KNIFE TRIM ST LOUIS RIBS | 2 |
| MONITOR BLOOD RAMP | 2 |
| MULE HOGS | 2 |
| MULE MAKE & DELIVER COMBOS | 2 |
| MULE PRODUCT | 2 |
| OPERATE BUNG GUN | 2 |
| OPERATE HOCK CUTTER | 2 |
| OPERATE MD BAGGER | 2 |
| OPERATE RIB SAW | 2 |
| SCALE & STACK RIBS | 2 |
| SHAVE FLANKS | 2 |
| SHAVE HAMS | 2 |
| SHAVE SHOULDERS | 2 |
| SHAVE SIDES | 2 |

50

## Page 52

| Job | Level |
|---|---|
| WHIZ KNIFE CHILL PORK MISC | 3 |
| WHIZ REMOVE BUTTON BONES | 3 |
| WHIZ RETRIM HEADS | 3 |
| WHIZ RETRIM SNOUTS | 3 |
| WHIZ TRIM FAT BODY | 3 |
| WHIZ TRIM FAT SHOULDER | 3 |
| WHIZ TRIM JAWBONES | 3 |
| WHIZ TRIM NECKBONES | 3 |
| WHIZ TRIM NECKS | 3 |
| WHIZ TRIM STICK WOUNDS | 3 |
| DRAW KNIFE TRIM LOINS | 4 |
| FEED BUTT PICNIC SPLIT SAW | 4 |
| FEED FRONT FOOT & HOCK SAW | 4 |
| FEED SHOULDER SAW | 4 |
| KNIFE BONE & TRIM HAM ENDS | 4 |
| KNIFE CHILL PORK MISC | 4 |
| KNIFE CUT HEADS & TONGUES | 4 |
| KNIFE GRADE & TRIM BELLIES | 4 |
| KNIFE OPEN HOGS | 4 |
| KNIFE REMOVE BLADE BONES | 4 |
| KNIFE ROOM | 4 |
| KNIFE SQUARE CUT BUTTS | 4 |
| MONITOR SPC & HACCP | 4 |
| MULE INVENTORY | 4 |
| MULE OPERATE HYDROHOP | 4 |
| OPERATE AITCH BONE CLIPPER | 4 |
| OPERATE BANDSAW LOINS | 4 |
| OPERATE BOX MACHINE | 4 |
| OPERATE BRISKETS SAW | 4 |
| OPERATE CRYOVAC | 4 |
| OPERATE DEHAIR MACHINE | 4 |
| OPERATE HEAD CLIPPER | 4 |
| OPERATE SKINNER PICNICS | 4 |
| PUT IN SPREADER HOOKS | 4 |
| TURN HOGS GAM TABLE | 4 |
| WHIZ CHEEK HEADS | 4 |
| WHIZ TRIM BUTTS | 4 |
| KNIFE HEAD HOGS | 5 |
| KNIFE MARK & PULL TENDERS | 5 |
| KNIFE MARK SNOUTS | 5 |
| CHISEL HEADS | 5 |
| CUT & HANG GAM TABLE | 5 |
| DRAW KNIFE PULL RIBS | 5 |
| HAIR RAIL | 5 |
| HOG DROP/FEED HAM SAW | 5 |
| KNIFE BONE PICNICS | 5 |
| KNIFE FINAL RAIL | 5 |
| KNIFE MID TRIM / POST MORTEM | 5 |
| KNIFE REMOVE BACK RIBS | 5 |
| KNIFE ROUND HEADS | 5 |
| KNIFE SAVE HEART VALVES | 5 |
| KNIFE SHAKEL & STICK HOGS | 5 |

52

## Page 53

| Job | Level |
|---|---|
| KNIFE SKIN & RAIL OUT HOGS | 5 |
| KNIFE SNATCH GUTS | 5 |
| MULE OPERATE BAADER | 5 |
| MULE PICKLE MAKER | 5 |
| OPERATE BACKSAW SPLIT HOGS | 5 |
| PULL LEAF LARD | 5 |
| PULL PANCREAS | 5 |
| SAW OFF BACK BONES | 5 |
| WHIZ REMOVE EYE LIDS | 5 |
| WHIZ SKIN HEADS | 5 |
| DEEP CHILL OPERATOR UTILITY | 5+.50 |
| KNIFE RAISE NECKBONES | 6 |
| OPERATE AUTOMATED LOIN PULLING MACHINE UTILITY (SEE PARAGRAPH 41) | 6 |
| LEADPERSON (SEE PARAGRAPH 41) | |
| **PACKAGED MEATS** | |
| BAG PRODUCT | 1 |
| BOX PRODUCT | 1 |
| CLIPPER | 1 |
| CUT TAILS | 1 |
| DECOMB | 1 |
| FEED POCKET | 1 |
| FEED PRODUCT | 1 |
| INSPECT ENDS & PIECES | 1 |
| JANITOR | 1 |
| KNIFE CUT ON CRY-O-VAC | 1 |
| KNOCK LIDS/DEFORMING | 1 |
| LAY UP BONELESS | 1 |
| LOAD L-CUPS | 1 |
| OPEN SOCKS | 1 |
| OPERATE BACON PRESS | 1 |
| PACK CARTONS | 1 |
| PALLETIZE CRYOVAC | 1 |
| PALLETIZE PRODUCT | 1 |
| RAKE MEAT & MAKE BOXES | 1 |
| SCALE & PALLETIZE BACON | 1 |
| SCALE BACON | 1 |
| SCALE DEVRO | 1 |
| SCOOP BULK | 1 |
| SOAK SOCKS | 1 |
| SORTING SKINS | 1 |
| TREE PUSH | 1 |
| TREE WASH | 1 |
| WRAP PRODUCT | 1 |
| MULE VATS & SUPPLIES | 1 |
| BAG PRODUCT %20 | 2 |
| BONE IN & LET OUT HAMS | 2 |
| BOX & SCALE PRODUCT | 2 |
| DECOMB & OPERATE PRESS | 2 |
| FAB SHANK FINAL INSPECT | 2 |
| HAND STUFF, LAY UP & FEED | 2 |

53

| Job | Group |
|---|---|
| JANITOR X RAY | 2 |
| KNIFE BELLY TRIM & FEED | 2 |
| KNIFE CHUNK LINE | 2 |
| LABEL BOXES & ORDER SUPPLIES | 2 |
| LABEL PRODUCT | 2 |
| MULE DEFORM | 2 |
| MULE PRODUCT | 2 |
| OPERATE ROBOT & SCALE | 2 |
| PACK PRODUCT ZIPPER | 2 |
| PALLETIZE CHUB | 2 |
| PALLETIZE PRODUCT UTILIZING ADC | 2 |
| PALLETIZE SKINLESS | 2 |
| PALLETIZE WEINERS | 2 |
| PALLETIZER DEVRO | 2 |
| STUFF DEVRO | 2 |
| STUFF LIVER CHEESE / GOOSE | 2 |
| WHIZ & KNIFE TRIM FEED & FLIP BELLIES | 2 |
| MULE VAT WASH | 2 |
| OPERATE CHUB | 3 |
| OPERATE EXTRUDER | 3 |
| OPERATE WESTSTAR | 3 |
| CAGE PRODUCT | 3 |
| DEFAT HAMS | 3 |
| FAB FINGERS & BUTTS | 3 |
| FEED CRUST FREEZER | 3 |
| FORKLIFT VAT WASH | 3 |
| GRADE & CLIP PRODUCT | 3 |
| GRADE SPIRAL SLICER | 3 |
| MULE & SCALE PRODUCT | 3 |
| MULE OPERATE ELEVATOR | 3 |
| MULE OPERATE GRINDER HOBART | 3 |
| MULE SUPPLIES & JANITOR | 3 |
| MULE SUPPLY HOT DOG | 3 |
| OPERATE FRANK-A-MATIC | 3 |
| OPERATE HORN | 3 |
| OPERATE MEMBRANE SKINNER | 3 |
| OPERATE OVEN | 3 |
| OPERATE REEL PACK | 3 |
| OPERATE SAW | 3 |
| OPERATE SPIRAL SLICER | 3 |
| OPERATE TUX | 3 |
| PAPER CATCH & GRADE | 3 |
| PEELER HOT DOG | 3 |
| STUFF BRAUNSWAGER | 3 |
| STUFF CHRORIZO | 3 |
| TREE HANG | 3 |
| TREE PUSH & SCALE | 3 |
| TREE WASH, SET UP & CLEAN UP | 4 |
| CLERK INVENTORY | 4 |
| COMB, HANG & FEED | 4 |
| FAB HAMS, KNCKL & CUSH | 4 |
| FORKLIFT OPERATE MASSAGER | 4 |

54

| Job | Group |
|---|---|
| FORKLIFT SCALE & SUPPLY | 4 |
| FORKLIFT SET-UP SAUSAGE | 4 |
| FORKLIFT OPERATE HAM PUMPS & YIELDS | 4 |
| KNIFE ROOM | 4 |
| MULE COOK AND WASH PANS | 4 |
| MULE COOK MOTHER GOOSE | 4 |
| MULE OPERATE BLAST CHILL/SUPPLY | 4 |
| MULE OPERATE BLENDER | 4 |
| MULE OPERATE GRINDER WYLER | 4 |
| MULE OPERATE WATER COOK | 4 |
| OPERATE BOX FORMER | 4 |
| OPERATE CRYOVAC | 4 |
| OPERATE FORMAX | 4 |
| OPERATE MULTIVAC | 4 |
| OPERATE NEEDLE CLEANER | 4 |
| OPERATE SLICER | 4 |
| OPERATE T-BAR UNLOADER | 4 |
| OPERATE TIROMAT | 4 |
| OPERATE T-SIZER | 4 |
| SCALE & LAY UP BONE IN | 5 |
| SCALE & STAGE TREES/RACKS | 5 |
| INVENTORY CONTROL | 5 |
| KNIFE BONE HAMS | 5 |
| MULE EAGLE SYSTEM OPERATOR | 5 |
| MULE OPERATE CHALLENGER & COOK | 5 |
| OPERATE BACON LINE | 5 |
| OPERATE HAM SKINNER | 5 |
| OPERATE RAPID PACK | 5 |
| PICKLE MAKER | 5 |
| PULL IN MEAT, INVENTORY & ADC | 5 |
| OPERATE SMOKEHOUSE | 5 |
| UTILITY (SEE PARAGRAPH 41) | 6 |
| LEADPERSON (SEE PARAGRAPH 41) | 6 |
| **GENERAL PLANT** | |
| FINISH CARTONS, TUBS & PAILS | 1 |
| JANITOR | 1 |
| JANITOR MATRON | 1 |
| LAUNDRY | 1 |
| MAKE & LINE BOXES | 1 |
| WASH VATS | 1 |
| EQUIPMENT SANITIZING | 2 |
| OPERATE CUBE & BUCKET LINE | 2 |
| PALLETIZE & LABEL | 2 |
| MULE VAT WASH | 3 |
| FORKLIFT LARD | 3 |
| FORKLIFT LOAD & SHIP | 3 |
| INSPECT EMERGENCY EQUIPMENT | 3 |
| LAUNDRY/MEAT STORE | 3 |
| MULE INVENTORY CONTROL PALLETS | 3 |
| MULE LOAD & SHIP | 3 |
| NCU | 3 |

55

| | |
|---|---|
| OPERATE CARTON FORMERS, FILLERS & CLOSERS | 3 |
| OPERATE CASE FORMER & PACKER | 3 |
| OPERATE ELEVATOR | 3 |
| OPERATE MUCOSA | 3 |
| OPERATE REFINERY | 3 |
| PORK BROTH | 3 |
| TEND LARD STORAGE TANKS | 3 |
| FORKLIFT INVENTORY CONTROL SUPPLIES | 4 |
| FORKLIFT PICK, LOAD & UNLOAD | 4 |
| MAINTENANCE SUPPORT TECHNICIAN | 4 |
| NCU 5/40 REITS BLENDER | 4 |
| NCU SADDLE TABLE | 4 |
| OPERATE BLOOD DRYER | 4 |
| OPERATE BLOOD PLASMA | 4 |
| OPERATE EDIBLE RENDERING | 4 |
| OPERATE HEAVY EQUIPMENT | 4 |
| OPERATE INEDIBLE RENDERING | 4 |
| OPERATE VOTATOR | 4 |
| RECEIVER INBOUND | 4 |
| CLERK 7TH FLOOR STOREROOM | 5 |
| CLERK LABEL ROOM | 5 |
| INSPECT SPRINKLER SYSTEMS | 5 |
| INVENTORY CONTROL DOCK | 5 |
| INVENTORY CONTROL ROUSTABOUT | 5 |
| COORDINATOR GENERAL EXPENSE | 6 |
| NCU TRAINER | 6 |
| UTILITY (SEE PARAGRAPH 41) | |
| LEADPERSON (SEE PARAGRAPH 41) | |

56

APPENDIX G – MECHANICAL DIVISION CAREER FIELDS

Smithfield-Sioux Falls
Mechanical Division
Career Fields

[Career progression chart showing STORES, EE TECH, PLANT MAINTENANCE, and ENGINE & BOILER tracks with Trainee through Level 4 Master Technician/Master Engineer positions, each level typically requiring 1 year & 140 hrs to advance.]

57