UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DISTRICT

| | |
|---|---|
| SALA NAAMBWE and YVETTE NIMENYA<br><br>Plaintiffs,<br><br>vs.<br><br>SMITHFIELD FOODS, INC.<br><br>Defendant. | Case No.: 4:17-cv-04123-LLP<br><br><br>**DEFENDANT'S EXHIBIT LIST** |

Pursuant to Fed. R. Civ. P. 26(a)(3), Defendant Smithfield Packaged Meats Corp. (incorrectly named in this case as Smithfield Foods, Inc.) hereby identifies the exhibits it intends to introduce at the trial of this action. This list is not inclusive of exhibits that may be used for impeachment or rebuttal purposes.

| **Exhibit Number**<br><br>**(Same Number as in Depositions)** | **Description** |
|---|---|
| 1 | Acknowledgement forms – sexual harassment training; receipt of Code of Conduct – Yvette Nimenya |
| 2 | Smithfield Employee Handbook |
| 3 | Smithfield Code of Business Conduct and Ethics |
| 4 | Collective Bargaining Agreement for plant hourly employees |
| 8 | Email dated March 3, 2016 from Scott Reed to Russ Hultman with Hultman handwritten notes |
| 9 | Email dated March 4, 2016 from Carrie Moate to Scott Reed and Dave Hillberg re: Scott Genzler |
| 10 (also Ex. 50) | Summary of meeting dated 3/22/16 signed by Russ Hultman, Thomas Zuraff, David Hillberg |

| 16 | Written warning to Scott Genzler dated 2-22-16 |
|---|---|
| 19 | Acknowledgement forms signed by Sala Naambwe re: harassment training, receipt of Code of Conduct |
| 20 | Notice of Hearing and Summons to Appear TPO 17-326, Sala Naambwe v. Juan Ogaldez |
| 22 | Email dated September 12, 2016 from Monica Derby to Scott Reed re: Sala Naambwe follow-up |
| 25 | Photograph and diagram of honey line incident |
| 27 | Collective Bargaining Agreement between John Morrell & Co. and United Food and Commercial Workers Local 304A |
| 28 | Email dated April 4, 2016 from Scott Reed to Dave Hillberg, Russ Hultman, Gary Loger re: Sala Naambwe |
| 30 | Email dated August 29, 2016 from Monica Derby to Scott Reed re: Investigation Notes – Christion, Zuroff, Anderson |
| 39 | Email dated April 2, 2018 from Scott Reed to Carrie Moate re: Sala Naambwe & Abegail David Incident 03/27/18 |
| 41 | Disciplinary action form for Sala Naambwe dated 12/08/16 with handwritten note: "Reduced to written per Grievance." |
| 45 | Email dated January 12, 2017 from Gary Loger to Dave Hillberg re: Sala |
| 48 | Email dated February 29, 2016 from Scott Reed to Carrie Moate, David Hillberg re: Scott Genzler |
| 54 | UFCW correspondence, including grievance form, related to Naambwe grievance no. SF 05/18 |
| 56 | UFCW correspondence, including grievance form, related to Naambwe grievance no. SF 104/16 |
| 57 | Email dated August 15, 2017 from Dakota Mills with attached investigation powerpoint |
| 58 | Email chain dated August 15, 2017 between Scott Reed and Garney Henley re: Sala |

| **Exhibit Number** **(Defendant's Exhibits Only)** | **Description** |
|---|---|
| 100 | Handwritten notes of Gary Loger dated 12-18-14 re: investigation into Naambwe complaints |
| 101 | Email dated December 24, 2014 from Scott Reed to Gary Loger, Dave Hillberg, Carrie Moate re: Sala Naambwe & Juan Ogaldez |
| 102 | Notes to file written by Scott Reed and dated October 4, 2016 re: Respectful Communications & Behavior Discussion – Smoked Meats Dept 19 |
| 103 | Scott Reed handwritten notes dated 04/04/16 re: Juan Ogaldez issue |
| 104 | Email dated April 11, 2016 from Dave Hillberg to Scott Reed, Russ Hultman, Gary Loger re: Sala Naambwe |
| 105 | Email dated December 12, 2016 from Scott Reed to Dave Hillberg, Gary Loger, cc Monica Derby |
| 106 | Email dated December 26, 2017 from Scott Reed to Steve Fergen, cc: Carrie Moate, re: Sala Naambwe & Ozie Townsend Incident 12/20-12/22/2017 |
| 107 | Scott Reed's typed notes dated 1/10/18 re: meeting with Sala Naambwe to discuss taking photographs |
| 108 | Carrie Moate's handwritten notes dated 12/22/14 regarding investigation into Juan Ogaldez incident |
| 109 | Email dated August 29, 2016 from Monica Derby to Scott Reed, cc: Gary Loger, David Hillberg re: Interview-Loger |
| 110 | Email dated August 26, 2016 from Monica Derby to Scott Reed re: Sala Naambwe |
| 111 | Chart of employees with multiple disciplinary actions in a single day |
| 112 | Chart of employees with disciplinary actions for violations of multiple work rules |
| 113 | Email dated February 26, 2016 from Scott Reed to Russ Hultman, Gary Loger, cc: Dave Hillberg, Carrie Moate, Timbre |

|  | Coster, Steve Fergen re: Scott Genzler Attendance |
|---|---|
| 114 | Attendance policy |
| 115 | Payroll and seniority lists used by Monica Derby to investigate Naambwe grievance in August 2016 |
| **May Introduce** <br><br> 116 | Selected medical records of Sala Naambwe |

Date: September 10, 2018            Respectfully submitted,

                                       **SMITHFIELD PACKAGED MEATS CORP.**

                                       By:/s/ Lisa K. Marso
                                             Lisa K. Marso
                                             BOYCE LAW FIRM, L.L.P.
                                             300 S. Main Avenue
                                             Post Office Box 5015
                                             Sioux Falls, SD 57117-5015
                                             605.336.2424 – PHONE
                                             605.334.0681 – FAX
                                             LKMARSO@BOYCELAW.COM


                                             Susan F. Wiltsie (*Admitted Pro Hac Vice*)
                                             Andrea R. Calem  (*Admitted Pro Hac Vice*)
                                             HUNTON & WILLIAMS LLP
                                             2200 Pennsylvania Avenue, N.W.
                                             Washington, D.C. 20037
                                             202.955.1500 – PHONE
                                             202.778.2201 – FAX
                                             SWILTSIE@HUNTON.COM
                                             ACALEM@HUNTON.COM


                                             *ATTORNEYS FOR DEFENDANT*
                                             *SMITHFIELD PACKAGED MEAT CORP.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served via the Court's electronic filing system on September 10, 2018 on the following counsel for Plaintiffs:

>Stephanie E. Pochop, Esq.
>Johnson Pochop & Bartling
>405 Main Street
>Post Office Box 149
>Gregory, South Dakota 57333
>stephanie@rosebudlaw.com

>/s/ Lisa K. Marso
>Lisa K. Marso