UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| SALA NAAMBWE AND YVETTE NIMENYA,<br><br>                    Plaintiffs,<br><br>vs.<br><br>SMITHFIELD FOODS,<br><br>                    Defendant. | **Case No.: 4:17-cv-04123-LLP**<br><br>**PLAINTIFFS' RULE 26(a)(3) AMENDED EXHIBITS DISCLOSURE** |

COME NOW the Plaintiffs in the above-entitled matter, and pursuant to the Court's Scheduling Order dated July 31, 2018 (Doc # 43) and F.R.C.P. Rule 26(a)(3), submit the following amended list of exhibits anticipated to be offered by the Plaintiffs at the trial of this matter to be held on October 23, 2018:

Ex. #      SUMMARY DESCRIPTION

            *Deposition Exhibits 1-58, including:*

1          Nimenya Acknowledgement form

2          Smithfield Employee Handbook

3          Smithfield Code of Conduct and Ethics Handbook

4          Incident intake report form

6          Charge of Discrimination

7          Incident intake report form

8       Reed 3/3/16 email

9       Moate 3/4/16 email

10      Memo of 3/22/16 meetings (smoke meat wash incident)

11      2/15/17 handwritten note

12      Photographs of Smithfield workplace

14      "Dear management" handwritten document

15      HR Incident intake report (2/22/16)

16      2/22/16 Genzler warning

17      4/4/16 NLRB letter

18      Charge of Discrimination

19      Naambwe Acknowledgement and Sexual Harassment Training form

20      Naambwe TPO documents

21      Local 304A Grievance From 8/26/16

22      Debry email re: Naambwe follow up

23      Derby 9/12/16 email

24      Smithfield Warning notice

25      Smithfield honeyline documentation

26      FMLA Notice

27      Collective Bargaining Agreement

28      Reed 4/4/16 email

29     8/23/16 UFCW grievance

30     Derby 8/29/16 email

31     12/8/16 warning

32     UFCW grievance

33     7/18/17 UFCW grievance

34     9/13/17 email

35     1/12/18 email

36     1/16/18 warning

37     3/27/18 warning

38     3/29/18 warning

39     4/2/18 email

40     4/4/18 incident report form

41     12/8/16 warning

41     Naambwe 12/8/16 disciplinary action

42     2/22/16 warning notice

43     8/15/17 incident report

44     2/22/16 incident intake report form

45     Loger 1/12/17 email

46     1/12/17 email

47     Argus Leader article posted in facility

48      Reed 2/29/16 email

49      3/18/16 Summary of events

50      3/22/16 documentation smoke meat wash report

51      Absence report form

52      12/6/16 warning notice

53      2/15/17 handwritten notes

54      3/22/28 UFCW letter

55      4/12/18 grievance

56      1/17/18 UFCW grievance summary

57      8/15/17 power point

58      8/15/17 email

*Additional records not offered at deposition:*

59      Ogaldez personnel file records: Disciplinary records from 4/4/17; 2/8/17;
        7/22/16; 3/18/16; 4/2/15/ and 1/29/15, Defendant's Disclosures, p. 919-921.

60      Genzler personnel file records:  Disciplinary records from 3/9/16; 3/28/16;
        7/23/15; and 12/14/16, Defendant's Disclosures, p. 903, 904, 907, 909, 910.

61      Hultman personnel file records:  Performance appraisal 2015-2016, Defendant's
        Disclosures, p.845-852; Disciplinary records from 2/10/16 and 8/7/17,
        Defendant's Disclosures, p. 858-862; Naambwe notes in Hultman file,
        Defendant's Disclosures, p.853-857.

62      Loger personnel file records:  Performance appraisal 2017, Defendant's
        Disclosures, p.865-67; Performance appraisal 2013-2016, Defendant's
        Disclosures, p.868-881; Disciplinary records from 8/11/16 and 2/11/16,
        Defendant's Disclosures, p. 882, 883; Genzler/Naambwe notes in Loger file,
        Defendant's Disclosures, p.884-901, 902.

63      12/22/14 Notes re: Ogaldez incident, Defendant's Disclosures, p. 923-926.

64      2/26/16 Notes re:  Genzler, Defendant's Disclosures, p.282-283.

65      3/3/16 Moate email notes re: Genzler, Defendant's Disclosures, p. 279-281.

66      4/1/16 Meeting notice re: "harassment concern", Defendant's Disclosures, p. 254.

67      4/5/16 Moate notes re: Salgadez, Defendant's Disclosures, p. Defendant's
        Disclosures, p.  291.

68      4/17/16 Moate email re: Naambwe pay adjustment, Defendant's Disclosures, p.
        269-271.

69      7/15/16 Moate email re: job pay, Defendant's Disclosures, p. 292.

70      8/26/16 Derby/Reed email re: Lisa Christion statement, Plaintiff's Disclosures, p.
        539.

71      8/26/16  Naambwe meat throwing complaint documentation, Defendant's
        Disclosures, p. 200-216.

72      9/12/16 meeting notice re: Naambwe follow up, Defendant's Disclosures, p. 218.

73      Derby email re:  Naambwe follow up meeting and Arby's, Defendant's
        Disclosures, p. 548.

74      7/15/16 Derby email re:  Naambwe compensation, Defendant's Disclosures, p.
        223.

75      9/16/16 Moate email re: Becky Kaufman report Defendant's Disclosures, p, 228-
        229.

76      10/4/16 Reed email re: Respectful Communications, Plaintiff's Disclosures, p.
        712-713.

77      12/12/16 Reed email, investigative notes, Defendant's Disclosures, p. 230-232.

78      3/1/17 mediation notice, Defendant's Disclosures, p. 255.

79      3/28/17 Moate email re:  Naambwe going home, Defendant's Disclosures, p. 247.

80      4/14/17 Loger email re: restraining order, Defendant's Disclosures, p. 326.

81      4/18/17 Moate email re: Lisa Christion interview, Defendant's Disclosures, p. 285-286.

82      7/25/17 Reed email re: Loger and Naambwe, Defendant's Disclosures, p. 257.

83      8/15/17 Henle/Reed email re: smoked ham incident, Defendant's Disclosures, p. 318-322.

84      8/16/17  Fleming/Reed email, Defendant's Disclosures, p. 358-361

85      8/16/17 Dakota Mills email and smoked meat investigative documentation, Defendant's Disclosures, p. 171, 404-410.

86      8/29/Derby/Loger investigation notes, Plaintiff's disclosures, p. 546.

87      9/9/17 Henle/Reed email re: Naambwe and Nimenya, Defendant's Disclosures, p. 300.

88      9/13/17 Motley/Reed email about Hultman incident,  Defendant's Disclosures, p/ 155.

89      9/13/17 Investigation notices, Defendant's Disclosures, p. 306-310.

90      11/2/17 Henley/Reed email re:  Naambwe, Defendant's Disclosures, p. 297.

91      12/26/17 Reed email re: Ozzie/Naambwe photo incident, Defendant's Disclosures, p. 258-263.

92      1/5/18 Derby email about photo, Defendant's Disclosures, p. 237.

93    1/12/18 Reed/Motley email re: grievance, Defendant's Disclosures, p. 348.

94    1/16/18 Disciplinary record, Defendant's Disclosure, p. 330.

95    1/17/18 Reed email regarding photo, Defendant's Disclosures. p. 182, 336.

96    1/17/18 Derby note regarding bathroom use, Defendant's Disclosure, p. 238.

97    1/19/18 Naambwe grievance, Defendant's Disclosures, p.949.

98    2/1/18 Moate email re: complaints in Dept. 19D, Defendant's Disclosures, p. 266-268.

99    3/27/18 Moate email re: Abigail issue and disciplinary action, Defendant's Disclosures, p. 240-42.

200   3/28/18 Moate email re: Abigail issue, Defendant's Disclosures, p. 273.

201   3/30/18 Naambwe grievance, Defendant's Disclosures, p. 957

202   4/2/18 Reed email re:  warning notes re: Abigail issue, Defendant's Disclosures, p. 274-275.

203   4/11/18 Naambwe grievance, Defendant's Disclosures, p. 948.

204   5/18/18 Reed email re: Nimenya incident, Defendant's Disclosures, p. 287-288.

205   7/5/18  Moate email re: new assingment, Defendant's Disclosures, p. 269.

206   8/6/18  Derby email on Respectful Communication, Defendant's Disclosures, p. 226.

207   2018 Union grievance records, Defendant's Disclosures, p. 928-944.

208   Motley/Reed correspondence about Naambwe grievances, Defendant's Disclosures, p. 937-938, 1014.

209     Naambwe hours/pay, Defendant's Disclosures, p. 391-398.

210     Nimenya W2's

211     Naambwe W2's

Dated this 18th day of September, 2018.


                                        JOHNSON POCHOP & BARTLING

                                        _____
                                        Stephanie E. Pochop
                                        405 Main St. | PO Box 149
                                        Gregory, SD 57533
                                        (605) 835-8391
                                        stephanie@rosebudlaw.com
                                        *Attorneys for Plaintiff's Sala Naambwe and
                                        Yvette Nimenya*