# UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

Southern Division

| SALA NAAMBEWE AND YVETTE NIMENYA<br>V.<br>SMITHFIELD FOODS | **EXHIBIT LIST**<br><br>Case Number: 4:17-CV-04123-LLP |
|---|---|

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Lawrence L. Piersol, United States District Judge | Stephanie E. Pochop | Andrea R. Calem |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| October 22, 2018 | Click here to enter text. | DJP |

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | | | | | *Deposition Exhibits 1-58, including:* |
| 1 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 201 |
| 2 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 202 |
| 3 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 203 |
| 4 | | | | | Incident Intake Report Form |
| 5 | | | | | Intentionally Omitted |
| 6 | | | | | Charge of Discrimination |
| 7 | | | | | 2/22/16 Incident intake report form |
| 8 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 204 |
| 9 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 205 |
| 10 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 206 |
| 11 | | | | | 2/15/17 handwritten note |
| 12 | | | | | Photographs of Smithfield workplace |
| 13 | | | | | Intentionally Omitted |
| 14 | | | | | "Dear management" handwritten document |
| 15 | | | | | HR Incident intake report (2/22/16) |
| 16 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 207 |
| 17 | | | | | 4/4/16 NLRB letter |
| 18 | | | | | Charge of Discrimination |
| 19 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 208 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| PLF. NO. | DEF. NO. | COURT NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | **SALA NAAMBEWE AND YVETTE NIMENYA** vs. SMITHFIELD FOODS — Case No. 4:17-CV-04123-LLP |
| 20 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 209 |
| 21 | | | | | Local 304A Grievance From 8/26/16 |
| 22 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 210 |
| 23 | | | | | 12/9/16 Grievance |
| 24 | | | | | Smithfield Warning notice |
| 25 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 211 |
| 26 | | | | | FMLA Notice |
| 27 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 212 |
| 28 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 213 |
| 29 | | | | | 8/23/16 UFCW grievance |
| 30 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 214 |
| 31 | | | | | 12/8/16 warning |
| 32 | | | | | UFCW grievance |
| 33 | | | | | 7/18/17 UFCW grievance |
| 34 | | | | | 9/13/17 email |
| 35 | | | | | 1/12/18 email |
| 36 | | | | | 1/16/18 warning |
| 37 | | | | | 3/27/18 warning |
| 38 | | | | | 3/29/18 warning |
| 39 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 215 |
| 40 | | | | | 4/4/18 incident report form |
| 41 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 216 |
| 42 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 207 |
| 43 | | | | | 8/15/17 incident report |
| 44 | | | | | 2/22/16 Nimenya Incident Report |
| 45 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 217 |
| 46 | | | | | 1/12/17 email |
| 47 | | | | | <u>Argus Leader</u> article posted in facility |
| 48 | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 218 |
| 49 | | | | | 3/18/16 Summary of events |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | |
|---|---|---|---|---|---|
| **SALA NAAMBEWE AND YVETTE NIMENYA** | | | | vs. | SMITHFIELD FOODS | Case No. 4:17-CV-04123-LLP |

| # | | | | Description |
|---|---|---|---|---|
| 50 | | | | Intentionally Omitted Duplicate of Defendants Exhibit 206 |
| 51 | | | | Absence report form |
| 52 | | | | 12/6/16 warning notice |
| 53 | | | | 2/15/17 handwritten notes |
| 54 | | | | Intentionally Omitted Duplicated of Defendants Exhibit 219 |
| 55 | | | | 4/12/18 grievance |
| 56 | | | | Intentionally Omitted Duplicate of Defendants Exhibit 220 |
| 57 | | | | Intentionally Omitted Duplicate of Defendants Exhibit 221 |
| 58 | | | | Intentionally Omitted Duplicate of Defendants Exhibit 222 |
| | | | | *Additional records not offered at deposition.* |
| 59 | | | | Ogaldez personnel file records: Disciplinary records from 4/4/17; 2/8/17; 7/22/16; 3/18/16; 4/2/15/ and 1/29/15, Defendant's Disclosures, p. 919-921. |
| 60 | | | | Genzler personnel file records: Disciplinary records from 3/9/16; 3/28/16; 7/23/15; and 12/14/16, Defendant's Disclosures, p. 903, 904, 907, 909, 910. |
| 61 | | | | Hultman personnel file records: Performance appraisal 2015-2016, Defendant's Disclosures, p. 845-852; Disciplinary records from 2/10/16 and 8/7/17, Defendant's Disclosures, p. 858-862; Naambwe notes in Hultman file, Defendant's Disclosures, p. 853-857. |
| 62 | | | | Loger personnel file records: Performance appraisal 2017, Defendant's Disclosures, p. 865-67; Performance appraisal 2013-2016, Defendant's Disclosures, p. 868-881; Disciplinary records from 8/11/16 and 2/11/16, Defendant's Disclosures, p. 882, 883; Genzler/Naambwe notes in Loger file, Defendant's Disclosures, p. 884-901, 902. |
| 63 | | | | Intentionally Omitted Duplicate of Defendants Exhibit 231 |
| 64 | | | | 2/26/16 Notes re: Genzler, Defendant's Disclosures, p. 282-283. |
| 65 | | | | 3/3/16 Moate email notes re: Genzler, Defendant's Disclosures, p. 279-281. |
| 66 | | | | 4/1/16 Meeting notice re: "harassment concern", Defendant's Disclosures, p. 254. |
| 67 | | | | 4/5/16 Moate notes re: Salgadez, Defendant's Disclosures, p. 291. |
| 68 | | | | 4/17/16 Moate email re: Naambwe pay adjustment, Defendant's Disclosures, p. 269-271. |
| 69 | | | | 7/15/16 Moate email re: job pay, Defendant's Disclosures, p. 292. |
| 70 | | | | 8/26/16 Derby/Reed Email re: Lisa Christion Statement, Plaintiff's Disclosures, p. 539 |
| 71 | | | | Intentionally Omitted Duplicate of Defendants Exhibit 233 |
| 72 | | | | 9/12/16 meeting notice re: Naambwe follow up, Defendant's Disclosures, p. 218. |
| 73 | | | | Intentionally Omitted Duplicate of Defendants Exhibit 232 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | SALA NAAMBEWE AND YVETTE NIMENYA | | | | vs. | SMITHFIELD FOODS | Case No. 4:17-CV-04123-LLP |
|---|---|---|---|---|---|---|---|
| 74 | | | | | | 7/15/16 Derby Email Re: Naambwe Compensation, Defendant's Disclosures, p. 223 | |
| 75 | | | | | | 9/16/16 Moate email re: Becky Kaufman report Defendant's Disclosures, p. 228-229. | |
| 76 | | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 225 | |
| 77 | | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 228 | |
| 78 | | | | | | 3/1/17 mediation notice, Defendant's Disclosures, p. 255. | |
| 79 | | | | | | 3/28/17 Moate Email Re: Naambwe Going Home, Defendants Disclosures, p. 247 | |
| 80 | | | | | | 4/14/17 Loger email re: restraining order, Defendant's Disclosures, p. 326. | |
| 81 | | | | | | 4/18/17 Moate email re: Lisa Christion interview, Defendant's Disclosures, p. 285-286. | |
| 82 | | | | | | 7/25/17 Reed email re: Loger and Naambwe, Defendant's Disclosures, p. 257. | |
| 83 | | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 222 | |
| 84 | | | | | | 8/16/17 Fleming/Reed email, Defendant's Disclosures, p. 358-361 | |
| 85 | | | | | | 8/16/17 Dakota Mills email and smoked meat investigative documentation, Defendant's Disclosures, p. 171, 404-411. | |
| 86 | | | | | | 8/29/Derby/Loger investigation notes, Plaintiff's disclosures, p. 546. | |
| 87 | | | | | | 9/9/17 Henle/Reed email re: Naambwe and Nimenya, Defendant's Disclosures, p. 300. | |
| 88 | | | | | | 9/13/17 Motley/Reed Email about Hultman Incident, Defendant's Disclosures, p. 155 | |
| 89 | | | | | | 9/13/17 Investigation notices, Defendant's Disclosures, p. 306-310. | |
| 90 | | | | | | 11/2/17 Henley/Reed email re: Naambwe, Defendant's Disclosures, p. 297. | |
| 91 | | | | | | Intentionally Omitted Duplicate of Defendants Exhibit 229 | |
| 92 | | | | | | 1/5/18 Derby email about photo, Defendant's Disclosures, p. 237. | |
| 93 | | | | | | 1/12/18 Reed/Motley Email Re: Grievance. Defendant's Disclosures, p. 340 | |
| 94 | | | | | | 1/16/18 Disciplinary Record, Defendant's Disclosures, p. 335 | |
| 95 | | | | | | 1/17/18 Reed email regarding photo, Defendant's Disclosures. p. 336. | |
| 96 | | | | | | 1/17/18 Derby note regarding bathroom use, Defendant's Disclosure, p. 238. | |
| 97 | | | | | | 1/19/18 Naambwe grievance, Defendant's Disclosures, p. 949. | |
| 98 | | | | | | 2/1/18 Moate email re: complaints in Dept. 19D, Defendant's Disclosures, p. 266-268. | |
| 99 | | | | | | 3/27/18 Moate email re: Abegail issue and disciplinary action, Defendant's Disclosures, p. 240-242. | |
| 100 | | | | | | 3/28/18 Moate/Reed email re: Naambwe going home, Defendant's Disclosures, p. 330. | |
| 101 | | | | | | 3/30/18 Naambwe grievance, Defendant's Disclosures, p. 957 | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| | | | | | | |
|---|---|---|---|---|---|---|
| **SALA NAAMBEWE AND YVETTE NIMENYA** | | | | vs. | SMITHFIELD FOODS | Case No. 4:17-CV-04123-LLP |
| 102 | | | | | 4/2/18 Reed Email Re: Warning Notes Re: Abigail Issue, Defendant's Disclosures, p. 274-275 | |
| 103 | | | | | 4/11/18 Naambwe Grievance, Defendant's Disclosures, p. 949 | |
| 104 | | | | | 4/17/18 Moate email re: Sala Naambwe, Defendant's Disclosures, p. 269-270. | |
| 105 | | | | | 5/18/18 Reed email re: Nimenya incident, Defendant's Disclosures, p. 287-288. | |
| 106 | | | | | 8/6/18 Derby email on Respectful Communication, Defendant's Disclosures, p. 226 | |
| 107 | | | | | 2018 Union grievance records, Defendant's Disclosures, p. 928-944. | |
| 108 | | | | | Motley/Reed correspondence about Naambwe grievances, Defendant's Disclosures, p. 937-938, 1014. | |
| 109 | | | | | Naambwe hours/pay, Defendant's Disclosures, p. 391-398. | |
| 110 | | | | | Nimenya W2's | |
| 111 | | | | | Naambwe W2's | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.